```
  1                UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
  2

  3     * * * * * * * * * * * * * * *   )
        EDWARD BANKS, et al.,            )     Civil Action
  4                                      )     No. 20-CV-00849
                      Plaintiffs,        )
  5                                      )
           vs.                           )
  6                                      )
        QUINCY L. BOOTH, et al.,         )     Washington, DC
  7                                      )     April 15, 2020
                      Defendants.        )     1:56 p.m.
  8                                      )
        * * * * * * * * * * * * * * *   )
  9

 10

                    TRANSCRIPT OF TELEPHONE CONFERENCE
 11         BEFORE THE HONORABLE COLLEEN KOLLAR-KOTELLY,
                    UNITED STATES DISTRICT JUDGE
 12

 13

        APPEARANCES:
 14

        FOR THE PLAINTIFFS:    ARTHUR B. SPITZER
 15     (Appearing             MICHAEL PERLOFF, ESQ.
         Telephonically)       SCOTT MICHELMAN, ESQ.
 16                            AMERICAN CIVIL LIBERTIES UNION OF
                                 THE DISTRICT OF COLUMBIA
 17                            915 15th Street, Northwest
                               Second Floor
 18                            Washington, DC 20005

 19
                               STEVEN D. MARCUS, ESQ.
 20                            JENNA MARIE COBB, ESQ.
                               JONATHAN ANDERSON, ESQ.
 21                            PUBLIC DEFENDER SERVICE FOR THE
                                 DISTRICT OF COLUMBIA
 22                            633 Indiana Avenue, Northwest
                               Washington, DC 20004
 23

 24

 25
```

```
 1    APPEARANCES, CONT'D:

 2    FOR THE DEFENDANTS:      KARL RACINE, ESQ.
      (Appearing               TONI JACKSON, ESQ.
 3     Telephonically)         ANDREW SAINDON, ESQ.
                               MICAH IAN BLUMING, ESQ.
 4                             PAMELA DISNEY, ESQ.
                               FERNANDO AMARILLAS, ESQ.
 5                             OFFICE OF ATTORNEY GENERAL FOR THE
                                 DISTRICT OF COLUMBIA
 6                             441 Fourth Street, Northwest
                               Sixth Floor
 7                             Washington, DC 20001

 8
                         APPEARING TELEPHONICALLY:
 9
                               ERIC GLOVER, ESQ.
10                             GENERAL COUNSEL
                               DISTRICT OF COLUMBIA DEPARTMENT OF
11                               CORRECTIONS
                               2000 14th Street, Northwest
12                             Washington, DC 20009

13                             GRACE LOPES
                               MARK JORDAN
14                             (AMICI CURIAE)

15
      REPORTED BY:             LISA EDWARDS, RDR, CRR
16    (Telephonically)         Official Court Reporter
                               United States District Court for the
17                               District of Columbia
                               333 Constitution Avenue, NW
18                             Room 6706
                               Washington, DC 20001
19                             (202) 354-3269

20

21

22

23

24

25
```

3

Case 8:19-cr-00039-FLX  Document 80-1  Filed 04/16/20  Page 3 of 112
Case 8:19-cr-00039-FLX  Document 93-1  Filed 04/16/20  Page 3 of 112

1    THE COURT:  This is the matter of Banks, et al.,

2    versus Booth, et al., 20-CV-849.

3    On the phone as those who will speak, Grace

4    Lopes --

5    Ms. Lopes, are you on the phone?

6    MS. LOPES:  Yes, your Honor.  Yes.

7    THE COURT:  Good afternoon.

8    And, Mark Jordan, on the phone as well?

9    MS. LOPES:  He should be dialing in any second.

10    THE COURT:  Is Mark Jordan on the phone?

11    Let me move on.

12    In terms of the attorneys, is Steven Marcus on the

13    phone?

14    MR. MARCUS:  Yes, your Honor.

15    THE COURT:  And let me just do the speakers, and

16    I'll get back to those who are also on the phone in

17    connection with each side.

18    Andy Saindon, are you on the phone?  Andy Saindon?

19    How about Eric Glover?  Are you on the phone?  I

20    don't hear that.

21    How about Mark Jordan?  Are you on the phone?

22    MR. JORDAN:  Yes, your Honor.

23    THE COURT:  Oh, good.

24    So we don't have Mr. Saindon on the phone.  Is

25    that correct?  Mr. Saindon?  No.  Okay.

Case 8:19-cr-00039-FLX   Document 93-1   Filed 04/16/20   Page 4 of 112

1    Let me move to other counsel that are Plaintiffs

2    that will not be the principal speakers, although,

3    Mr. Marcus, you can certainly call on them at any time if

4    you wish them to answer.

5    So, Jonathan Anderson, are you on the phone?

6    MR. ANDERSON:  Yes.  Good afternoon, your Honor.

7    THE COURT:  Good afternoon.

8    Jenna Cobb?

9    MS. COBB:  Yes.  Good afternoon.

10    THE COURT:  Good afternoon.

11    Arthur Spitzer?

12    MR. SPITZER:  Yes, your Honor.  Good afternoon.

13    THE COURT:  Good afternoon.

14    And Scott Michelman?

15    MR. MICHELMAN:  Yes, your Honor.  Good afternoon.

16    THE COURT:  And, Michael Perloff, are you on?

17    MR. PERLOFF:  Yes, your Honor.  Good afternoon.

18    THE COURT:  So the last group besides Mr. Marcus,

19    as we've done in the other telephone conference calls, I

20    would just ask that you not speak up unless Mr. Marcus has

21    asked you to speak.  But I will ask you at the end if

22    there's anything you want to add.  So let me get back to the

23    defense counsel.

24    Mr. Saindon, are you on the phone?

25    Let me try a couple of other people.

1          Fernando Amarillas, are you on the phone?

2          MR. AMARILLAS:  Yes, your Honor.  Good afternoon.

3          THE COURT:  Toni Jackson, are you on the phone?

4          MS. JACKSON:  Yes, your Honor.  Good afternoon.

5          THE COURT:  Good afternoon.

6          Micah Bluming, are you on the phone?

7          MR. BLUMING:  Yes.  Hello, your Honor.

8          THE COURT:  Hello.

9          And, Pamela Disney, are you on the phone?

10          MS. DISNEY:  Yes, your Honor.

11          THE COURT:  Good afternoon.

12          Is Eric Glover on the phone as well?

13          Do you know if he's expected to be on the phone,

14  any of the Defendants?

15          MR. SAINDON:  Good afternoon.  This is Andrew

16  Saindon for the Defendants.

17          Yes.  Mr. Glover should be on the phone.

18          THE COURT:  So, Mr. Saindon, you're on.  So the

19  only person I think we're missing at this point of those who

20  we expected is Mr. Glover.

21          Let me move on to --

22          Is the court reporter on?

23          THE COURT REPORTER:  Yes, Judge.

24          THE COURT:  Is my law clerk on?

25          THE LAW CLERK:  Yes, Judge.  I'm here.

```
 1            THE COURT:  If I have not called your name, other

 2     than Eric Glover, who will hopefully be coming on in a

 3     moment, I'd ask if you would put your phone on mute if

 4     you're not expected to speak.  And you can't record this

 5     information.  There will be a transcript of it.  But I'd ask

 6     you to put it on mute, because the problem is there's a back

 7     sound to it and also we keeping hearing "bang-bang-bang"

 8     back and forth, which is very distracting.  So I'd ask that

 9     you please -- if I have not called your name, that you put

10     your phone on mute.

11            Mr. Glover, are you on now?

12            MR. GLOVER:  Eric Glover is on now, Judge.

13            THE COURT:  Okay.  So I think we've got all of

14     those people that I would expect.

15            So the way I'm going to proceed is, we'll hear

16     from the amici.

17            I will leave it to your discretion, Ms. Lopes and

18     Mr. Jordan, as to how you wish to go forward with it.  It

19     would be helpful, I think, to give us some idea of what --

20     how you went about it and what you looked at and how you

21     looked at it before you get into the conditions.

22            And when you start, if you could let me know also

23     whether you're working from the order that set out the areas

24     of medical and some of the other -- the medical and

25     environmental and health and hygiene or whether you went
```

Case 8:19-cr-00059-FLX Document 93-1 Filed 04/16/20 Page 7 of 112

1    about it another way.  It doesn't make any difference to me;

2    it's just what works for you.

3              And let me just indicate that I do want to talk

4    about Judge McKenna's order relating to the misdemeanants

5    and the lawsuit that was filed at the DC Superior Court.

6              I also want to talk about legal calls.  That goes

7    beyond what Ms. Lopes and Mr. Jordan were looking at.

8              I'd also want to bring up the parole board.  And I

9    would be interested in knowing how many defendants are still

10   in the DC Jail, the two complexes that have a detainer or

11   parole warrant.

12             And I understand that the Defendants, just shortly

13   before the case was filed, filed a motion to join the United

14   States as a necessary party, which I understand Plaintiffs

15   oppose.  So I will at the end set a date.

16             But let me go back to the principal purpose for us

17   being here, and that is to get an oral report from the *amici*

18   experts that I appointed.

19             So, Ms. Lopes and Mr. Jordan, I leave it to you as

20   to who wants to speak.

21             And hopefully, these people coming on will end at

22   some point.

23             MS. LOPES:  Good afternoon, your Honor.  For the

24   record, Grace Lopes.

25             Your Honor, just preliminarily, we appreciate the

Case 3:19-cr-00059-FLW Document 93-1 Filed 04/16/20 Page 8 of 112

```
 1     opportunity to provide this information in this format to

 2     the Court and the parties today, and we have arranged our

 3     presentation according to the series of questions that are

 4     set out in the attachment to the April 9th consent order.

 5     There are -- the preliminary findings with respect to those

 6     questions will be addressed in some instances by myself and

 7     in some instances by Mr. Jordan.

 8              As a threshold matter, as your Honor indicated, we

 9     think some context setting with respect to methodology is

10     appropriate and would be helpful to the Court and the

11     parties in order to understand exactly how we have gone

12     about this.  We also think some context with respect to the

13     facilities would be helpful as well.

14              So first, with respect to the facilities, right

15     now, the --

16              (Ms. Lopes's line goes silent.)

17              THE COURT:  Hello?  Hello?  Hello?  Hello?

18              MS. LOPES:  There are --

19              THE COURT:  You just went off the line.  Can you

20     start again?  It just sort of dropped when you responded

21     about the facilities.  I don't know whether someone muted

22     something or it created a problem.

23              Go ahead.

24              MS. LOPES:  Okay.  The CDF has a population count

25     that has been hovering around 1,020.  There are 18 housing
```

Case 1:19-cr-00059-ELH   Document 80-1   Filed 04/16/20   Page 9 of 112

1    units in the CDF.  It includes inmates housed in single and

2    double cells, and we'll be able to provide a percentage

3    breakdown for you during this presentation.

4          Each housing unit has 80 cells.  50 percent are

5    double cells and -- at the CDF; and at the CTF, about 95

6    percent are single cells.

7          At the time of our site visits, there were 16

8    housing units open at the CDF.  Two were closed.  Two were

9    quarantine units.  And, of course, that is evolving over

10   time as more inmates test positive.  And there was one

11   isolation unit.

12         Also at the CDF are wet cells in that they have

13   sinks and toilets.  Showers are accessible in the CDF in the

14   housing unit, but not in the cells.

15         The culinary unit at the jail is currently serving

16   both the jail, the CDF, and the CTF.  And that's because of

17   circumstances reportedly related to COVID-19 and positive

18   testing related to staff and inmates in the CTF that

19   resulted in the Defendants closing the culinary facility in

20   the CTF.  And so the jail's culinary facility is being

21   relied upon to provide food services for both facilities

22   right now and has been for approximately the past several

23   weeks.

24         The CTF has a population count of approximately

25   400.  There are 23 housing units.  19 have a capacity for 50

Case 1:19-cr-00059-ELH   Document 90-1   Filed 04/17/20   Page 10 of 112
Case 8:19-cr-00089-PX   Document 98-2   Filed 04/16/20   Page 10 of 112

10

1    beds, four for 96 beds.  At the time of our site visit, 14

2    were open and nine closed.  Three were isolation units and

3    eight were quarantine units.  Again, that is evolving as

4    inmates test positive and as some are also discharged from

5    isolation.

6          Not all housing units have showers and sinks in

7    the cells at the CTF.  Some are shared in the common area.

8    Seven of the eight quarantine -- seven of the eight

9    quarantine units that were operating during our site visits

10   had showers and sinks in the cells.  One did not.

11         The CTF has a 30-room infirmary with 40 beds, and

12   that infirmary serves both the CTF side and the CDF side.

13         In terms of methodology, we have relied on data

14   obtained during our site visits, mostly observational data,

15   structured interviews that were conducted during our site

16   visits as well as before our site visits and subsequent to

17   them by telephone and analysis of various data sets we'll

18   describe that we requested from the Defendants.

19         We'd like to underscore that the Defendants have

20   been very cooperative and responsive throughout this

21   assessment process in terms of providing us with the data

22   and information that we needed.

23         In terms of site visits, we conducted unannounced

24   and unescorted site visits at both facilities on most shifts

25   on April 10th, 11th and 12th.  We conducted observations in

1    many of the housing units at both facilities, including

2    cells, day rooms, restrooms and shower facilities.  We

3    visited general population, maximum-security and

4    medium-security housing units.  We visited intake, the

5    health housing units, isolation housing units and quarantine

6    units.  We also made observations in the medical units,

7    culinary, the visitor entry areas and the command center.

8            In terms of structured interviews, we conducted

9    structured interviews with the DOC medical director, the

10   medical director and deputy medical director for Unity

11   Healthcare.  Unity is the contract provider for health

12   services at the CDF and CTF.

13           We conducted structured interviews with the

14   management of both facilities, including the warden and the

15   deputies as well as shift commanders.  We interviewed dozens

16   of correctional officers assigned to various posts

17   throughout the facilities, including the housing units,

18   environmental posts and culinary posts.

19           And we interviewed and also spoke with in groups

20   and individually over 100 inmates on isolation and

21   quarantined status as well as in the general population at

22   both facilities.

23           We have conducted data analysis, and that analysis

24   has involved first the electronic health records for inmates

25   who are confined at both the jail and the CTF.  Our analysis

Case 3:19-cr-00159-FLH   Document 90-1   Filed 04/17/20   Page 12 of 112
Case 8:19-cr-00089-FLH   Document 98-2   Filed 04/16/20   Page 12 of 112

12

1   of those records are ongoing.

2           The Defendants provided us with remote access to

3   all of the electronic health records, and we are reviewing

4   and analyzing samples of those records.  Some of that

5   reviewing and analysis is complete and we can report on

6   those findings now.  Some is ongoing and we will report on

7   those findings in our written report.

8           In addition to the electronic health records, we

9   requested, received and analyzed admission data for both

10  facilities for the period February 15, 2020, to April 10,

11  2020.

12          We also requested and received and analyzed daily

13  census data, including inmate housing assignments for the

14  period February 15, 2020, through April 13th, 2020.

15          We requested, received and have analyzed data

16  related to sick call requests for the period February 5th,

17  2020, through April 12, 2020.

18          And we requested, received and have analyzed data

19  regarding inventories of cleaning supplies and PPE available

20  as of April 13, 2020.

21          Now, with that context in mind, we'd like to turn

22  to the Court's questions, unless the Court has any questions

23  about methodology.

24          THE COURT:  Not at all.  But you certainly sound

25  like you've been very thorough in a very short period of

1    time, and I appreciate that.

2              I do have one question.  When you say "closed

3    unit," is there a reason why they're closed?

4              MS. LOPES:  I'm unaware of the reason.  I know

5    that in one case, a unit was being used at the CDF -- a unit

6    was being used for storage.  And I also know that staffing,

7    which we'll address in more detail, because it's implicated

8    by some of these questions, may be responsible for why units

9    are closed, because of the inability to staff them.

10             THE COURT:  Because I was just thinking if they

11   could be spread out more in terms of the distancing issue.

12             But let me let you get back to answering the

13   questions.

14             MS. LOPES:  Okay.  With that context in mind, your

15   Honor, Mr. Jordan is -- will address the first four

16   questions related to medical issues.

17             THE COURT:  Mr. Jordan?

18             MR. JORDAN:  Good afternoon, your Honor.

19             THE COURT:  Good afternoon.

20             MR. JORDAN:  Questions 1 through 4 addressed

21   inmates who display symptoms of or were suspected of

22   COVID-19.

23             We obtained and analyzed data regarding the 82

24   inmates housed at the CDF or CTF who were testified for

25   COVID to April 10, 2020.  We also obtained and analyzed data

Case 3:19-cr-00059-FLH   Document 90-1   Filed 04/17/20   Page 14 of 112
Case 8:19-cr-00039-FLX   Document 93-2   Filed 04/16/20   Page 14 of 112

14

1    regarding 6,486 sick call requests and/or sick call

2    encounters for the period February 5th through April 11th,

3    2020.

4         The data provided to us thus far do not enable us

5    to identify either the universe or a representative sample

6    of inmates who display or are suspected of COVID-19 to use

7    as the basis of a finding at this point.

8         Sick call requests and counter data that we

9    received includes thousands of entries with no symptom data

10   included.  And while we are reviewing the health records of

11   a sample of inmates who were tested for COVID-19 with both

12   positive and negative test results, those data do not

13   include symptomatic cases that were not seen and tested; and

14   therefore, they would not be useable as a basis of a finding

15   for many of these questions.

16        Preliminarily, it appears that a substantial

17   majority of inmates who were tested for COVID-19 did not

18   submit sick call requests and were not seen during sick call

19   between the beginning of February and the date of their

20   COVID-19 test.  The data suggests the identification of

21   inmates who are suspected of COVID-19 relies to a large

22   extent on methods other than inmates self-identifying in the

23   sick call process.

24        Interviews with managers of medical programs

25   confirm that the first case of inmates with COVID-19

Case 1:19-cr-00059-ELH   Document 90-1   Filed 04/16/20   Page 15 of 112
Case 8:19-cr-00089-PX   Document 98-2   Filed 04/16/20   Page 15 of 112

15

1   symptoms were identified through inmates presenting

2   themselves to medical staff through the urgent care-like

3   process.

4           And since that time, particularly at the CTF,

5   which houses most of the positive COVID-19 cases, medical

6   staff indicates that symptomatic and suspected cases of

7   COVID-19 have been identified through the active daily

8   monitoring of inmates on quarantine status, in particular

9   daily taking of temperatures and assessments of quarantined

10  inmates.

11          We are going to continue to discuss this with the

12  appropriate medical personnel and continue our analysis.

13  And we will quote our findings in greater detail on Friday.

14          THE COURT:  So --

15          MR. JORDAN:  If I can answer any questions.

16          THE COURT:  It sounds as if there's system in

17  place.  Would that be a fair conclusion, sort of at a broad

18  level?

19          MR. JORDAN:  There is an organized sick call

20  process.  And that is not the only way that inmates access

21  healthcare.  The other way that inmates can access

22  healthcare is through an urgent care-type clinic.  They can

23  present themselves to a correctional officer who can bring

24  them to the medical area and be seen that way.

25          And that is how the initial cases of COVID-19 were

Case 3:19-cr-00059-FLH   Document 90-1   Filed 04/16/20   Page 16 of 112
Case 8:19-cr-00039-FLX   Document 98-2   Filed 04/16/20   Page 16 of 112

16

1    identified.

2           Once that happens, housing units are quarantined.

3    And as soon as the housing unit is quarantined, there is a

4    much more active surveillance process used by medical staff,

5    where they monitor inmates in the quarantine units daily

6    because they're higher risk, because they've had close

7    contact and have been exposed.  And that is how they have

8    detected most of the other cases since then.

9           But there is an organized system for sick call

10   that exists at both facilities.

11          THE COURT:  Okay.

12          MR. JORDAN:  But that is simply not how inmates

13   are presenting with COVID-19 symptoms at this point.

14          THE COURT:  So they're presenting by not going

15   through the sick call process, but basically --

16          MR. JORDAN:  Since the initial COVID-19, inmates

17   with the initial cases, what medical staff are telling us is

18   that they've identified the subsequent cases largely through

19   surveillance of inmates who are quarantined.  So they began

20   a much more active process of actively surveilling inmates

21   who are on quarantine status knowing that they have been

22   housed in close quarters with somebody with a positive

23   COVID-19 case.

24          THE COURT:  So the --

25          MR. JORDAN:  And that is -- go ahead.

Case 8:19-cr-00039-PX   Document 93-2   Filed 04/16/20   Page 17 of 112

1          THE COURT:  Sorry.  Go ahead.  Finish that.

2          MR. JORDAN:  I was simply going to say that that

3     is in some ways what their expectation was, that inmates who

4     were housed together would be the ones most likely to test

5     positive because of exposure to somebody.

6          THE COURT:  So if they're not on quarantine units,

7     how are they identified?

8          MR. JORDAN:  Yes.  So, for example, the first case

9     at the Central Detention Facility, CDF, happened later than

10    the CTF.  And that was not through an active surveillance

11    process; it was an inmate who I believe we were told

12    presented with symptoms and was asked to go to the medical

13    area in the CDF, who presented symptoms there.  And the

14    medical provider assessed at that point that the inmate

15    appeared to have symptoms consistent with COVID-19.  So that

16    was more an urgent care-like process.

17         THE COURT:  So if I were going to do this in

18    general terms, it sounds as if there's more surveillance.

19    One, someone has been identified as having the symptoms; and

20    the rest of wherever their unit would have been would have

21    been quarantined and they would be looked at to see whether

22    those that were quarantined developed the symptoms.

23         If you're not in any of the quarantined areas,

24    then they're not doing any additional testing or

25    temperature-taking or anything.  You're waiting for the

Case 1:19-cr-00059-ELH Document 90-1 Filed 04/17/20 Page 18 of 112

1    inmates to present themselves.

2            Is that fair?

3            MR. JORDAN:  That's correct.

4            THE COURT:  I'll let you go on, then.  At the end,

5    I'm going to let -- I know counsel probably want to say

6    something, but let us go through all of it.  Take notes of

7    your questions and let us go through all of their

8    information, and then I'll go back and have Plaintiffs'

9    counsel and defense counsel ask things.  If not, we're going

10   to break this up too much.  And a lot of this sort of flows

11   together.  So I will let you ask additional questions.

12   Don't worry.

13           So --

14           MS. LOPES:  Your Honor, yes.  I can address

15   Question 5, whether residents suspected of COVID-19 are

16   isolated from others.

17           So the reported business practice which has been

18   reported by the healthcare staff is that if the medical

19   provider suspects COVID-19, the inmate is tested.  They are

20   placed on cell restriction in their housing unit

21   immediately.

22           And there is evidence that this is happening.

23           All of the inmates we interviewed who were in

24   isolation who had been identified in a regular housing unit

25   and then -- or in a quarantine unit and were isolated

19

Case 3:19-cr-00059-FLH Document 90-1 Filed 04/16/20 Page 19 of 112
Case 8:19-cr-00089-FLX Document 98-2 Filed 04/16/20 Page 19 of 112

1    because they tested positive reported that before they were

2    put in isolation, they were placed on cell restriction.

3         There is also -- we have also been on site in

4    housing units where there were inmates on cell restrictions

5    pending the results of their testing.

6         So it appears that when inmates are suspected,

7    they are put on cell restrictions by the medical provider.

8    It appears that that is honored.  They are restricted from

9    movement from their cell for any reason until they -- the

10   test results are received.

11        Test results --

12        THE COURT:  Can I interrupt a second?

13        MS. LOPES:  Yes.

14        THE COURT:  When they say "cell restrictions," are

15   they by themselves or are they in a cell with another

16   resident?  Or are they --

17        MS. LOPES:  They're by themselves.  They're by

18   themselves.  They're by themselves.

19        We have not had an opportunity to conduct, you

20   know, a systematic review of the cell restriction orders.

21   And so this is what we have relied on thus far.

22        Now, as of April 10th, the DOC data indicates that

23   82 inmates have tested positive for COVID-19.  That was as

24   of April 10th.  There have been more positives.  I believe

25   there were six last night.  So -- but as of April 10, there

Case 1:19-cr-00159-ELH   Document 90-1   Filed 04/17/20   Page 20 of 112
Case 8:19-cr-00039-PX   Document 93-2   Filed 04/16/20   Page 20 of 112

20

1    were 82 inmates who had tested positive.  And we have that

2    data and have reviewed it.

3            Of the 82, 52 were COVID positive; 26 were

4    negative; and at the time we received the data, the balance

5    were pending results.

6            We reviewed a sample of the electronic health

7    records for 28 of those inmates with a distribution of

8    positives, negatives and pending.

9            In the sample we reviewed, there were 16 COVID

10   positives.  We looked at the housing records for those

11   inmates; and the housing records indicate that all were

12   moved from their original housing unit to another housing

13   unit within no more than two days, at most within one day of

14   the positive test result.

15           So based on what we know about current DOC

16   business practices, it appears likely this cohort was

17   isolated at the time of testing before being moved to an

18   isolation unit.

19           But again, we haven't been able to review this in

20   a systematic and comprehensive way.  Preliminarily, it

21   appears that this is being done.

22           Your Honor, do you have any questions?

23           THE COURT:  No.  I think -- go ahead.

24           MS. LOPES:  Okay.  Mr. Jordan is handling Question

25   6.


Case 1:19-cr-00059-ELH  Document 90-1  Filed 04/17/20  Page 21 of 112
Case 8:19-cr-00059-PX  Document 98-2  Filed 04/16/20  Page 21 of 112

21

```
 1              THE COURT:  Mr. Jordan?

 2              MR. JORDAN:  Question 6 gets to whether new

 3     residents are quarantined for 14 days.

 4              Both facility executives and medical staff

 5     recorded a practice of quarantining newly admitted inmates

 6     for 14 days prior to moving them to another housing unit.

 7              To assess this, we looked at housing assignment

 8     data and intake data for the period March 15th through April

 9     10th.  What the data showed was that starting on March 25th,

10     the Defendants implemented a practice of housing new

11     admissions on an intake unit at the CDF -- it's called

12     South-2 -- for 14 days or until they were released from

13     custody if that occurred prior to 14 days.

14              We did identify six exceptions to this practice,

15     five of which involved inmates being placed in specialized

16     mental health housing units prior to the end of the 14-day

17     period.

18              THE COURT:  Okay.  So when they were placed in the

19     mental health, were they in quarantine there or not?

20              MR. JORDAN:  It is not a quarantine unit.  So I

21     don't know the circumstances.  We weren't able to

22     investigate those five cases and whether they were put on

23     some sort of cell restriction.  I can't say.

24              MS. LOPES:  We did bring that to the attention of

25     the medical director, the Unity medical director, that
```

Case 1:19-cr-00059-FLX Document 90-1 Filed 04/17/20 Page 22 of 112
Case 8:19-cr-00059-FLX Document 98-2 Filed 04/16/20 Page 22 of 112

22

1    issue; and it is our understanding that she is following up

2    on that, on that issue.

3              THE COURT:  Okay.

4              MS. LOPES:  With respect to, then, Question 7, how

5    frequently do DOC medical staff or Unity staff meet the

6    staff and residents with respect to education on symptoms

7    and precautions and the information conveyed, the facilities

8    have extensive signage throughout on both COVID-19 symptoms

9    as defined by the CDC and the basic precautions.

10             Healthcare staff from Unity report they've

11   conducted multiple education sessions on the housing units

12   and at roll call.  Staff -- correctional staff confirms that

13   they've received education at roll calls.

14             And these sessions focus on symptoms and

15   precautions.

16             More extensive individualized education is

17   conducted on the quarantine and isolation units all the time

18   because the healthcare staff visits those units at least

19   twice daily, sometimes more, for surveillance as --

20   surveillance and monitoring activities with respect to the

21   inmates who are housed on those units.

22             It's our view, your Honor, that there's a

23   substantial need for much more education of staff and

24   inmates.  It's apparent.

25             There's enormous fear I would say in both

1    facilities and a lack of understanding by both staff and

2    inmates about appropriate PPE in these circumstances.  I

3    think they all understand the symptoms.  They all

4    understand -- every inmate we spoke to, there was a

5    widespread understanding of the symptoms and a widespread

6    understanding of the -- of some of the precautions, at least

7    the hand-washing precautions, but a lack of understanding

8    about PPE and what is appropriate and what is not

9    appropriate.  And that was displayed time and time again by

10   the inmates we spoke with as well as by the staff we spoke

11   with.

12              THE COURT:  Okay.

13              MS. LOPES:  Mr. Jordan has this one -- Mr. Jordan

14   is addressing No. 8.

15              MR. JORDAN:  Question 8 deals with visitor

16   screening and whether the thermometer used worked.

17              Upon entering the facilities, all staff and all

18   visitors are required to have their temperatures checked and

19   to complete a three-question survey.  And the three

20   questions correspond to the CDC-defined symptoms of

21   COVID-19.

22              We did find that the questionnaire and the survey

23   upon entry did change over time in response to the changing

24   circumstances surrounding the pandemic.  The initial

25   questions focused on -- or at least included questions about

Case 1:19-cr-00159-ELH   Document 90-1   Filed 04/17/20   Page 24 of 112
Case 8:19-cr-00089-PX   Document 98-2   Filed 04/16/20   Page 24 of 112

24

1    travel and questions about known exposure to individuals of

2    COVID-19.  That changed to the three symptomatic base

3    screening questions.

4         With respect to the thermometer, the Defendant

5    used a non-contact infrared thermometer at both facilities.

6    According to the manufacturer's instructions, the device is

7    calibrated at the factory and no calibration by the user is

8    necessary.

9         I personally had my temperature taken five times

10   at the CDF and three times at the CTF.  Two of my

11   temperature readings at the CDF registered in the low 90

12   degrees, which was clearly erroneous.  The remaining six

13   readings all appeared to be accurate.

14        I believe it is possible that the low temperature

15   reading may have been based on user error and not a defect

16   in the device.  The manufacturer's instructions note that to

17   receive a stable, reliable result from these thermometers,

18   the user should, quote-unquote, "avoid drafts and to respond

19   to changes in the ambient temperature."

20        These temperature readings are taken right inside

21   of an exterior door.  And on the day where the two

22   temperature readings that I had that appeared to be errant,

23   they were right inside of the door that was opening and

24   closing where substantial cold air was coming in at the

25   time.

Case 1:19-cr-00059-ELH   Document 90-1   Filed 04/17/20   Page 25 of 112
Case 8:19-cr-00039-TX   Document 93-2   Filed 04/16/20   Page 25 of 112

25

 1    And in the second instance when it happened, I

 2    left the door closed.  I waited approximately 30 seconds.  I

 3    asked the nurse to take my temperature again, and it

 4    registered what appeared to me to be a correct temperature.

 5         THE COURT:  All right.  So would you recommend

 6    that not so much that they need to change the particular

 7    thermometer; they just simply need to know how to use it

 8    better?

 9         MR. JORDAN:  That seems to me the most likely

10    remedy to me.  It appears that maybe there needs to be more

11    instruction on appropriate use for accurate temperature

12    readings.

13         THE COURT:  If I could just ask to diverge a

14    little bit:

15         Is this the same thermometer that's used in other

16    settings as well, other than just coming into the screening?

17    In other words, is it used --

18         MR. JORDAN:  In the medical area?

19         THE COURT:  Yes.  Yes.

20         MR. JORDAN:  I do not know.  I did not see them

21    take a temperature in the medical area.

22         MS. LOPES:  We can check.

23         THE COURT:  I'm just curious as to whether that's

24    an issue throughout the facilities where training needs to

25    be done about how to use it or whether it's -- this is a

Case 1:19-cr-00159-FLH  Document 90-1  Filed 04/15/20  Page 26 of 112
Case 8:19-cr-00039-TX  Document 98-2  Filed 04/16/20  Page 26 of 112

26

1    quick way of doing it, so they're doing it at the screening,

2    but not necessarily when they're taking the temperature of

3    residents.

4          MR. JORDAN:  I was going to say, anecdotally,

5    based on our review of electronic health records, we did see

6    some evidence of temperature readings that seemed

7    questionable to us.

8          MS. LOPES:  We --

9          MR. JORDAN:  It wasn't a comprehensive review, but

10   it was a review of certain temperatures related to inmates

11   who tested positive.  And some of the readings seemed

12   questionable, and we surmised that it might be a similar

13   training issue.

14         THE COURT:  Ms. Lopes, did you want to add

15   something to that?

16         MS. LOPES:  That's exactly what I was going to

17   say, your Honor -- thank you -- that we had those

18   observations.

19         I have Question 9.

20         THE COURT:  Okay.

21         MS. LOPES:  How conditions in the quarantine

22   housing compare to conditions in non-quarantine housing and

23   whether inmates are deterred from reporting symptoms:

24         For these purposes, I think it's helpful to think

25   about three different types of housing units:  quarantine,

Case 1:19-cr-00659-ELH   Document 80-1   Filed 04/17/20   Page 27 of 112
Case 8:19-cr-00039-PX   Document 93-2   Filed 04/16/20   Page 27 of 112

27

1    isolation and non-quarantine, non-isolation.

2          The non-quarantine, non-isolation would include

3    general population or some other types of specialized

4    housing units that are operating.

5          Now, the quarantine units are designated for

6    inmates suspected of having COVID-19 or who are asymptomatic

7    but determined to have been exposed to someone who has

8    tested positive.

9          So if an inmate on a housing unit tests positive,

10   everyone on the unit is quarantined and the staff who have

11   been assigned to the unit are released from duty for a

12   14-day quarantine period.

13         Now, parenthetically, I should note that there is

14   a reported effort to maintain all the cohorts in quarantine.

15   But we have heard anecdotally that there may have been or

16   may continue to be deviations from that practice.  We

17   haven't had an opportunity to confirm that.  That's

18   something that we think the Court should be aware of.

19         According to current DOC policy, quarantine units

20   should be operating like all the other housing units except

21   for the isolation unit.  And we'll discuss that in a minute.

22         But the quarantine units should operate as the

23   other housing units because the operations have changed, you

24   know, in the wake of COVID-19, and that should be in all

25   respects except a few.  And those exceptions are inmates in

Case 1:19-cr-00059-FLH  Document 90-1  Filed 04/17/20  Page 28 of 112
Case 8:19-cr-00039-FLH  Document 93-2  Filed 04/16/20  Page 28 of 112

28

1   quarantine have their temperature monitored by medical staff

2   twice per day.  As we indicated earlier, that's not the case

3   in other types of housing units except for the isolation

4   units.

5           Second, staff in quarantine units are required to

6   wear gloves and masks at all times.  During our site visits

7   to multiple quarantine units in both facilities, staff for

8   the most part, not always, wore masks.  Many reported they

9   purchased them themselves.  Some of the masks were

10  ill-fitting and in very poor condition.  And as a general

11  matter, the staff in the quarantine units did not wear

12  gloves.

13          Inmates in the quarantine units are required to

14  wear masks at all times when outside their cells.  Many of

15  the inmates in the quarantine units we visited had masks,

16  but they were not consistently wearing them, nor were they

17  required to wear them.  Some were very ill-fitting, visibly

18  soiled and ripped.

19          During our site visits, except for the isolation

20  units, inmates and staff on the non-quarantine units did not

21  have masks, nor did the CDC recommend it except for a few

22  exceptions, where masks had been provided by their

23  healthcare provider because of a specific health risk.

24          The Defendants did not have sufficient quantities

25  of masks for staff or inmates during March.  They received a

Case 1:19-cr-00659-ELH   Document 90-1   Filed 04/17/20   Page 29 of 112
Case 8:19-cr-00039-FPX   Document 98-2   Filed 04/16/20   Page 29 of 112

29

1    shipment on Friday, April 10th, and they began issuing them

2    to staff at roll call on April 11th.  And we will provide,

3    you know, much more specific information on this in our

4    written report.

5           The Defendants also began to replace masks for

6    inmates on a daily basis this week; and they report that

7    they are now providing masks, something that they were not

8    doing before, but now this week, providing masks to all

9    inmates on all housing units.  We have not had an

10   opportunity to confirm this change in practice this week.

11          The Defendants also state that they are requiring

12   all staff to wear masks and they are issuing them at roll

13   call for all staff this week.

14          Now, with respect to conditions in the quarantine

15   units and other units, this is different than the isolation

16   units.  But all quarantine units and all the other units

17   except the isolation units have, you know, cell

18   restrictions.

19          As of April 4th, inmates in quarantine and the

20   other units except for isolation are restricted to their

21   cells except for 30 minutes each day for phone calls,

22   showers and cleaning their cells.

23          Now, at some point very recent, the Defendants

24   indicated that they had changed the 30-minute rule to a

25   one-hour rule.  For the most part, during our site visits,

Case 1:19-cr-00159-ELH Document 90-1 Filed 04/16/20 Page 30 of 112
Case 8:19-cr-00089-PX Document 98-2 Filed 04/16/20 Page 30 of 112

30

1    staff were unaware of the one-hour rule and staff and

2    inmates in all of those units reported on the 30-minute

3    ceiling.

4           During this 30-minute period, they are allowed out

5    of their cells in groups of five and required to maintain

6    social distancing pursuant to policy.

7           But during our site visits in the quarantine unit

8    and the non-quarantine unit, we observed, in just about

9    every unit we were in, well more than five inmates typically

10   out of their cells at a time.  Social distancing was not

11   enforced and there were no attempts I was aware of by the

12   correctional officers in those units to enforce social

13   distancing.

14          And it appears that one reason for this is the

15   understaffing with respect to the correctional staff.  There

16   is a shortage of line staff and supervisors that is evident

17   at both facilities.

18          Both facilities recently converted from three

19   shifts per day to two shifts per day during weekdays in

20   order to limit the extensive overtime that staff had been

21   working in order to compensate for the number of staff who

22   were unavailable for duty.

23          The Defendants are facing substantial challenges

24   as a result of this and they are challenged, I would say, at

25   a minimum in providing direct and appropriate supervision to

Case 8:19-cr-00039-PX  Document 98-2  Filed 04/16/20  Page 31 of 112

1    inmates at both facilities because of the staffing shortage.

2           Again, this appears to be particularly acute at

3    the CTF.  But it affects, you know, all areas of operation.

4    We have requested and expect to receive data relevant to

5    this issue by tomorrow.

6           There is no access; and this is something we

7    looked at when we were looking at conditions in the

8    quarantine unit relative to other units.  We looked at not

9    just out-of-cell-time access, but access to legal calls and

10   other calls.  There is no access to confidential legal calls

11   for inmates on quarantine and non-quarantine housing units.

12          Historically, calls that provide for

13   confidentiality were arranged by the case management staff,

14   who were able to provide the inmates with a confidential

15   environment in which to place these calls.

16          The case management staff by and large is working

17   remotely or on quarantine status, and they are not available

18   to facilitate those calls.

19          Now, the Defendants recently began to allow

20   scheduled legal calls using the telephones in the day room.

21   And there is evidence that this has occurred, but on a very

22   limited basis for a limited number of inmates.

23          Now, we have not had an opportunity to confirm

24   whether these calls are not monitored.  Inmates certainly

25   expressed a lot of concerns about the calls being monitored,

Case 1:19-cr-00059-ELH  Document 90-1  Filed 04/17/20  Page 32 of 112
Case 8:19-cr-00089-PX  Document 98-2  Filed 04/16/20  Page 32 of 112

32

1    because the calls on those telephones are monitored.

2         But those telephones are in the day rooms of the

3    housing units, and the day rooms do not afford

4    confidentiality for legal calls, regardless of whether

5    they're monitored or not.  And even assuming they're not

6    monitored, the situation itself does not afford

7    confidentiality.

8         Now, with respect to conditions in isolation

9    relative to other units, inmates in isolation are completely

10   restricted to their cells.  They are not allowed out of

11   their cells, although several of them told me that they came

12   out of their cells a few feet when being examined by medical

13   providers.

14        The first cohort of inmates who were isolated for

15   COVID were housed in a special management unit at the CTF,

16   which was like a high-security management unit that was

17   converted into the first isolation unit at the CTF.

18        Several of the inmates in this cohort who had been

19   released from isolation reported to me that they were

20   escorted to and from showers in handcuffs.  Now, I have not

21   been able to confirm that, but that's what they reported.

22        Ultimately, inmates in isolation are prohibited --

23   were prohibited from taking showers, and they continue to be

24   prohibited from taking showers as a matter of policy.  There

25   is a concern, I am told, that the steaming could aerosolize

Case 1:19-cr-00059-ELH Document 90-1 Filed 04/17/20 Page 33 of 112
Case 8:19-cr-00089-PX Document 98-2 Filed 04/16/20 Page 33 of 112

33

1     the virus.

2               THE COURT:  Excuse me.  How long do they go

3     without taking showers, then?

4               MS. LOPES:  I interviewed inmates who had been in

5     isolation for nine days.  There are some who have been in

6     isolation much longer than that who did not take showers.

7               To the extent they conveyed they must use the

8     sinks in their cells to do so, the supply of towels,

9     et cetera, appears to be inadequate.

10              Body wipes were ordered, and they were not

11    available until yesterday.

12              THE COURT:  I'm sorry.  What was ordered?

13              MS. LOPES:  Body wipes.

14              THE COURT:  Oh, okay.

15              MS. LOPES:  Body wipes were ordered as an

16    alternative.

17              They are not permitted to -- at the CTF, inmates

18    in isolation are not permitted to use the telephone for any

19    reason, to call their families or for legal calls.

20              At the jail during our site visits, there were

21    only -- and that was just a few days ago -- there were only

22    three inmates in isolation, and they were able to make

23    telephone calls to their families.  However, I was told

24    yesterday that that might no longer be the case.  We have

25    not had an opportunity to confirm that.

Case 3:19-cr-00059-FLH Document 90-1 Filed 04/17/20 Page 34 of 112
Case 8:19-cr-00089-FX Document 98-2 Filed 04/16/20 Page 34 of 112

34

1        Medical staff visit the isolation unit twice a day

2   for temperature checks, to assess vital signs and to do a

3   health assessment as indicated.

4        Laundry services have been limited at best.  Many

5   inmates we observed in entering the isolation units were

6   wearing the same clothes that they had on throughout their

7   stays in the isolation units; and in fact, most of the

8   clothes that they were in were visibly soiled.  There were

9   also reports of substantial delays in receiving fresh

10  linens.

11       Now, in terms of the question whether conditions

12  are a deterrent in reporting symptoms, many inmates in

13  isolation volunteered that isolation is far too punitive

14  and, if they had it to do over again, they would never have

15  reported their symptoms in the first place.

16       There is no question that a deprivation of

17  showers, the absence of any ability to maintain any type of

18  contact with family members during their illness, the lack

19  of access to legal calls, to clean clothing and clean linens

20  are plainly a disincentive for them and, you know, are

21  likely to deter in the future reporting symptoms.

22       So if the Court has any questions, those are kind

23  of the major points I wanted to make.

24       THE COURT:  As part of this review, you'll be

25  pointing out what -- obviously, what's not being done.  And

Case 1:19-cr-00059-ELH   Document 90-1   Filed 04/17/20   Page 35 of 112
Case 8:19-cr-00039-PX   Document 98-2   Filed 04/16/20   Page 35 of 112

35

1    I'm assuming that to the degree that you have, that you will

2    be -- whether deficiencies such as we've just discussed,

3    that you'll be recommending what needs to be done.  Or am I

4    wrong?

5              MS. LOPES:  We can do that, your Honor.  We can do

6    that.  Yes.

7              THE COURT:  I mean, the more obvious, on the

8    things that -- on the conditions, putting it in that

9    context.

10             MS. LOPES:  Yes.  Yes.

11             THE COURT:  All right.  Maybe what I'll do at this

12   point, before we go into the environmental health and

13   hygiene, are there specific questions that you want for

14   clarification from Plaintiffs' counsel?  Not statements or

15   conclusions, just questions to Ms. Lopes or Mr. Jordan about

16   the medical information that they've provided.  If there's

17   something you want clarified.

18             Mr. Marcus?

19             MR. MARCUS:  This is Steven Marcus, your Honor.

20             I'm curious, Grace and Mark, if you were able to

21   speak on when the signs -- the more instructional signs went

22   up around CDF and CTF and when the medical staff educational

23   sessions started occurring, if you were aware of that.

24             MS. LOPES:  I would have to go through my notes.

25   And I may have something in my notes.  But I don't -- I

Case 1:19-cr-00059-ELH   Document 90-1   Filed 04/15/20   Page 36 of 112
Case 8:19-cr-00089-PX   Document 93-2   Filed 04/16/20   Page 36 of 112

36

 1    can't pinpoint a date for you right now.  I can certainly

 2    look at my notes and address it if we have it and follow up

 3    between now and a hearing date.

 4              Unless Mr. Jordan can recall.

 5              MR. JORDAN:  I do not have a specific memory of

 6    that.

 7              THE COURT:  If it would be put in the written

 8    summary, that would be helpful.

 9              MS. LOPES:  Yes.  Yes.

10              THE COURT:  Mr. Marcus, anything else you want to

11    ask?

12              MR. MARCUS:  Yes.

13              Ms. Lopes and Mr. Jordan, are you aware of how

14    often residents use sick calls versus just the urgent call

15    mechanism that Mr. Jordan describes?

16              MR. JORDAN:  We do not.  We received data on sick

17    call, but we do not have any data on this more walk-up-type

18    encounter.  So I can't give you a comparison of those

19    numbers.

20              What we do have is data regarding sick call

21    requests submitted by inmates and what medical staff has

22    described to us as -- since recently, probably March, they

23    said that sick call providers who go to the housing units to

24    see inmates who requested a sick call are now instructed to

25    allow inmates who did not submit a sick call request to

Case 1:19-cr-00059-ELH   Document 90-1   Filed 04/16/20   Page 37 of 112
Case 8:19-cr-00039-PX   Document 93-2   Filed 04/16/20   Page 37 of 112

37

1    receive services there as well.  And we have records of

2    those encounters as well, but not specific records of

3    inmates who approach correctional officers and are taken to

4    medical for this urgent care.

5             THE COURT:  Are there records that exist about the

6    urgent calls or not?  Do you know?

7             MR. JORDAN:  There are records in the

8    electronic -- they maintain an electronic health record, and

9    there are records of those clinical encounters.  I do not

10   know if they have a readily accessible report of those

11   encounters.  That's something that we could inquire about to

12   try to get a relative number.

13            THE COURT:  I think that would be helpful.

14            Did you get a sense of --

15            I'm sorry to interrupt, Mr. Marcus.

16            Did you get a sense of if they did -- if somebody

17   made a sick call that they would actually -- I'm sorry.

18   There's a jackhammer outside doing construction in the

19   street, which is annoying.

20            But anyway, in terms of the sick calls, how

21   quickly they went to see them?  Because we did have

22   declarations that they put in a sick call and they were not

23   seen for several days.  Is there some pattern relating to

24   that?

25            MR. JORDAN:  So we took the data set of over 6

Case 1:19-cr-00059-ELH Document 90-1 Filed 04/16/20 Page 38 of 112
Case 8:19-cr-00089-PX Document 98-2 Filed 04/16/20 Page 38 of 112

38

```
 1    ,000 -- it was 6,480 sick call requests or encounters and

 2    tried to analyze exactly that.

 3              And I produced an analysis that showed what

 4    appeared to be the length of time between the request and

 5    the medical encounter.

 6              But I then went into a sample of those -- of

 7    specific records to take a look at the electronic health

 8    record.  And I was finding that often the date of the

 9    clinical encounter in the data set we were provided was not

10    accurate.  Most often, in the ones that I looked at, it was

11    to the Defendants' detriment, the dates that were recorded

12    in the data set.

13              And so the answer is, I don't think we have any

14    accurate picture of how long it takes for medical staff to

15    respond to sick call requests based on the data we have.

16              THE COURT:  So is that something that needs -- is

17    that information that needs to be kept?  Or it needs to be

18    just more accurate?

19              MS. LOPES:  I think we have to do more of a

20    review, your Honor, and make some recommendations in the

21    report we submit on Friday.

22              THE COURT:  Okay.

23              MS. LOPES:  I think that's probably the best

24    course, because we did get many, many complaints from

25    inmates about access to sick calls.  That was kind of a
```

Case 1:19-cr-00059-ELH Document 80-1 Filed 04/15/20 Page 39 of 112
Case 8:19-cr-00089-PX Document 93-2 Filed 04/16/20 Page 39 of 112

39

```
 1   constant refrain.

 2            And we thought the objective -- the quote-unquote

 3   "objective data" would be helpful in resolving that

 4   question.  And as Mr. Jordan pointed out, at least

 5   preliminarily, it hasn't been.

 6            And we do need to go back and see whether there's

 7   any other kind of, you know, centralized compendium of

 8   records that log the sick call requests, because we don't

 9   know whether the entries in the electronic health records

10   are accurate.  We don't know where they're pulling the data

11   from this data report we got.  We assume it was from the

12   electronic health records.  So we're going to have to

13   reconcile that if we can in the time we have.

14            THE COURT:  That would be very helpful.

15            Mr. Marcus, I didn't mean to interrupt; but your

16   questions prompted another one from me.  Anything else,

17   Mr. Marcus?

18            MR. MARCUS:  Just a couple more, your Honor.

19            THE COURT:  Sure.

20            MR. MARCUS:  Mr. Jordan, did the process to -- the

21   process to put in an urgent care request, is that residents

22   waiting for a staff member to walk by before they can

23   request it in person?  And, if so, is there a concern that

24   the staffing shortages will make it difficult or complicate

25   the ability of residents to make the urgent care requests if
```

Case 1:19-cr-00059-FLH Document 90-1 Filed 04/15/20 Page 40 of 112
Case 8:19-cr-00039-FLX Document 93-2 Filed 04/16/20 Page 40 of 112

40

1    they're waiting on the presence of a staff member to flag

2    them down?

3           MR. JORDAN:  I would say we don't have enough

4    information about that process yet.  Certainly if the

5    process is organized based on finding a staff member who can

6    escort you to medical, then staffing levels would absolutely

7    be a concern.

8           I think it's an issue that we would need to

9    explore in greater detail with staff and inmates to

10    understand how that process actually works.  I don't have an

11    in-detail-enough understanding of it right now.

12           MR. MARCUS:  One final question:  Are the staff

13    that are currently at the facilities able to enforce social

14    distancing at their current level?

15           MS. LOPES:  No.  No.  No.

16           MR. MARCUS:  Okay.

17           MS. LOPES:  I mean, that was something that we saw

18    in virtually all the housing units we visited and even

19    within common areas where inmates were working, unescorted

20    and escorted, to and from medical, for example.  Social

21    distancing is not being enforced.

22           THE COURT:  So if they had staff, it could be

23    enforced; but because they don't have enough staff, it's not

24    enforced.  Is that what you're saying?

25           MS. LOPES:  That's the conclusion.  And it's not

Case 1:19-cr-00059-ELH   Document 90-1   Filed 04/17/20   Page 41 of 112
Case 8:19-cr-00039-PX   Document 98-1   Filed 04/16/20   Page 41 of 112

41

1    just enough staff; it's not enough staff and not enough

2    supervisors supervising the staff to enforce it.

3              THE COURT:  Okay.  Anything else, Mr. Marcus?

4              MR. MARCUS:  No.  Thank you, your Honor.

5              THE COURT:  Mr. Saindon, is there anything you

6    wish to add?

7              MR. SAINDON:  Thank you, your Honor.

8              I would like to thank Mr. Jordan and Ms. Lopes for

9    their work right now.  I don't know that I have any

10   questions right now.  Obviously, we are keen to get this

11   transcript, and we're going to start working on a lot of

12   these things and respond to them when we get the written

13   report.

14             The only thing I think I have now that I would

15   like to note is we discussed the sick calls appear to exceed

16   the mandates for the *amici*.  That's not in the order.  But

17   again, we can address that in writing later.

18             THE COURT:  Well, it does say, "Are there requests

19   for sick calls based on the suspected COVID-19 symptoms

20   where there's no response?"  So sick calls are covered.

21             MR. SAINDON:  I'm sorry, your Honor.  I meant

22   legal calls.  If I said sick calls, that was my fault.

23             THE COURT:  Legal calls, no.  But I think what

24   they're indicating -- and the legal calls, I had separated

25   that out.

Case 3:19-cr-00059-FLH Document 90-1 Filed 04/17/20 Page 42 of 112
Case 8:19-cr-00089-FLX Document 98-1 Filed 04/16/20 Page 42 of 112

42

1          But it is important in terms of where they're --

2     the activity -- the question that I think was asked that

3     brought this up was what activities that were available --

4     were available to them in the various units that they were

5     on, depending on whether it was isolation, quarantine or

6     neither of those two things.  And obviously, it does -- that

7     certainly is one issue that has come up.

8          So specifically, they weren't asked; but they were

9     asked as to what activities they could do.  And legal calls

10    I see as an activity.

11         Anything else, Mr. Saindon?

12         MR. SAINDON:  That's it for now.  Thank you, your

13    Honor.

14         THE COURT:  Mr. Glover, is there anything you wish

15    to ask?

16         MR. GLOVER:  Not at this time, your Honor.

17         THE COURT:  So then let's move on to environmental

18    health and hygiene.

19         MR. JORDAN:  I will address Environmental Question

20    No. 1, the quantity of personal protection equipment and

21    cleaning products in the stockpile.

22         First, DOC representatives have stated that they

23    have a sufficient supply of PPE to provide daily

24    replacements for 60 days.

25         According to DOC data, as of April 13th, the

Case 1:19-cr-00059-ELH  Document 90-1  Filed 04/17/20  Page 43 of 112
Case 8:19-cr-00039-PX  Document 98-2  Filed 04/16/20  Page 43 of 112

43

1    agency had 73,000 surgical masks; 1,560 N95 masks; and I do

2    not have current inventories of gloves or eye protection,

3    unfortunately.

4              With respect to cleaning products, your Honor, I

5    can -- I have inventories by type of surface cleaner and

6    sanitizing solution.  If you'd like, I can walk through the

7    gallons of each or we could include those in the written

8    submission.

9              I will say that we also reviewed -- in addition to

10   the stockpile, we reviewed delivery records.  And the

11   delivery records show that there were consistent deliveries

12   of cleaning supplies to the facilities between December 31st

13   and now.

14             THE COURT:  Okay.  And --

15             MR. JORDAN:  I --

16             THE COURT:  Go ahead.  I'm sorry.

17             MR. JORDAN:  I was just going to say, if you'd

18   like, I can walk you through the volumes that they had in

19   the stockpile.  But I don't know that it's going to be

20   instructive as to whether it's sufficient for the purpose.

21             THE COURT:  That was going to be my question, as

22   to whether you could come to a conclusion as to whether it

23   was sufficient or not.

24             MR. JORDAN:  Question No. 5 is as to whether

25   residents or inmates have access to cleaning supplies in

Case 1:19-cr-00059-ELH  Document 90-1  Filed 04/17/20  Page 44 of 112
Case 8:19-cr-00089-PX  Document 98-2  Filed 04/16/20  Page 44 of 112

44

1    sufficient quantity and concentration.  So it's an indirect

2    way of addressing that.  If you want, I can address that

3    question now.

4            THE COURT:  I'll leave it to you as to which is a

5    better question to answer it with.

6            MR. JORDAN:  To your first question, in the

7    abstract, I don't know how much you need to keep it running.

8    What we did was in response to Question 5 is look at access

9    at the cell level, at the housing unit level.

10           So I --

11           THE COURT:  I think we'll wait until you get to 5,

12   then.

13           MR. JORDAN:  Good.

14           THE COURT:  Is that all we need on 1?

15           MS. LOPES:  Yes.

16           THE COURT:  How about 2?

17           MS. LOPES:  I have the soap.

18           So inmates reported that they purchased soap

19   through the commissary.  And those who don't were able to

20   show us their soap.  And no one -- and, you know, we did go

21   to many housing units and we did interview many inmates.

22   And they all had soap.

23           The soap -- there were limited supplies of soap

24   also available through the officers in the housing units.

25   And the only exception was the special management unit at

Case 1:19-cr-00059-ELH Document 90-1 Filed 04/17/20 Page 45 of 112
Case 8:19-cr-00039-PX Document 98-2 Filed 04/16/20 Page 45 of 112

45

1      the CDF, South-1, where soap is not -- bars of soap were not

2      provided, but these very, very small packets of liquid soap

3      are provided to the inmates because the bars of soap are

4      viewed to be a security concern.

5              So there didn't appear to be a problem with the

6      access to the soap at both facilities.

7              THE COURT:  Are they getting it weekly?  Are they

8      getting it weekly?  That's what we were told.

9              MS. LOPES:  Yes.  Yes.  Weekly.  Yes.  There does

10     not appear to be a problem and there does not appear to be a

11     shortage.  And we can report on the inventories in our

12     written report.

13             THE COURT:  I guess we'll move to Question --

14             MS. LOPES:  This is Mr. Jordan.

15             MR. JORDAN:  Staff who interact with visitors and

16     residents and PPE:

17             Staff who interact with visitors do have access to

18     and they wear sufficient PPE.  For example, the nurses and

19     correctional officers performing staff and visitor screening

20     were wearing PPE recommended by the CDC guidelines.

21             Staff who interact with inmates on isolation units

22     had access to and wore sufficient PPE consistent with the

23     CDC guidelines, including N95 masks, eye protection, gloves

24     and a gown.

25             For staff in contact with quarantined inmates, CDC

Case 3:19-cr-00059-FLH Document 90-1 Filed 04/16/20 Page 46 of 112
Case 8:19-cr-00089-FLX Document 93-2 Filed 04/16/20 Page 46 of 112

46

1  guidelines state that they should wear a facemask, eye

2  protection and gloves as the local supply and scope of

3  duties allow.

4  Staff who interact with inmates on the quarantine

5  units frequently but not always had surgical or similar

6  masks.  A smaller number of staff on the quarantine units

7  wore gloves.  We did not observe any staff on the quarantine

8  units who were wearing facility-issued eye protection.

9  Our understanding is that beginning on Friday,

10  April 10th, more PPE was made available -- more widely

11  available to staff in both facilities.  Over the course of

12  our visits over the 10th, 11th and 12th, we did observe an

13  increase in the number of staff wearing PPE throughout the

14  facilities over time.

15  THE COURT:  Okay.

16  MS. LOPES:  And I have Question 4, your Honor,

17  whether staff and prisoner workers are given masks,

18  particularly in the food service area, and instructed to

19  wear that equipment.

20  We did visit the culinary area on our site visits.

21  Everyone uniformly, the contract staff and the correctional

22  officers, had hair nets, masks and gloves.  We did not

23  confirm the instructions they received, but there were no

24  deviations at all.

25  And --

Case 3:19-cr-00059-FLH Document 90-1 Filed 04/17/20 Page 47 of 112
Case 8:19-cr-00039-TX Document 98-2 Filed 04/16/20 Page 47 of 112

47

1          MR. SAINDON:  Your Honor, this is Andrew Saindon.

2     I'm sorry.  I hate to interrupt.  The phone call dropped me.

3     I don't know if it happened to others.

4          But I'd appreciate it, Grace, if you could start

5     over again.  I didn't hear anything from Mr. Jordan on

6     Question 3.

7          THE COURT:  Oh.  Oh, boy.

8          MR. SAINDON:  If cut off.

9          MR. JORDAN:  I'm happy to repeat.

10          MR. SAINDON:  Thank you.

11          MR. JORDAN:  So regarding staff who interact with

12     visitors and residents and their access to PPE, staff who

13     interact with visitors do have access to and wear sufficient

14     PPE.  Specifically, staff who performed staff and visitor

15     screening were wearing PPE as recommended by the CDC

16     guidelines.

17          We also observed that staff who interact with

18     inmates on isolation units had access to and wore sufficient

19     PPE consistent with CDC guidelines, which include N95 masks,

20     eye protection, gloves and a gown.

21          Staff in contact with inmates on quarantine units,

22     the CDC guidelines state that they should wear a facemask,

23     eye protection and gloves as the local supply and scope of

24     duties allow.

25          We found that staff on the quarantine units

 1    frequently but not always had surgical or similar masks.  A

 2    smaller number than wore masks wore gloves.  And we did not

 3    see any staff on quarantine units who were wearing

 4    facility-issued eye protection.

 5          And our understanding was that beginning on April

 6    10th, which was last Friday, PPE was made much more widely

 7    available to staff at both the facilities.  And our

 8    observation was that over the course of our three days of

 9    site visits, we saw increasing numbers of staff wearing PPE

10    at the facilities.

11          MR. SAINDON:  Thank you, Mr. Jordan.

12          THE COURT:  And we had started to move into 4 with

13    Ms. Lopes.

14          MR. SAINDON:  I apologize.  Thank you.

15          MS. LOPES:  What I said was that we visited the

16    culinary unit at the jail.  During our site visit, the

17    contract staff as well as the correctional officers who were

18    staffing the culinary unit had the requisite hair nets,

19    masks and gloves.

20          We were unable to confirm the instructions they

21    received, but there were no deviations whatsoever.  And

22    there were a number of staff working, and no deviations at

23    all.

24          THE COURT:  What about the -- aren't there

25    prisoner workers?  Were they --

```
 1              MS. LOPES:  There are no --

 2              THE COURT:  No prisoner workers?

 3              MS. LOPES:  The prisoner workers had been pulled

 4    from that assignment the night before because an inmate who

 5    worked in culinary tested positive for COVID.  And so all of

 6    them were diverted from that assignment.  And so the

 7    correctional staff was substituting for the inmates.

 8              THE COURT:  And the correctional staff all had the

 9    appropriate --

10              MS. LOPES:  Yes.

11              THE COURT:  -- protective equipment?

12              MS. LOPES:  Yes.

13              THE COURT:  All right.

14              MR. JORDAN:  Question 5.  This is:  Do residents

15    have access to cleaning supplies in sufficient quantity and

16    concentration, including rags to clean their cells?

17              As I mentioned in Question 1, we analyzed data

18    regarding cleaning supplies, not only the current inventory,

19    but also the delivery schedule to the facilities.  And there

20    is evidence that there are regular deliveries of cleaning

21    and sanitizing products from a central storage area to the

22    facilities.

23              Historically, we found that there are three types

24    of cleaning and sanitizing products available on housing

25    units.  And beginning in mid-March, the DOC added a fourth
```

1     type of disinfecting agent in a peroxide-based cleaner that

2     we did see on some housing units.

3          Our observations and interviews with inmates and

4     staff indicate that inmates' access to supplies on housing

5     units varies from unit to unit.  There was at least one unit

6     we visited on which all of the cleaning supplies had been

7     depleted at the time of our visit.  On some housing units

8     that did have cleaning supplies, inmates reported they did

9     not have access to the cleaning agents for them to clean

10    their cells.

11         But in general, there was very little knowledge

12    regarding which of the four available cleaning and

13    sanitizing agents to use on which surfaces and in what

14    quantities.  One inmate told me, "We just use everything for

15    everything."

16         Residents reported and our observations confirmed

17    that rags were generally not accessible for cleaning cells.

18    We observed the inmates routinely fashioned rags out of the

19    facility-issued towels and T-shirts, and they appeared

20    soiled.

21         On a limited number of housing units, there were

22    paper towels that could be requested from a correctional

23    officer for inmates to use to clean.  And as previously

24    discussed, on isolation units, inmates were not able to

25    clean their own cells.

Case 1:19-cr-00059-ELH   Document 90-1   Filed 04/16/20   Page 51 of 112
Case 8:19-cr-00039-PX   Document 98-2   Filed 04/16/20   Page 51 of 112

51

```
 1              THE COURT:  So did anybody clean them?

 2              MR. JORDAN:  Some inmates did report that they

 3    were able to clean them.

 4              Frequently, the process is they would have to talk

 5    to the inmate detailee.  So there are detailees assigned to

 6    each housing unit with a work responsibility that included

 7    mixing chemicals and cleaning certain areas and making

 8    cleaning agents available.

 9              And so there was inconsistency.  On some units,

10    inmates would say:  Yes.  I have access to some sort of

11    cleaning agent and I clean.  And on other units, they say:

12    No.  We never got them.

13              THE COURT:  In terms of the isolation, you

14    indicated they were not able to clean the cells.  So did

15    anybody clean them if they weren't able?  Did anybody else

16    come in and clean them?  Or were they just --

17              MR. JORDAN:  No, they were not.

18              MS. LOPES:  No.

19              And they don't have any -- one thing, I think,

20    that might have been missed is they don't have the

21    equipment.  The rags available to them are not sanitized or

22    appropriate, really, for cleaning, particularly in this

23    environment.  So they really are, you know, resorting to

24    ripping up, you know, their T-shirts and using them to

25    clean.  So there is a shortage of appropriate equipment and
```

Case 1:19-cr-00059-ELH  Document 90-1  Filed 04/15/20  Page 52 of 112
Case 8:19-cr-00039-PX  Document 98-2  Filed 04/16/20  Page 52 of 112

52

1      supplies for cleaning on that level.  Not the chemicals, but

2      the cleaning equipment.

3                  THE COURT:  Okay.

4                  MR. JORDAN:  Question 6:  The housing units and

5      particularly common spaces, such as bathrooms and showers,

6      appear to be sufficiently clean.

7                  The cleanliness in common spaces was very

8      inconsistent.  The cleaning of housing units, including

9      showers, and, when they were present, common bathrooms, is

10     again the responsibility of these designated inmate

11     detailees supervised by correctional officers.  And there's

12     just very little quality control.

13                 So it's widely variable from one housing unit to

14     another.  There were some housing units that appeared clean

15     and tidy and there were some that did not, or housing units

16     with trash on the floor on cell block corridors.  And in

17     certain units, with shared tile showers -- this was at the

18     CTF -- there was visible mold growth in showers.

19                 At the CTF, there's one portion of the CTF called

20     Building D.  It's designed with shared sinks, toilets and

21     showers.  In that area, in Building D, we found multiple

22     examples of nonfunctional toilets and sinks.

23                 THE COURT:  All right.  And is there a difference

24     between the common spaces within the housing units, which it

25     sounds like the inmate detailees do the work, and then the

Case 1:19-cr-00159-ELH  Document 90-1  Filed 04/16/20  Page 53 of 112
Case 8:19-cr-00089-PX  Document 98-2  Filed 04/16/20  Page 53 of 112

53

 1     common spaces that are outside of the housing units?

 2                MS. LOPES:  Yes.

 3                MR. JORDAN:  Yes.

 4                THE COURT:  In terms of the common spaces within

 5     the housing units, are they supposed to clean them at a

 6     particular time or a certain number of times a day or

 7     anything else?

 8                MR. JORDAN:  They are supposed to clean every two

 9     hours.  And in fact, there are announcements made over the

10     PA that inmates are to clean every two hours.  So there's an

11     awareness of that.

12                It is very clear that the knowledge of these

13     chemicals that are available is very low.  We even talked to

14     one of the staff members.  There are what are called

15     environmental posts, and those are correctional officers who

16     are responsible for managing the environmental health and

17     safety program on different shifts.

18                And we were asking one about the appropriate

19     dilution of these chemicals, and he stated that he had

20     recently started using his own Clorox bleach solution that

21     he mixed up.  And so we asked him in what quantity he did

22     that.

23                And he gave us very rough estimates, that he put

24     in a couple of inches into a gallon.

25                And in order to use these chemicals, there are

Case 8:19-cr-00059-FLH Document 90-1 Filed 04/16/20 Page 54 of 112
Case 8:19-cr-00059-FLH Document 98-2 Filed 04/16/20 Page 54 of 112

54

1    appropriate concentrations that need to be used.  And so we

2    were surprised at the lack of precision for that sort of

3    chemical mixing he was describing.

4              THE COURT:  And when you say every two hours,

5    we're talking about the common areas within the housing

6    units.  Is that correct?

7              MR. JORDAN:  That is correct.

8              THE COURT:  And so it sounds like they're not

9    doing that.

10             MS. LOPES:  They are.  They don't have the

11   equipment.

12             THE COURT:  All right.

13             MS. LOPES:  They are doing it, your Honor.  But

14   they don't have the training and they don't have the basic

15   equipment to do it correctly.

16             So, you know, so they're trying to clean all the

17   touched surfaces.  And when you ask a detail inmate, "What

18   are you doing, what are you supposed to do," they all --

19   they will all tell you, "Well, I have to clean all the

20   touched surfaces, the doorknobs, the railings," and they'll

21   go into detail.  But they just don't have the equipment to

22   do it well or the training or the supervision, for that

23   matter.

24             MR. JORDAN:  And there are four types of chemicals

25   available, and they don't all do the same thing.  Some of

Case 1:19-cr-00059-ELH Document 90-1 Filed 04/17/20 Page 55 of 112
Case 8:19-cr-00089-PX Document 93-2 Filed 04/16/20 Page 55 of 112

55

1    them are cleaning agents; some of them are sanitizing

2    agents; and disinfecting agents.  And they ordered one in

3    particular in mid-March, this peroxide-based agent, which

4    was intended to get at the coronavirus and to be able to

5    kill it.

6              But the level of knowledge among the individuals

7    who are actually using these chemicals was very low.  When

8    you would ask them, "What do you use this solution for

9    versus the other," we did not receive any consistent

10   response.  And they said they did not receive training on

11   that.

12             THE COURT:  This is the common areas.  Is this

13   true of all the ones, you know, the general areas, the

14   non-quarantine isolation areas, the quarantine areas and the

15   isolation?  Is this through this sort of what I view as the

16   three types of housing units?

17             MS. LOPES:  Yes.  Yes.  It's the case in all of

18   them.

19             THE COURT:  Let's go on, then, to I guess No. 7.

20             MS. LOPES:  Whether the professional cleaning

21   crews clean the hallways and common areas.

22             Not in the housing units.  And inmates do.

23   Mr. Jordan has told you about some of that.

24             A professional cleaning crew was engaged by the

25   DOC to clean certain common areas on the nonsecure side of

Case 1:19-cr-00659-ELH   Document 90-1   Filed 04/17/20   Page 56 of 112
Case 8:19-cr-00089-PX   Document 93-2   Filed 04/16/20   Page 56 of 112

56

1    both facilities on a daily basis beginning in late March.

2         There was an apparent misunderstanding about the

3    scope of services that this contractor was required to

4    perform.  That came to light this week.  The chief

5    administrative officer at DOC understood that they would be

6    required to mop all of the hallways in these common areas

7    and learned this week that they weren't mopping any of the

8    hallways in these common areas, so they had not been

9    cleaned, and has indicated that she would address -- was

10   addressing this and was remedying this problem.

11        So this is limited to really the administrative

12   side of both facilities, the non-secured side, where these

13   crews were coming in daily to perform these cleaning

14   activities.

15        And insofar as the housing units, as we said, the

16   inmates and details cleaned the common spaces.  And there is

17   the issue with the training and the knowledge about products

18   and the need to bolster the quality of the equipment that

19   they use, the rags and mops, et cetera, so they can

20   actually -- so their cleaning activities are more effective.

21   Let's put it that way.

22        THE COURT:  In terms of what I'll call the

23   administrative areas, because it's not the housing units,

24   would visitors go through there or any of the inmates go

25   through there?  Or is this strictly staff that's not going

Case 1:19-cr-00059-ELH  Document 90-1  Filed 04/17/20  Page 57 of 112
Case 8:19-cr-00039-PX  Document 98-2  Filed 04/16/20  Page 57 of 112

57

```
 1         to have any contact with either the inmates or visitors?
 2              MS. LOPES:  Visitors and staff would be going
 3         through, not the inmates.  But visitors and staff who have
 4         contacts with the inmates would be going through these
 5         common spaces.  Yes.
 6              THE COURT:  Then we'll move to 8.
 7              MS. LOPES:  The hand sanitizer.
 8              Inmates do not have access to the hand sanitizer
 9         at the CTF.  It is provided for staff on the housing units.
10         So the hand sanitizer that is on the housing units is not
11         available to the staff, according to the staff in those
12         housing units, as well as according to the inmates.
13              THE COURT:  Can you say that again?  I'm not sure
14         who gets -- who has this.
15              MS. LOPES:  It's the staff.  It's mounted -- at
16         the CTF, it's mounted in the day room area for staff use.
17              THE COURT:  So no inmates get hand sanitizer or
18         the use of it?
19              MS. LOPES:  No.  No.
20              THE COURT:  Okay.
21              MS. LOPES:  And in terms of social distancing, you
22         know, as I said --
23              THE COURT:  Is any going on?
24              MS. LOPES:  It's not.  No.  I did not observe it,
25         and I don't believe Mr. Jordan has observed any effort to
```

Case 1:19-cr-00059-ELH  Document 90-1  Filed 04/16/20  Page 58 of 112
Case 8:19-cr-00039-PX  Document 98-2  Filed 04/16/20  Page 58 of 112

58

1    enforce social distancing.  Certainly there's the space to

2    do it, but no effort to enforce it.

3              THE COURT:  Where would the space be to do it?

4              MS. LOPES:  In the day rooms.  There are

5    multilevel areas in the housing units.  There's enough room

6    in the day rooms for them, you know.  They could start

7    limiting the number of the inmates to maintain at least a

8    six-foot distance.

9              But it's just not enforced.

10             And I was in the housing units, where I was

11   surrounded by inmates.  I mean, like ten, twelve, you know,

12   even more inmates who were gathering next to each other.  I

13   would say to them:  Listen, you need to maintain a distance

14   of six feet from each other.  But I was telling them that,

15   not the correctional staff.

16             And it depends.  I mean, we would walk into

17   housing units and inmates would be, you know, collected

18   together, many of them.  It's just not being enforced.

19             THE COURT:  At one point, there was an indication

20   from DOC that they had cut the number of people that were

21   going out for recreation at the same time.  I don't know

22   whether that means outside or whether it means in the day

23   room or both.

24             Does it look like they've cut the number?  It went

25   from 80 to 40 and then --

Case 1:19-cr-00059-ELH  Document 90-1  Filed 04/17/20  Page 59 of 112
Case 8:19-cr-00039-PX  Document 98-2  Filed 04/16/20  Page 59 of 112

59

1          MS. LOPES:  Yes.  Yes.  They cut it to five,

2    ostensibly, to five in every unit but the isolation unit.

3    But there is the five inmates they let out, and then

4    typically they will let out of their cells the detail

5    inmates as well.  So there could be as many as eight who are

6    out at one time.  And we have seen more than that, a number

7    of inmates out in both facilities at one time during our

8    site visits.

9          But yes.  As a matter of policy, the Defendants

10   did reduce the number to five at a time everywhere but in

11   isolation.

12         MR. JORDAN:  And I was just saying, as Grace said,

13   on multiple units we did observe there were times when over

14   ten, sometimes closer to 15, inmates were out at a time in

15   contravention of the policy.

16         THE COURT:  And I guess No. 10 is next.  You did

17   give some information earlier.  I don't know whether there's

18   additional information for No. 10 that you want to bring up.

19         MS. LOPES:  I think Mr. Jordan had --

20         MR. JORDAN:  I'm sorry.  Yes.  That is my

21   question.

22         It's:  How many residents share a cell?

23         So we analyzed individual-level housing assignment

24   data from both facilities every day from March 15 through

25   April 13th.  As of April 13th, 586 of the 1,041 inmates,

Case 1:19-cr-00059-ELH Document 90-1 Filed 04/17/20 Page 60 of 112
Case 8:19-cr-00039-PX Document 93-2 Filed 04/16/20 Page 60 of 112

60

1    which is 56 percent, were assigned to a cell with another

2    inmate.

3           On the same date, April 13th, at the CTF, 22

4    inmates, only 5 percent, were assigned to a cell with

5    another inmate.

6           And in terms of cell size, I did measure what I

7    took to be a representative cell at each facility.  At the

8    CDF, the cell was approximately 86 square feet.  And at the

9    CTF, the cell was approximately 72 square feet.

10          THE COURT:  Is there any sort of reason why some

11   are shared and some are not in terms of how they select the

12   inmates to be in a cell that's shared and one that's not

13   shared?  Or is it just the luck of the draw, that you show

14   up and they happen to have one open?

15          MR. JORDAN:  I don't know the logic they use when

16   making cell assignments.  Certainly housing unit assignments

17   have a lot to do with classification procedures.  But the

18   decision regarding who is assigned to a cell with another

19   inmate is not clear.  We did not explore that in any detail.

20          There are probably all, certainly most of the

21   housing units, that have inmates sharing cells.  There are

22   many vacant cells as well.  So it was not clear to me at the

23   time why there were inmates assigned with another cellmate.

24          THE COURT:  So there are vacant cells.  And they

25   couldn't split them?

Case 1:19-cr-00059-ELH   Document 90-1   Filed 04/17/20   Page 61 of 112
Case 8:19-cr-00089-PX   Document 93-2   Filed 04/16/20   Page 61 of 112

61

```
 1                    MR. JORDAN:  Correct.

 2                    THE COURT:  Can you hold on one second?  I'm at

 3       home.  They're doing construction outside, and they want me

 4       to move my car.  So I'm going to tell them they'll have to

 5       wait a minute.  So if you all can hang on, I'll be right

 6       back.

 7                    (Brief pause in the proceedings.)

 8                    THE COURT:  I'm back.  Sorry.  So much for social

 9       distancing.  They're doing construction and they're on top

10       of each other.  But leaving that aside, I had to move my

11       car, which was in a handicapped spot, away.

12                    All right.  Let's get back to this.  We're on --

13       we have vacant cells, as I recall, where you could split

14       them up.  Is that correct?

15                    MR. JORDAN:  That's correct.

16                    THE COURT:  There was another question.  Let me

17       just get back in here.

18                    In terms of the -- I've indicated sort of three

19       types of units.  In the isolation, they're by themselves.

20       In quarantine, do they share cells?  Or they don't share

21       cells there either?

22                    MR. JORDAN:  I believe on quarantine units they

23       can share cells.

24                    THE COURT:  So the only ones where they

25       actually -- absolutely don't share cells is in isolation?
```

Case 1:19-cr-00059-ELH   Document 90-1   Filed 04/17/20   Page 62 of 112
Case 8:19-cr-00039-PX   Document 93-2   Filed 04/16/20   Page 62 of 112

62

1    Or is that not --

2            MR. JORDAN:  I believe that is accurate.

3            THE COURT:  Okay.  So there may be some sharing of

4    cells in the quarantine section, and certainly some in just

5    the general housing, I'll call it?

6            MR. JORDAN:  Right.

7            MS. LOPES:  Yes.

8            THE COURT:  I guess we can move on to No. 11,

9    which is the last one.

10           MR. JORDAN:  Yes.  Do all residents have access to

11   sinks, soap and toilets?

12           At the CDF, all of the cells are what are called

13   wet cells, which includes sinks and toilets.

14           At the CTF, as I mentioned before, there's

15   Building D in which the inmates share common sinks and

16   toilets.  In that building, the cell doors are designed not

17   to lock, and inmates can access the sink and toilets without

18   intervention from a correctional officer.

19           We did, as I previously noted, identify multiple

20   sinks and toilets in Building D that were not operational

21   when we visited.

22           And as Ms. Lopes mentioned, every inmate that we

23   spoke to stated that they had access to soap.  And we did

24   review the supply of the inventory of soap the DOC

25   maintains.  And I also reviewed soap delivery records to the

Case 1:19-cr-00159-FLH  Document 90-1  Filed 04/17/20  Page 63 of 112
Case 8:19-cr-00089-FX  Document 93-1  Filed 04/16/20  Page 63 of 112

63

1    facilities.  In between March 13 and April 13th, DOC's data

2    shows that 7,000 bars of soap were delivered to the two

3    facilities.

4          I would note that some inmates say that they use

5    their soap to clean their clothes and shower and that a

6    single bar of soap is not enough to make it through a week

7    under those circumstances.

8          THE COURT:  In the part where they share the

9    toilets, how many sinks and toilets are there?  I mean, is

10   there a sink and toilet and there are five inmates that use

11   it, say, or is it that three or five inmates use it or

12   something like that?

13         MR. JORDAN:  It's two toilets, two sinks and one

14   shower.  And it's on a corridor -- and I'm estimating

15   here -- that might have ten cells on it.

16         Grace, does that sound accurate to you?  I'm just

17   visualizing.

18         MS. LOPES:  Yes.

19         THE COURT:  Again, those cells could have double

20   people or one of them?

21         MR. JORDAN:  They could.  But as of now, they have

22   single.  Yes.

23         THE COURT:  Let me just ask if there are any

24   questions, and then we'll get back to whether you've got

25   some other observations you wanted to make.

Case 1:19-cr-00059-ELH Document 90-1 Filed 04/17/20 Page 64 of 112
Case 8:19-cr-00089-PX Document 98-2 Filed 04/16/20 Page 64 of 112

64

```
 1                  So let me -- Mr. Marcus, if there are any

 2       questions about what we've just gone over.

 3                  MR. MARCUS:  Yes, Judge.

 4                  First, for Mr. Jordan and Ms. Lopes, in what rough

 5       proportion of housing units that you visited would you say

 6       that there was sufficient cleaning solution accessible?  You

 7       mentioned variation between housing units.  But in what

 8       proportion would you say that there was sufficient

 9       available?

10                  MR. JORDAN:  I would say definitely the majority.

11                  So there was only one housing unit where the

12       containers of cleaning solutions were empty.  On some of the

13       other units, the supply was low.  I just don't know what

14       their internal process is for refilling -- identifying

15       cleaning solution that needs to be refilled and then

16       refilling it.

17                  MR. MARCUS:  Ms. Lopes, given the staffing

18       shortages that you noted, is that a concern as far as the

19       training and supervision of the resident details that clean

20       the common areas of the housing units?

21                  MS. LOPES:  It could be.  And it affects -- you

22       know, it affects all areas of operations so that -- you

23       know, we were in housing units with one officer and, you

24       know, 45 inmates.  You know, that officer cannot

25       supervise -- provide direct supervision to all of those
```

Case 1:19-cr-00059-ELH   Document 90-1   Filed 04/15/20   Page 65 of 112
Case 8:19-cr-00039-PX   Document 98-2   Filed 04/16/20   Page 65 of 112

65

1    inmates.

2         So yes.  It has implications for cleaning.  It has

3    limitations for all areas of management in the facility.

4         MR. JORDAN:  I was just going to add to that:  The

5    CDF in particular, the structural design of the facility is

6    inherently more staff-intensive than the CTF.

7         Because of its linear layout, the sight lines are

8    very difficult.  So a given officer cannot see large

9    portions of the cells at any given time.  And that just

10   needs -- in order to do direct observation, you need more

11   staff at any given time.

12        THE COURT:  If I can just interrupt here for a

13   second.

14        Did you have a discussion with the DOC officials

15   that you talked to about the staffing shortages and what

16   seemed --

17        MS. LOPES:  Sorry.  You cut off.

18        THE COURT:  Did you have an opportunity to --

19        MS. LOPES:  Your Honor?

20        THE COURT:  Yes.  I'm still here.

21        MS. LOPES:  Hello?

22        THE COURT:  Hello?

23        MS. LOPES:  Hello?

24        MR. MARCUS:  Judge, this is Steven Marcus.  I can

25   hear Ms. Lopes and your Honor.  I'm not sure what the

Case 1:19-cr-00059-ELH   Document 90-1   Filed 04/17/20   Page 66 of 112
Case 8:19-cr-00039-PX   Document 98-2   Filed 04/16/20   Page 66 of 112

66

1    trouble is.

2              MR. SAINDON:  This is Andrew Saindon.  I can hear

3    both sides, too.

4              THE COURT:  Ms. Lopes, can you hear me?

5              MS. LOPES:  I've got you, your Honor.  Yes.  For

6    some reason I couldn't hear you.  Yes.

7              THE COURT:  I'm speaking as directly as I can into

8    the phone.

9              What I was asking is whether in relation to the

10   staff shortages, whether you had any discussions with the

11   DOC representatives as to why, and are they doing something

12   about it?  Is it because people have been quarantined, staff

13   has been quarantined or they're not showing up?  Or did you

14   have -- first, did you have any discussions about it?

15             MS. LOPES:  Yes.  Yes, I did.  And it appears that

16   there are at least three if not four factors.

17             The first:  There are a number of vacancies in the

18   staffing complements.  There are positions that are funded

19   that are not filled.

20             Then there are a significant percentage of members

21   of the workforce who are unavailable for duty

22   notwithstanding COVID-19 for reasons such as long-term

23   workers' compensation, AWOL, military service, training,

24   et cetera, one of those categories that rendered them

25   unavailable for duty.

Case 1:19-cr-00059-ELH   Document 90-1   Filed 04/16/20   Page 67 of 112
Case 8:19-cr-00089-PX   Document 98-2   Filed 04/16/20   Page 67 of 112

67

1    And that is compounded by the number of staff who

2    are quarantined or are self-quarantined.  Staff who have

3    specific vulnerabilities, you know, have been permitted --

4    who have medical vulnerabilities have been permitted to, you

5    know, take leave, extended leave.

6    And then that's combined with staff who have been

7    in direct contact or otherwise exposed to those who test

8    positive at the institution or those who test positive in

9    the community where, you know, they've had direct contact.

10   So they have a number of staff on quarantine status.

11   I had requested all of that data, and I anticipate

12   getting it tomorrow from their personnel director.

13   So all of those factors combined have really

14   undercut the staffing levels.

15   THE COURT:  Mr. Marcus, I'm sorry.  I had

16   interrupted you.  Do you have any other questions?

17   MR. MARCUS:  Yes, Judge.  Just one more for

18   Mr. Jordan.

19   You mentioned in Building D at CTF where the sinks

20   and toilets and showers are all outside of the housing

21   units, you mentioned that residents -- or outside of the

22   cells; sorry -- you mentioned that residents are able to

23   come and go from their cells as they like to access their

24   facilities.

25   Is that still true in light of the 23-hour

Case 1:19-cr-00059-ELH  Document 90-1  Filed 04/17/20  Page 68 of 112
Case 8:19-cr-00089-PX  Document 98-2  Filed 04/16/20  Page 68 of 112

68

1    lockdown?  And if that is the case, are staff monitoring to

2    make sure that no more than five people are outside at a

3    given time?

4         MR. JORDAN:  They are not supposed to come out of

5    their cells unless they are permitted to come out of their

6    cells.  And so the same policy of having five people out at

7    a time is supposed to apply.  Even though they can open

8    their doors, you're not supposed to do that.

9         When we went to a housing unit in Building D,

10   there were many more than five inmates out at the time.

11        MS. LOPES:  There were many more.

12        MR. JORDAN:  So just because the doors can open

13   doesn't mean they're exempt from the policy.

14        THE COURT:  Is there anything else, Mr. Marcus?

15        MR. MARCUS:  Not from me, your Honor.

16        THE COURT:  Mr. Saindon, is there anything you

17   wish to add?

18        MR. SAINDON:  No, your Honor.  Just one thing I

19   heard.  And I might have written it down, but I think

20   Ms. Lopes said early on as of a particular date there

21   were -- April 10th, I think she said -- there were -- it

22   sounded like she said there were 82 positive tests, but I

23   think she meant 82 tests given.  I just wanted to clarify if

24   that was true.

25        MR. JORDAN:  That's correct.  82 test

Case 1:19-cr-00059-ELH   Document 90-1   Filed 04/17/20   Page 69 of 112
Case 8:19-cr-00089-PX   Document 93-2   Filed 04/16/20   Page 69 of 112

69

```
1    administered.

2              MS. LOPES:  Yes.  Yes.  That's what I meant to

3    say.  I said 82 inmates had been tested, I thought; and of

4    the 82, 52 were COVID positive; 26 were negative; and the

5    balance were pending results.

6              MR. SAINDON:  Great.  Thank you.  It was different

7    from the numbers I had today, so I just wanted to verify.

8              MS. LOPES:  That's fine.

9              THE COURT:  Mr. Saindon, anything else?

10             MR. SAINDON:  That's all I have for now.  Thank

11   you, your Honor.

12             THE COURT:  Mr. Glover, did you have any

13   questions?

14             MR. GLOVER:  No questions, Judge.

15             THE COURT:  Okay.  So as I understand it,

16   Mr. Lopes and Ms. Jordan, you'll be putting together a

17   written summary.  You're obviously still in the process of

18   getting information, from what I gathered.

19             Is there anything additional that you need that

20   you have not received in order for you to, you know,

21   conclude on this -- conclude the summary?

22             MS. LOPES:  You know --

23             MR. JORDAN:  Based on today's --

24             MS. LOPES:  Sorry.  Go ahead, Mark.

25             MR. JORDAN:  I was just going to say, based on
```

Case 1:19-cr-00059-FLH Document 90-1 Filed 04/15/20 Page 70 of 112
Case 8:19-cr-00089-FLX Document 98-2 Filed 04/16/20 Page 70 of 112

70

1    this call, we will need data on urgent-care visits in

2    medical.  So that is a request that we will make of the DOC.

3          THE COURT:  Because it seems to me there were

4    several complaints in the declarations, as I recall, from

5    the Plaintiff, indicating individual distinctions between

6    sick calls and not being seen immediately, and then the

7    urgent call sounds as if it's sort of happenstance.  A staff

8    member comes by and the person asks for it, although they

9    have not necessarily asked for a sick call and, you know,

10    the staff member is going to bring somebody for a sick call

11    and somebody else speaks up.  At least that's sort of the

12    impression I got.

13          It would be very helpful to find out -- to

14    hopefully have a more systematic way of making sure that

15    those who -- the inmates, if you're relying on the inmates

16    for the most part who have the symptoms, that they would

17    immediately get the attention and be looked at.

18          So whatever information -- and it would be

19    interesting to know whether this information is being kept

20    or not; and if it's not, it's something that, you know,

21    should be kept.

22          So one thing that would be helpful, although I

23    didn't necessarily put it in there, but I'm assuming it's a

24    natural aspect of this, is the -- if there are particular

25    areas that you're indicating are issues -- and you've

Case 8:19-cr-00039-PX Document 93-2 Filed 04/16/20 Page 71 of 112

1    indicated there's a number of them -- as to whether you have

2    specific recommendations, having gone into the facility and

3    observed it, which would be -- you know, I'm not suggesting

4    medical treatment, because these are sort of conditions; but

5    if you have particular recommendations, having been there,

6    it would be very helpful to have that.

7         And I don't know whether that makes it beyond what

8    you had planned or if you were planning on doing that

9    anyway.

10        MS. LOPES:  We weren't planning on it, your Honor,

11   but we can do it.  Not a problem.

12        THE COURT:  That would, I think, be very helpful,

13   since you have gone in there.  If there are things that you

14   would observe, probably, you know, if they're not doing

15   something and it's something that could be easily fixed or

16   not-so-easily fixed, but at least could be remedied, it

17   would be very helpful to have that information.

18        I think at this point, unless Mr. Marcus or

19   Mr. Saindon has anything that we need to hear on from

20   Ms. Lopes and Mr. Jordan, I would move on to a couple of

21   others.

22        You could stay on, Ms. Lopes and Mr. Jordan.  You

23   may want to listen to the rest of this, and some of this may

24   or may not be of interest to you anyway.

25        MS. LOPES:  Thank you, your Honor.

Case 1:19-cr-00159-FLH   Document 90-1   Filed 04/16/20   Page 72 of 112
Case 8:19-cr-00089-PX   Document 98-2   Filed 04/16/20   Page 72 of 112

72

1              (Discussion had off the record between the Court

2      and the court reporter.)

3              THE COURT:  When we interrupt each other, besides

4      all the people coming on and off the line, it makes it much

5      more difficult in terms of doing it, although Ms. Edwards is

6      an excellent court reporter and does realtime.  So what we

7      get is really quite perfection.

8              Let me move to a couple of other things.  We've

9      already been on the phone almost -- let's see.  It's a

10     quarter to 4:00.

11             But I did want to bring up that Judge McKenna in

12     DC Superior Court in 20-CNC-000120, which was *In Re:*

13     *Sentenced Misdemeanants*, had indicated in her order -- she

14     dismissed the case as moot, but has indicated that of the

15     misdemeanants, which I think was the first issue that the

16     Plaintiffs in this case have brought up, was the

17     misdemeanants that should be released based on the good-time

18     issues.

19             And there have been several series of things, both

20     in terms of what the legislation had done and Mayor Bowser,

21     which has shortened and come forward.

22             So at this point, as I understand, of the

23     misdemeanants, there are -- what's left is nine people.

24     Eight of them they have considered and have denied the

25     release.  And there's one individual that evidently has not

Case 3:19-cr-00059-FLH   Document 90-1   Filed 04/16/20   Page 73 of 112
Case 8:19-cr-00059-FLH   Document 98-2   Filed 04/16/20   Page 73 of 112

73

1    requested it, although the order seems to indicate that

2    there may be some issues with the release of that individual

3    anyway.

4            So my question to Plaintiffs -- and you may not

5    want to answer this immediately.  I don't know whether

6    you've had access to the order.

7            Have you, Mr. Marcus?

8            MR. MARCUS:  Yes, Judge.  We have had access to

9    it.

10           THE COURT:  Does that take care of No. 1?  It

11   seems to me it looks as if they've gone through everybody

12   that would have gotten the good-time credits and have

13   considered whether -- yes.  Either they've been released

14   based on the good-time credits or, for the rest of them,

15   there has been a review.  Now, granted, there's no felonies,

16   et cetera, looking at it from the misdemeanants.

17           Is there some issue that's left?

18           MR. MARCUS:  No.  No, Judge.

19           We would just note that as far as our argument as

20   to deliberate indifference goes, just to note that the

21   emergency legislation was passed on March 17th.  And the

22   actual steps to comply with that emergency legislation did

23   not really take place until this suit was filed.  And we

24   still think it goes to deliberate indifference, the speed at

25   which the DOC took those actions.

Case 1:19-cr-00159-FLH  Document 90-1  Filed 04/17/20  Page 74 of 112
Case 8:19-cr-00039-FLX  Document 98-2  Filed 04/16/20  Page 74 of 112

74

1    But as far as release is concerned, we are

2    satisfied that they have complied with that at this point.

3    THE COURT:  All right.  The other -- the next

4    thing that I have is legal calls.

5    And, Mr. Glover or Mr. Saindon, that is not

6    working.  I have a number of Defendants that I'm trying to

7    set up of -- set up videoconferences with who are still at

8    the jail.  And their lawyers are having a terrible time

9    trying to get in touch with them.

10    Forget 30 minutes or whatever else.  They're not

11    getting ten minutes.  They're not getting in touch with

12    them.

13    I don't know what system you've set up, but it's

14    not working.  I don't want to set up -- it's quite elaborate

15    to set up these videoconferences with people at home,

16    offices and the jail, and then have defense counsel

17    indicate, "Well, Judge, we couldn't talk to our client, so

18    we need to put this off."

19    So, you know, they've been working hard to try and

20    do this.  And I have a number of them set up for next week

21    and the week after.

22    So I don't know what you're doing, but it's not

23    working.  And this needs to be fixed.

24    Mr. Saindon or Mr. Glover, you need to do

25    something.

Case 8:19-cr-00039-PX   Document 93-2   Filed 04/16/20   Page 75 of 112

```
 1            MR. SAINDON:  Understood, your Honor.  We'll take

 2    it with all the other things and put it at the top of the

 3    list of everything we've heard today to investigate this as

 4    soon as we can.

 5            THE COURT:  Is this Mr. Saindon?

 6            MR. SAINDON:  Yes.  I'm sorry, your Honor.

 7            THE COURT:  I think part of it is that people need

 8    to know how to do it.

 9            I mean, I must admit that, unfortunately, I have

10    sent your way a number of defense counsel in my cases to

11    you, Mr. Glover, and I apologize for doing that.  But I

12    needed to hear an answer as to whether they've been able to

13    consult with their clients about a whole series of different

14    things in their cases.  So I know that they've reached out

15    to you.  Some have gotten in touch with you and some have

16    not been able to.

17            But there needs to be a set system so that both

18    the lawyers and frankly the defendants know how to get in

19    touch with each other.  It's just not working.

20            I mean, out of the eight people that have cases,

21    I've only had one that has had any contact to be able to

22    figure out what's going on.  That's just not acceptable.

23            MR. GLOVER:  If I may, your Honor, the Court has

24    directed units.  We have worked on this diligently --

25            THE COURT:  I'm not saying you're not cooperative.
```

Case 1:19-cr-00159-FLH Document 90-1 Filed 04/16/20 Page 76 of 112
Case 8:19-cr-00089-FPX Document 93-2 Filed 04/16/20 Page 76 of 112

76

1   You have been.  You've been very helpful in terms of trying

2   to set this up.

3            I'm talking generally, that the system just isn't

4   working.  And I shouldn't have to send them to you.  There

5   should be a system that's set up.

6            If these calls are taking place, especially when

7   you changed it from ten to 30 minutes, although I think 30

8   minutes for some of this is still -- if they're trying to

9   discuss pleas, sentencings or other kinds of things -- but

10  it's better than ten minutes.  But if they're not getting

11  even 30, it's not working.

12           So it's not you.  You've been responsive.  They've

13  called, and you evidently have made efforts.  But the system

14  just is not working out.  That's my complaint.  Not that

15  you're not being responsive as to the individual requests,

16  but that the whole system itself is not working.

17           So I'm hoping to get something -- I would like

18  something back in 24 hours, that you've looked at it and

19  something's getting better.

20           MR. GLOVER:  Your Honor, we will do our best and

21  get back with the Court.

22           THE COURT:  So you just file a notice saying

23  whatever you set up.

24           My next question is, I know that there are some

25  cases that have -- or I'm assuming there are -- that have

Case 1:19-cr-00059-ELH   Document 90-1   Filed 04/16/20   Page 77 of 112
Case 8:19-cr-00089-PX   Document 98-2   Filed 04/16/20   Page 77 of 112

77

1     detainers based on parole warrants.  And I'd like to know

2     how many people there are, because obviously the courts

3     can't do anything about those; the parole board does.  So

4     I'd like to know -- I don't know whether you know off the

5     top of your head or you quickly could find out.

6              And also, has anybody talked to the parole boards

7     to make sure that they're reviewing as to whether these

8     people actually need to be detained at this point or they

9     could be released into the community?

10             So first, do you know a figure?

11             MR. MARCUS:  This is Steven Marcus, your Honor.

12             I do have a figure available.  As of today, it

13     looks like there's 165 people listed as parole violators in

14     DOC custody, with 131 at CDF and 34 at CTF.

15             We do think -- well, first I will say, your Honor,

16     that I know that the Public Defender Service has had

17     communication with the Parole Commission, and the process

18     there is moving incredibly slowly.  They are aware of the

19     conditions at the jail.  There have been extensive efforts

20     on our part to work with them to release people that are

21     being held as parole violators.  But the process has moved

22     incredibly slowly.

23             And relatedly, I will say that your Honor does

24     have the authority and the ability to release those people

25     or to change the conditions of their confinement via the

Case 1:19-cr-00059-ELH   Document 90-1   Filed 04/17/20   Page 78 of 112
Case 8:19-cr-00039-PX   Document 98-2   Filed 04/16/20   Page 78 of 112

78

 1    writ of *habeas corpus* that --

 2              THE COURT:  What I'd like to do is take a look at

 3    what they're doing first before I do something, because I

 4    don't know, frankly, what the reasons are for their

 5    detainers.

 6              Do you know -- the 165, has that been broken down

 7    into felonies, misdemeanors, anything?

 8              MR. MARCUS:  If it has, your Honor, I don't have

 9    that breakdown.

10              THE COURT:  If DC could -- if -- do you have that

11    breakdown of misdemeanors versus felonies?  That would be

12    most helpful.

13              Mr. Saindon.

14              MR. SAINDON:  This is Mr. Saindon, your Honor.

15              We don't have it right now, but we can find it and

16    get it in front of the Court.

17              THE COURT:  Okay.  From the Public Defender's

18    perspective, has anybody looked at what detainers -- in

19    terms of what the nature of the detainers are?

20              MR. MARCUS:  Your Honor, there are --

21              THE COURT:  Excuse me.  Let me refine that

22    question.

23              I'm trying to figure out whether people would have

24    been released except for the detainer or whether they would

25    not be released, and there just happens to be a detainer in

Case 1:19-cr-00059-ELH   Document 90-1   Filed 04/17/20   Page 79 of 112
Case 8:19-cr-00039-PX   Document 93-2   Filed 04/16/20   Page 79 of 112

79

1    addition.

2         MR. MARCUS:  I am not sure of the answer to that

3    question, your Honor.

4         I do know that a number of the detainers are for

5    technical violations, like a failure to maintain

6    communication with the officer or a positive drug test or

7    something like that.  And those are people who would not be

8    incarcerated but for the parole detainer.

9         THE COURT:  Okay.  But, you know, you don't have a

10   breakdown?  I don't know whether you have access to this

11   information.

12        MR. MARCUS:  I don't have the breakdown, but I'm

13   not sure if the Public Defender Service would have access to

14   that.

15        THE COURT:  Mr. Saindon, would you have access to

16   that or not?  Or could you request it of the Parole

17   Commission?

18        MR. SAINDON:  We can certainly try, your Honor, to

19   look at it.

20        I mean, I think this speaks to the motion to join

21   that you asked to be filed today.  You'll see in there

22   there's some data tables from our analyst at the Department

23   of Corrections that basically shows the vast majority of

24   people in DOC facilities now are there because of the

25   authority -- under some federal authority; and that includes

Case 1:19-cr-00159-ELH  Document 90-1  Filed 04/17/20  Page 80 of 112
Case 8:19-cr-00039-PX  Document 98-2  Filed 04/16/20  Page 80 of 112

80

1    the people that are there for suspected parole violations.

2    So that's why we think we need to hear from the Feds on that

3    issue.

4              THE COURT:  In terms of --

5              MR. SAINDON:  But I can certainly try and --

6              THE COURT:  I'm sorry.  Go ahead.

7              MR. SAINDON:  I was going to say, we're going to

8    try and get a breakdown of the data as much as we can and

9    provide it, your Honor.  But as I understand it, the

10   majority of the people are alleged parole violators and

11   everyone else is -- they're under federal authority.  So

12   that just kind of highlights that issue.  But we'll try and

13   get that breakdown of data and get it in front of the Court

14   as soon as we can.

15             MR. RACINE:  Your Honor, if I can, this is

16   Attorney General Karl Racine.

17             THE COURT:  Oh, okay.

18             MR. RACINE:  This is Karl Racine.  How are you,

19   your Honor?

20             THE COURT:  I'm fine, thank you.

21             MR. RACINE:  Good.

22             And what Mr. Saindon said, of course, is correct.

23             I would additionally note that the Office of the

24   Attorney General is a member of the CJCC -- that's the

25   Criminal Justice Coordinating Council -- to which all of the

Case 1:19-cr-00059-ELH  Document 80-1  Filed 04/17/20  Page 81 of 112
Case 8:19-cr-00089-PX  Document 93-2  Filed 04/16/20  Page 81 of 112

81

1   agencies in law enforcement with the exception, actually, of

2   the federal court are represented.

3           And at those meetings, the Public Defender Service

4   properly asked the questions of our federal agencies and, of

5   course, of the DC agencies.  We at the Office of Attorney

6   General also joined in those questions of our federal

7   partners.

8           And I can renew that request when we next meet at

9   the CJCC and let them know that, you know, your Honor asked

10  for that information.  So we're happy to do that.

11          THE COURT:  And when would your next meeting be?

12          MR. RACINE:  It is scheduled for Friday.  I'll

13  just confirm with the calendar really quickly.  One second.

14          THE COURT:  Sure.  No problem.

15          MR. RACINE:  For some reason, your Honor, it is

16  not appearing on my calendar on Friday.

17          I will certainly convey that to Mr. Saindon, who

18  will appropriately convey it to the parties.

19          UNIDENTIFIED FEMALE VOICE:  Your Honor, this is

20  [inaudible] from the Office of the Attorney General.

21          THE COURT REPORTER:  Excuse me.  Who is speaking,

22  please?

23          THE COURT:  Could you spell your name for the

24  court reporter?

25          UNIDENTIFIED FEMALE VOICE:  [Inaudible.]

Case 1:19-cr-00159-ELH   Document 90-1   Filed 04/17/20   Page 82 of 112
Case 8:19-cr-00039-PX   Document 93-2   Filed 04/16/20   Page 82 of 112

82

1          THE COURT:  To move this along, it would be

2     helpful to have it voluntarily done at the Parole

3     Commission, you know, to look at these cases very quickly so

4     that if there are people that actually can be released, that

5     we get this -- you know, get the population down as far as

6     we can.

7          Obviously, both courts are still looking at the

8     felonies and the motions, which, if they're consented to,

9     people are immediately released.

10         I understand that the Attorney General Barr has

11    suggested some additional language which has not been

12    presented when they've been filing their oppositions for the

13    most part to the releases that would suggest that there

14    be -- and I don't have it in front of me, so I may make a

15    mistake here -- but some sort of quarantine before people

16    are released.

17         My assumption is that's not simply done.

18         I don't know whether -- I know there's no testing

19    done on the individuals that the Court is ordering to be

20    released.  But that -- I'm sure that you could take a look

21    at that and see whether that is going to create an

22    additional issue if judges at least on the federal courts

23    are putting that language in.

24         We are holding off doing that.  And I know that

25    there's some inquiries being made.  We have our own

1    committees on the District Court as to whether this is

2    appropriate language to be included in it.  Obviously, you

3    would not want to release somebody going home and then have

4    them -- have the COVID-19 and they infect the rest of their

5    family.

6                So I would just ask, Mr. Saindon or Mr. Racine, if

7    you would find out about that as well, because I want to

8    make sure that we don't create some additional problems for

9    the DOC by putting that kind of order in.  At this point, I

10   don't think anybody is.

11               MR. RACINE:  Certainly.

12               THE COURT:  But Attorney General Barr came out

13   with this recently.  There's a lot of stuff coming out now.

14   I'd have to check to find out exactly.  But it did talk

15   about some sort of quarantine, which I think is not, it

16   seems to me, feasible.  And it depends on whether somebody

17   has already been in quarantine.

18               MR. RACINE:  Sure.  Well, we're happy -- of

19   course, we will follow the Court's guidance and instruction

20   and we'll ask those questions.

21               THE COURT:  Thank you very much.  I very much

22   appreciate it.

23               MR. RACINE:  Thank you.

24               THE COURT:  The last thing I have is the

25   Defendants' motion to join the United States as a necessary

Case 1:19-cr-00059-ELH   Document 90-1   Filed 04/17/20   Page 84 of 112
Case 8:19-cr-00039-PX   Document 93-2   Filed 04/16/20   Page 84 of 112

84

```
 1    party.

 2              My understanding is that at least from -- I must

 3    admit, I did not get a chance to read it in great detail,

 4    which I will do.  But the Plaintiffs oppose this.  So I

 5    wanted to set a briefing schedule.  And I will invite the

 6    United States to take a position as well.

 7              When can you get your position in, Mr. Marcus?

 8              MR. MARCUS:  Your Honor, we could have our

 9    position in within 48 hours.

10              THE COURT:  So we're talking about April 17th,

11    Friday?

12              MR. MARCUS:  Yes.

13              THE COURT:  By what time?

14              MR. MARCUS:  4:00 p.m., your Honor.

15              THE COURT:  Perfect.

16              When would the defense like to reply?

17              MR. SAINDON:  It won't take long, your Honor.  I

18    guess it depends on when the federal authorities come in.

19    Is Monday the 20th too late, your Honor?

20              THE COURT:  No.  I'd rather you had an opportunity

21    to consider the issues and being able to get everything.  So

22    that'll be April 20th.

23              And I will see if I can invite the United States

24    to take a position along as well on April 17th.  That may

25    not be possible.
```

Case 1:19-cr-00059-ELH   Document 90-1   Filed 04/17/20   Page 85 of 112
Case 8:19-cr-00089-PX   Document 93-2   Filed 04/16/20   Page 85 of 112

85

```
 1              Was this shared with the federal people at all,

 2    the motion?

 3              MR. SAINDON:  Yes, your Honor.  Yes.  We have

 4    discussed the idea with a number of attorneys at the US

 5    Attorney's Office.

 6              THE COURT:  And Mr. --

 7              MS. JACKSON:  Your Honor, if I may.

 8              THE COURT:  Who's speaking?

 9              MS. JACKSON:  This is Toni Jackson, Deputy at the

10    Public Interest Division.

11              THE COURT:  Okay.

12              MR. JACKSON:  Fernando Amarillas and I talked with

13    Dan Van Horn, the head of the Civil Division.  And he agreed

14    that a joinder was appropriate.  So I'm sure we have to get

15    them to file something.  But we did talk with them and talk

16    over the different options.  So they know.

17              THE COURT:  So you talked with Mr. Van Horn, who's

18    the head of the Civil Division within the US Attorney's

19    Office.  Did he take a position or he's just considering it?

20              MS. JACKSON:  No.  He agreed that our interests

21    were aligned and that we should move to join the United

22    States.

23              THE COURT:  Oh, okay.  Does he have a copy of your

24    motion?  I hope?

25              MS. JACKSON:  I hope so.  Mr. Saindon would know
```

 1    if that's the case.

 2              MR. SAINDON:  Yes.  We have not sent it to them,

 3    your Honor, but I can do it right now.

 4              THE COURT:  If you would do so, that would be

 5    great, because what I'll do is I'll put some sort of an

 6    order out and try and contact Mr. Van Horn relating to it

 7    and see whether what we have set out works.

 8              MR. MARCUS:  Your Honor, this is --

 9              THE COURT:  Let me just finish.

10              So we would set out whatever position they have

11    with it.

12              My suggestion, Mr. Marcus, would be to give

13    Mr. Van Horn a call if you can to see what their interests

14    are or gauge their interest in it before you file your

15    response.

16              MR. MARCUS:  This is Mr. Marcus, your Honor.

17              Would it be possible for the briefing schedule to

18    allow for the United States to file their position and for

19    Plaintiffs to respond after that position is in?  I'm

20    wondering, if the United States has been in contact with the

21    Office of Attorney General, if they would be ready to file

22    something, say, tomorrow; and then our briefing -- our

23    briefing on Friday could respond to the United States'

24    position.

25              THE COURT:  I'd be surprised if the United States

Case 1:19-cr-00059-ELH Document 90-1 Filed 04/17/20 Page 87 of 112
Case 8:19-cr-00089-PX Document 93-2 Filed 04/16/20 Page 87 of 112

87

1    after they get an order -- it's now almost ten after 4:00 --

2    to get them to turn it around that quickly, because they

3    probably will have to have some consultations.

4         I can -- my inclination would have been to perhaps

5    give the United States until Friday, say, at noon to come

6    in, or by no later than that.  And it may be that they can

7    do something earlier.  Fine.  And then I'd have you file

8    something Monday.

9         If I could ask the Defendants, if we sort it out a

10   little bit -- though it wouldn't be until next week that I

11   would get this all fully briefed, and I'll obviously work on

12   this quickly -- is there something that would hold it up in

13   terms of doing it later into next -- early next week that

14   would be a problem in terms of whatever else is going on?

15        MR. SAINDON:  I'm sorry, your Honor.  This is

16   Andrew Saindon.

17        THE COURT:  I have to rule on it.  I'm trying to

18   figure out whether if we did the briefing so that we got the

19   United States to do, say, something Friday, then Monday the

20   Plaintiff would come in and do whatever they're going to do

21   and then, say, Tuesday at noon you would indicate, DC, what

22   your response is, whether waiting until Tuesday raises an

23   issue to you in terms of -- it making a difference in terms

24   of, for instance, the TRO.  I don't see how it does,

25   frankly.

Case 1:19-cr-00059-ELH   Document 90-1   Filed 04/17/20   Page 88 of 112
Case 8:19-cr-00089-PX   Document 98-2   Filed 04/16/20   Page 88 of 112

88

```
1              MR. SAINDON:  This is Andrew Saindon, your Honor.

2              It won't make a difference.  No.  We're happy to

3      comply with whatever schedule you set.

4              THE COURT:  All right.  Then let me try this:  Let

5      me do -- I'll call -- if I can get ahold of somebody, I'll

6      call and see whether we can get the Government to come in by

7      April 17th, have you on April 20th.

8              Plaintiffs, could you come in, say, by 4:00?  And

9      then --

10             MR. MARCUS:  Steven Marcus, your Honor.

11             Yes.  That would be fine.

12             Our only concern is it sounds like the Defendants

13     are comfortable with the TRO order proceeding.  And we agree

14     that so long as the Court isn't delaying the TRO order to

15     complete briefing on this issue, then we have no problem

16     with that schedule.

17             MR. RACINE:  I'm not sure [inaudible].

18             THE COURT:  I'm sorry.  Who spoke?

19             MR. SAINDON:  Your Honor, this is Andy Saindon.  I

20     believe Mr. Racine directed me to respond.

21             And yes.  We are not agreeing to a TRO.  We don't

22     believe a TRO is appropriate.  I did want to point that out.

23             And if the Court would like to wait, we're happy

24     to do briefing over the weekend.  But we don't obviously

25     believe a TRO is appropriate.  But we're happy to brief as
```

Case 8:19-cr-00039-PX   Document 93-2   Filed 04/16/20   Page 89 of 112

1    quickly as you'd like this issue on the joinder of the US

2    and the reply to the Plaintiffs' opposition.

3                THE COURT:  I know you're opposed to the TRO.  I'm

4    well aware of that.

5                It didn't seem to me that the two things were

6    connected.  In other words, my moving forward on a TRO does

7    not have to, it seems to me, await whether the Federal

8    Government comes in or not.

9                MR. SAINDON:  Andrew Saindon.

10               I would respectfully disagree, your Honor.  We

11   think, as we indicated in our motion, you will see that we

12   have concerns about the Prison Litigation Reform Act and the

13   constraints on the Court's authority.  I'm not aware of that

14   law --

15               THE COURT:  This is the *habeas corpus* writ that

16   they have filed, among other things?

17               MR. SAINDON:  As I understand it, it's not, your

18   Honor.  It's conditions -- the PLRA addresses two areas:

19   the conditions of confinement and population.  And we

20   think that what the Plaintiffs asked for implicates both of

21   those areas.

22               And to the extent they've said misdemeanor inmates

23   are taken care of, that's fine.  But there's still the

24   conditions of confinement.  And we think that's squarely

25   covered by the PLRA.  And we think you'd benefit from the

```
 1        views of the US, however brief.

 2                 THE COURT:  All they're going to do is come in --

 3                 MR. SAINDON:  Certainly, your Honor.  Certainly.

 4        Yes, your Honor.  I understand that.  But the vast minority,

 5        as you'll see from our motion, the vast majority of inmates

 6        in DOC facilities are federally implicated and not District

 7        implicated.

 8                 THE COURT:  I believe that the majority of the

 9        Defendants that are left, which would be felonies, are from

10        DC Superior Court, not the federal court.

11                 MR. SAINDON:  That's correct, your Honor.  But the

12        District itself does not prosecute felonies.  That's the US

13        Attorney's Office.  So the prosecutors, we believe, should

14        have a chance to weigh in on that release process.

15                 MR. MARCUS:  Judge, this is Steven Marcus.

16                 Our request at this point has been the appointment

17        of an expert to make recommendations to this Court as far as

18        release.

19                 And so we really don't see --

20                 THE COURT:  Hold on.  Hold on.  That's the

21        downsizing.  We're not discussing that right now.

22                 What we're talking about is whether or not there

23        is a basis to grant or not grant a TRO at this time based on

24        what I believe is left, which is the conditions of release,

25        conditions at CDF and CTF, and the legal calls.
```

Case 1:19-cr-00059-ELH   Document 90-1   Filed 04/17/20   Page 91 of 112
Case 8:19-cr-00039-PX   Document 98-2   Filed 04/16/20   Page 91 of 112

91

```
 1              The downsizing issue is something to be done --

 2     dealt with at a later point.  So I'm not getting into that

 3     at this point.

 4              MR. MARCUS:  As far --

 5              THE COURT:  It's a question of whether or not --

 6              Who is speaking?

 7              MR. MARCUS:  This is Steven Marcus, your Honor.

 8              As far as the conditions, that is squarely a

 9     District of Columbia issue.

10              In Campbell versus McGruder, that case was brought

11     directly against the District of Columbia with no

12     intervention as far as I'm aware of by federal agencies.

13     Prison conditions litigation is regularly brought only

14     against the actual custodian.

15              It's not relevant for the Court's consideration of

16     the conditions of confinement to bring in the interests of

17     the United States solely because some percentage of people

18     in the District of Columbia's custody are being held

19     pursuant to federal interest.  I don't see the connection.

20              THE COURT:  Let's not have a motions argument

21     about this at this point.

22              If as I continue to review the materials I need to

23     have some answers, I'll set up a conference call.

24              Let me get back to -- we will get the report on

25     Friday.  We will set up -- and I'm in the process of still
```

Case 1:19-cr-00159-FLH  Document 90-1  Filed 04/17/20  Page 92 of 112
Case 8:19-cr-00039-FLX  Document 98-2  Filed 04/16/20  Page 92 of 112

92

1    looking at the motions for the TRO.  We will -- I will see

2    if we can get in touch with Mr. Van Horn, and we will see

3    about setting a schedule.

4         My proposal would be the federal people, April

5    17th; the Plaintiff on the 20th; and the Defendants DC on

6    the 21st.  And I will -- depending on how complicated it is,

7    we'll try and get that out as quickly as possible.

8         Is there anything further?  There isn't anything

9    else from my perspective.

10         Is there anything further, Mr. Marcus?

11         MR. MARCUS:  Yes, your Honor.

12         We know that the Court is not addressing the

13    matter of downsizing at this moment.

14         From Plaintiffs' perspective, what we heard today

15    is gravely concerning from the inspectors.  And the

16    situation at the jail continues to worsen.

17         We do ask that the Court direct the parties to at

18    least identify an expert who would be available, should the

19    Court order that.  We have tried conferring with defense

20    counsel on identifying at least someone who, if the Court

21    goes down that path, would be available.

22         But given the rapid nature of things moving and

23    the urgency, we think that it would benefit the expediency

24    of this litigation to at least have someone who the parties

25    agree on who is available should the Court go in that

Case 1:19-cr-00059-ELH   Document 90-1   Filed 04/17/20   Page 93 of 112
Case 8:19-cr-00089-PX   Document 93-2   Filed 04/16/20   Page 93 of 112

93

 1    direction to avoid additional delay, selecting the expert,

 2    ensuring availability, that kind of thing.

 3              THE COURT:  My understanding is that Defendant is

 4    dead set against having a downsizing expert which would be

 5    looking at risk assessment issues.  It is sort of an area

 6    that is not -- that has some controversy about it.

 7              Am I wrong, Mr. Saindon, about your position?

 8              MR. SAINDON:  It's Mr. Saindon.

 9              Your Honor, no.  That's exactly right.

10              THE COURT:  Which doesn't mean the Court might

11    not -- wouldn't consider it.  I'm just pointing out that I

12    think trying to come up with an agreement is -- I would hope

13    that you would confer, but at least at this point there has

14    not been an interest in it.

15              Mr. Saindon, anything else from you?

16              MR. SAINDON:  I think that's it, your Honor.  You

17    said the Defendants reply on the 21st unless we can get --

18              THE COURT:  Right.  I'll put something out.  We

19    need the federal people to hopefully come in.

20              Mr. Glover, anything from you?

21              MR. GLOVER:  Yes, your Honor.

22              The Court instructed DOC to provide an update as

23    to the calls in 24 hours.  I would just note it is now

24    approximately 4:15.  We would have to --

25              THE COURT:  When do you want to get something

Case 1:19-cr-00059-ELH Document 90-1 Filed 04/15/20 Page 94 of 112
Case 8:19-cr-00089-PX Document 98-2 Filed 04/16/20 Page 94 of 112

94

1    provided?  I want something that's going to work.  What I

2    want is a procedure as to how to do it so that lawyers will

3    know how to do it and the Defendants at the DOC have -- know

4    how to go about it.  So if you need a little time, that's

5    fine.  When do you propose to give it to me?  You can do it

6    as a notice.

7            MR. GLOVER:  Pardon?

8            THE COURT:  You can do it as a notice.  This is

9    what we are doing.

10           MR. GLOVER:  Can we do it on the close of business

11   on the 21st, your Honor?

12           THE COURT:  You can't do it any earlier than that?

13   I mean, for some of my videoconferencing, they're still

14   waiting to try and talk to them.

15           How about --

16           MR. GLOVER:  The close of business on the 20th?

17           THE COURT:  Yes.  If you could do it by then, so

18   at least hopefully defense counsel on my cases can talk.

19           MR. GLOVER:  We'll have something for the Court by

20   close of business on the 20th, your Honor.

21           Thank you.

22           THE COURT:  What I need is a notice that just

23   says, "This is what you need to do, lawyers.  This is what

24   you need to do -- this is what the clients need to do."  And

25   then the Defendants need to be told that's how they get

 1   their legal calls.

 2           Mr. Racine, is there anything additional you wish

 3   to say?

 4           MR. RACINE:  I don't have anything else, your

 5   Honor, unless I misunderstood your question.

 6           THE COURT:  I'm just asking if there's anything in

 7   general that -- I'm getting off the phone.

 8           MR. RACINE:  Oh, yes.

 9           THE COURT:  I wanted to make sure there's nothing

10   else.

11           MR. RACINE:  I really appreciate it.

12           I think, you know, what's clear is that the

13   Department of Corrections and Mr. Glover as well as Quincy

14   Booth totally want to be cooperative in this process.  And

15   to the extent that there are corrective actions to be taken,

16   that's what they're going to do, because they want to run an

17   operation that the District of Columbia can be proud of.

18   And of course they'll continue to participate in this as

19   well.

20           But thank you for today's hearing.

21           THE COURT:  All right.  Thank you all for taking

22   the time.  Sorry about the little break in here to move my

23   car.  That's the problem of teleworking from home.

24           Anyway, everybody be well.  And we'll be in touch.

25           MR. MARCUS:  Thank you, your Honor.

Case 1:19-cr-00059-ELH Document 90-1 Filed 04/17/20 Page 96 of 112
Case 8:19-cr-00059-PX Document 98-2 Filed 04/16/20 Page 96 of 112

96

1          MR. SAINDON:  Thank you, your Honor.

2          MR. GLOVER:  Thank you, your Honor.

3          (Proceedings concluded.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 1:19-cr-00059-ELH   Document 90-1   Filed 04/17/20   Page 97 of 112
Case 8:19-cr-00089-PX   Document 93-2   Filed 04/16/20   Page 97 of 112

97

1                            **CERTIFICATE**

2

3                    I, LISA EDWARDS, RDR, CRR, do hereby

4    certify that the foregoing constitutes a true and accurate

5    transcript of my stenographic notes, and is a full, true,

6    and complete transcript of the proceedings produced to the

7    best of my ability.

8

9

10                   Dated this 16th day of April, 2020.

11

12            /s/ Lisa Edwards, RDR, CRR
              Official Court Reporter
13            United States District Court for the
                District of Columbia
14            333 Constitution Avenue, NW, Room 6706
              Washington, DC 20001
15            (202) 354-3269

16

17

18

19

20

21

22

23

24

25

Case 1:19-cr-00059-ELH   Document 90-1   Filed 04/17/20   Page 98 of 112
Case 8:19-cr-00089-PX   Document 98-2   Filed 04/16/20   Page 98 of 112

98

**/**

**/s** [1] - 97:12

**0**

**000** [1] - 38:1

**1**

**1** [5] - 13:20, 42:20, 44:14, 49:17, 73:10
**1,020** [1] - 8:25
**1,041** [1] - 59:25
**1,560** [1] - 43:1
**10** [5] - 12:10, 13:25, 19:25, 59:16, 59:18
**100** [1] - 11:20
**10th** [9] - 10:25, 19:22, 19:24, 21:9, 29:1, 46:10, 46:12, 48:6, 68:21
**11** [1] - 62:8
**11th** [4] - 10:25, 14:2, 29:2, 46:12
**12** [1] - 12:17
**12th** [2] - 10:25, 46:12
**13** [2] - 12:20, 63:1
**131** [1] - 77:14
**13th** [6] - 12:14, 42:25, 59:25, 60:3, 63:1
**14** [5] - 10:1, 21:3, 21:6, 21:12, 21:13
**14-day** [2] - 21:16, 27:12
**14th** [1] - 2:11
**15** [5] - 1:7, 12:10, 12:14, 59:14, 59:24
**15th** [2] - 1:17, 21:8
**16** [2] - 9:7, 20:9
**165** [2] - 77:13, 78:6
**16th** [1] - 97:10
**17th** [5] - 73:21, 84:10, 84:24, 88:7, 92:5
**18** [1] - 8:25
**19** [1] - 9:25
**1:56** [1] - 1:7

**2**

**2** [1] - 44:16
**20-CNC-000120** [1] - 72:12
**20-CV-00849** [1] -

1:4
**20-CV-849** [1] - 3:2
**2000** [1] - 2:11
**20001** [3] - 2:7, 2:18, 97:14
**20004** [1] - 1:22
**20005** [1] - 1:18
**20009** [1] - 2:12
**202** [2] - 2:19, 97:15
**2020** [11] - 1:7, 12:10, 12:11, 12:14, 12:17, 12:20, 13:25, 14:3, 97:10
**20th** [6] - 84:19, 84:22, 88:7, 92:5, 94:16, 94:20
**21st** [3] - 92:6, 93:17, 94:11
**22** [1] - 60:3
**23** [1] - 9:25
**23-hour** [1] - 67:25
**24** [2] - 76:18, 93:23
**25th** [1] - 21:9
**26** [2] - 20:3, 69:4
**28** [1] - 20:7

**3**

**3** [1] - 47:6
**30** [6] - 25:2, 29:21, 74:10, 76:7, 76:11
**30-minute** [3] - 29:24, 30:2, 30:4
**30-room** [1] - 10:11
**31st** [1] - 43:12
**333** [2] - 2:17, 97:14
**34** [1] - 77:14
**354-3269** [2] - 2:19, 97:15

**4**

**4** [3] - 13:20, 46:16, 48:12
**40** [2] - 10:11, 58:25
**400** [1] - 9:25
**441** [1] - 2:6
**45** [1] - 64:24
**48** [1] - 84:9
**4:00** [4] - 72:10, 84:14, 87:1, 88:8
**4:15** [1] - 93:24
**4th** [1] - 29:19

**5**

**5** [6] - 18:15, 43:24, 44:8, 44:11, 49:14,

60:4
**50** [2] - 9:4, 9:25
**52** [2] - 20:3, 69:4
**56** [1] - 60:1
**586** [1] - 59:25
**5th** [2] - 12:16, 14:2

**6**

**6** [4] - 20:25, 21:2, 37:25, 52:4
**6,480** [1] - 18:15
**6,486** [1] - 14:1
**60** [1] - 42:24
**633** [1] - 1:22
**6706** [2] - 2:18, 97:14

**7**

**7** [2] - 22:4, 55:19
**7,000** [1] - 63:2
**72** [1] - 60:9
**73,000** [1] - 43:1

**8**

**8** [3] - 23:14, 23:15, 57:6
**80** [2] - 9:4, 58:25
**82** [9] - 13:23, 19:23, 20:1, 20:3, 68:22, 68:23, 68:25, 69:3, 69:4
**86** [1] - 60:8

**9**

**9** [1] - 26:19
**90** [1] - 24:11
**915** [1] - 1:17
**95** [1] - 9:5
**96** [1] - 10:1
**9th** [1] - 8:4

**A**

**ability** [4] - 34:17, 39:25, 77:24, 97:7
**able** [19] - 9:2, 20:19, 21:21, 31:14, 32:21, 33:22, 35:20, 40:13, 44:19, 50:24, 51:3, 51:14, 51:15, 55:4, 67:22, 75:12, 75:16, 75:21, 84:21
**absence** [1] - 34:17

**absolutely** [2] - 40:6, 61:25
**abstract** [1] - 44:7
**acceptable** [1] - 75:22
**access** [31] - 12:2, 15:20, 15:21, 31:6, 31:9, 31:10, 34:19, 38:25, 43:25, 44:8, 45:6, 45:17, 45:22, 47:12, 47:13, 47:18, 49:15, 50:4, 50:9, 51:10, 57:8, 62:10, 62:17, 62:23, 67:23, 73:6, 73:8, 79:10, 79:13, 79:15
**accessible** [4] - 9:13, 37:10, 50:17, 64:6
**according** [6] - 8:3, 24:6, 27:19, 42:25, 57:11, 57:12
**accurate** [9] - 24:13, 25:11, 38:10, 38:14, 38:18, 39:10, 62:2, 63:16, 97:4
**Act** [1] - 89:12
**Action** [1] - 1:3
**actions** [2] - 73:25, 95:15
**active** [4] - 15:7, 16:4, 16:20, 17:10
**actively** [1] - 16:20
**activities** [7] - 22:20, 42:3, 42:9, 56:14, 56:20
**activity** [2] - 42:2, 42:10
**actual** [2] - 73:22, 91:14
**acute** [1] - 31:2
**add** [5] - 4:22, 26:14, 41:6, 65:4, 68:17
**added** [1] - 49:25
**addition** [2] - 12:8, 43:9, 79:1
**additional** [9] - 17:24, 18:11, 59:18, 69:19, 82:11, 82:22, 83:8, 93:1, 95:2
**additionally** [1] - 80:23
**address** [8] - 13:7, 13:15, 18:14, 36:2, 41:17, 42:19, 44:2, 56:9
**addressed** [2] - 8:6, 13:20
**addresses** [1] - 89:18
**addressing** [4] -

23:14, 44:2, 56:10, 92:12
**administered** [1] - 69:1
**administrative** [3] - 56:5, 56:11, 56:23
**admission** [1] - 12:9
**admissions** [1] - 21:11
**admit** [2] - 75:9, 84:3
**admitted** [1] - 21:5
**aerosolize** [1] - 32:25
**affects** [3] - 31:3, 64:21, 64:22
**afford** [2] - 32:3, 32:6
**afternoon** [17] - 3:7, 4:6, 4:7, 4:9, 4:10, 4:12, 4:13, 4:15, 4:17, 5:2, 5:4, 5:5, 5:11, 5:15, 7:23, 13:18, 13:19
**agencies** [4] - 81:1, 81:4, 81:5, 91:12
**agency** [1] - 43:1
**agent** [3] - 50:1, 51:11, 55:3
**agents** [6] - 50:9, 50:13, 51:8, 55:1, 55:2
**ago** [1] - 33:21
**agree** [2] - 88:13, 92:25
**agreed** [2] - 85:13, 85:20
**agreeing** [1] - 88:21
**agreement** [1] - 93:12
**ahead** [7] - 8:23, 16:25, 17:1, 20:23, 43:16, 69:24, 80:6
**ahold** [1] - 88:5
**air** [1] - 24:24
**al** [4] - 1:3, 1:6, 3:1, 3:2
**aligned** [1] - 85:21
**alleged** [1] - 80:10
**allow** [5] - 31:19, 36:25, 46:3, 47:24, 86:18
**allowed** [2] - 30:4, 32:10
**almost** [2] - 72:9, 87:1
**alternative** [1] - 33:16
**Amarillas** [2] - 5:1, 85:12
**AMARILLAS** [2] - 2:4, 5:2

Case 1:19-cr-00059-ELH   Document 90-1   Filed 04/16/20   Page 99 of 112
Case 8:19-cr-00089-PX   Document 93-2   Filed 04/16/20   Page 99 of 112

99

**ambient** [1] - 24:19
**AMERICAN** [1] - 1:16
**amici** [3] - 6:16, 7:17, 41:16
**AMICI** [1] - 2:14
**analysis** [7] - 10:17, 11:23, 11:25, 12:5, 15:12, 38:3
**analyst** [1] - 79:22
**analyze** [1] - 38:2
**analyzed** [8] - 12:9, 12:12, 12:15, 12:18, 13:23, 13:25, 49:17, 59:23
**analyzing** [1] - 12:4
**ANDERSON** [2] - 1:20, 4:6
**Anderson** [1] - 4:5
**Andrew** [6] - 5:15, 47:1, 66:2, 87:16, 88:1, 89:9
**ANDREW** [1] - 2:3
**Andy** [3] - 3:18, 88:19
**anecdotally** [2] - 26:4, 27:15
**announcements** [1] - 53:9
**annoying** [1] - 37:19
**answer** [7] - 4:4, 15:15, 38:13, 44:5, 73:5, 75:12, 79:2
**answering** [1] - 13:12
**answers** [1] - 91:23
**anticipate** [1] - 67:11
**anyway** [5] - 37:20, 71:9, 71:24, 73:3, 95:24
**apologize** [2] - 48:14, 75:11
**apparent** [2] - 22:24, 56:2
**appear** [5] - 41:15, 45:5, 45:10, 52:6
**APPEARANCES** [1] - 2:1
**aPPEARANCES** [1] - 1:13
**appeared** [7] - 17:15, 24:13, 24:22, 25:4, 38:4, 50:19, 52:14
**appearing** [1] - 81:16
**APPEARING** [1] - 2:8
**Appearing** [2] - 1:15, 2:2
**apply** [1] - 68:7
**appointed** [1] - 7:18
**appointment** [1] - 90:16

**appreciate** [5] - 7:25, 13:1, 47:4, 83:22, 95:11
**approach** [1] - 37:3
**appropriate** [16] - 8:10, 15:12, 23:2, 23:8, 23:9, 25:11, 30:25, 49:9, 51:22, 51:25, 53:18, 54:1, 83:2, 85:14, 88:22, 88:25
**appropriately** [1] - 81:18
**April** [31] - 1:7, 8:4, 10:25, 12:10, 12:14, 12:17, 12:20, 13:25, 14:2, 19:22, 19:24, 19:25, 21:8, 29:1, 29:2, 29:19, 42:25, 46:10, 48:5, 59:25, 60:3, 63:1, 68:21, 84:10, 84:22, 84:24, 88:7, 92:4, 97:10
**area** [11] - 10:7, 15:24, 17:13, 25:18, 25:21, 46:18, 46:20, 49:21, 52:21, 57:16, 93:5
**areas** [23] - 6:23, 11:7, 17:23, 31:3, 40:19, 51:7, 54:5, 55:12, 55:13, 55:14, 55:21, 55:25, 56:6, 56:8, 56:23, 58:5, 64:20, 64:22, 65:3, 70:25, 89:18, 89:21
**argument** [2] - 73:19, 91:20
**arranged** [2] - 8:2, 31:13
**Arthur** [1] - 4:11
**ARTHUR** [1] - 1:14
**aside** [1] - 61:10
**aspect** [1] - 70:24
**assess** [2] - 21:7, 34:2
**assessed** [1] - 17:14
**assessment** [3] - 10:21, 34:3, 93:5
**assessments** [1] - 15:9
**assigned** [7] - 11:16, 27:11, 51:5, 60:1, 60:4, 60:18, 60:23
**assignment** [4] - 21:7, 49:4, 49:6, 59:23
**assignments** [3] - 12:13, 60:16
**assume** [1] - 39:11

**assuming** [4] - 32:5, 35:1, 70:23, 76:25
**assumption** [1] - 82:17
**asymptomatic** [1] - 27:6
**attachment** [1] - 8:4
**attempts** [1] - 30:11
**attention** [2] - 21:24, 70:17
**Attorney** [7] - 80:16, 80:24, 81:5, 81:20, 82:10, 83:12, 86:21
**ATTORNEY** [1] - 2:5
**Attorney's** [3] - 85:5, 85:18, 90:13
**attorneys** [2] - 3:12, 85:4
**authorities** [1] - 84:18
**authority** [5] - 77:24, 79:25, 80:11, 89:13
**availability** [1] - 93:2
**available** [21] - 12:19, 31:17, 33:11, 42:3, 42:4, 44:24, 46:10, 46:11, 48:7, 49:24, 50:12, 51:8, 51:21, 53:13, 54:25, 57:11, 64:9, 77:12, 92:18, 92:21, 92:25
**Avenue** [3] - 1:22, 2:17, 97:14
**avoid** [2] - 24:18, 93:1
**await** [1] - 89:7
**aware** [8] - 27:18, 30:11, 35:23, 36:13, 77:18, 89:4, 89:13, 91:12
**awareness** [1] - 53:11
**AWOL** [1] - 66:23

**B**

**balance** [2] - 20:4, 69:5
**bang** [3] - 6:7
**bang-bang-bang** [1] - 6:7
**Banks** [1] - 3:1
**BANKS** [1] - 1:3
**bar** [1] - 63:6
**Barr** [2] - 82:10, 83:12
**bars** [3] - 45:1, 45:3, 63:2
**base** [1] - 24:2

**based** [14] - 20:15, 24:15, 26:5, 38:15, 40:5, 41:19, 50:1, 55:3, 69:23, 69:25, 72:17, 73:14, 77:1, 90:23
**basic** [2] - 22:9, 54:14
**basis** [6] - 14:7, 14:14, 29:6, 31:22, 56:1, 90:23
**bathrooms** [2] - 52:5, 52:9
**beds** [3] - 10:1, 10:11
**BEFORE** [1] - 1:11
**began** [4] - 16:19, 29:1, 29:5, 31:19
**beginning** [5] - 14:19, 46:9, 48:5, 49:25, 56:1
**benefit** [2] - 89:25, 92:23
**best** [4] - 34:4, 38:23, 76:20, 97:7
**better** [4] - 25:8, 44:5, 76:10, 76:19
**between** [9] - 14:19, 36:3, 38:4, 43:12, 52:24, 63:1, 64:7, 70:5, 72:1
**beyond** [2] - 7:7, 71:7
**bit** [2] - 25:14, 87:10
**bleach** [1] - 53:20
**block** [1] - 52:16
**BLUMING** [2] - 2:3, 5:7
**Bluming** [1] - 5:6
**board** [2] - 7:8, 77:3
**boards** [1] - 77:6
**body** [3] - 33:10, 33:13, 33:15
**bolster** [1] - 56:18
**BOOTH** [1] - 1:6
**Booth** [2] - 3:2, 95:14
**Bowser** [1] - 72:20
**boy** [1] - 47:7
**break** [2] - 18:10, 95:22
**breakdown** [7] - 9:3, 78:9, 78:11, 79:10, 79:12, 80:8, 80:13
**Brief** [1] - 61:7
**brief** [2] - 88:25, 90:1
**briefed** [1] - 87:11
**briefing** [7] - 84:5, 86:17, 86:22, 86:23, 87:18, 88:15, 88:24

**bring** [7] - 7:8, 15:23, 21:24, 59:18, 70:10, 72:11, 91:16
**broad** [1] - 15:17
**broken** [1] - 78:6
**brought** [4] - 42:3, 72:16, 91:10, 91:13
**building** [2] - 62:16
**Building** [6] - 52:20, 52:21, 62:15, 62:20, 67:19, 68:9
**business** [5] - 18:17, 20:16, 94:10, 94:16, 94:20
**BY** [1] - 2:15

**C**

**calendar** [2] - 81:13, 81:16
**calibrated** [1] - 24:7
**calibration** [1] - 24:7
**Campbell** [1] - 91:10
**cannot** [2] - 64:24, 65:8
**capacity** [1] - 9:25
**car** [3] - 61:4, 61:11, 95:23
**care** [9] - 15:2, 15:22, 17:16, 37:4, 39:21, 39:25, 70:1, 73:10, 89:23
**care-like** [2] - 15:2, 17:16
**care-type** [1] - 15:22
**case** [15] - 7:13, 13:5, 14:25, 16:23, 17:8, 28:2, 31:13, 31:16, 33:24, 55:17, 68:1, 72:14, 72:16, 86:1, 91:10
**cases** [14] - 14:13, 15:5, 15:6, 15:25, 16:8, 16:17, 16:18, 18:22, 75:10, 75:14, 75:20, 76:25, 82:3, 94:18
**categories** [1] - 66:24
**CDC** [9] - 22:9, 23:20, 28:21, 45:20, 45:23, 45:25, 47:15, 47:19, 47:22
**CDC-defined** [1] - 23:20
**CDF** [23] - 8:24, 9:1, 9:5, 9:8, 9:12, 9:13, 9:16, 10:12, 11:12, 13:5, 13:24, 17:9,

17:13, 21:11, 24:10, 24:11, 35:22, 45:1, 60:8, 62:12, 65:5, 77:14, 90:25

**ceiling** [1] - 30:3

**cell** [24] - 18:20, 19:2, 19:4, 19:7, 19:9, 19:14, 19:15, 19:20, 21:23, 29:17, 31:9, 44:9, 52:16, 59:22, 60:1, 60:4, 60:6, 60:7, 60:8, 60:9, 60:12, 60:16, 60:18, 62:16

**cellmate** [1] - 60:23

**cells** [42] - 9:2, 9:4, 9:5, 9:6, 9:12, 9:14, 10:7, 10:10, 11:2, 28:14, 29:21, 29:22, 30:5, 30:10, 32:10, 32:11, 32:12, 33:8, 49:16, 50:10, 50:17, 50:25, 51:14, 59:4, 60:21, 60:22, 60:24, 61:13, 61:20, 61:21, 61:23, 61:25, 62:4, 62:12, 62:13, 63:15, 63:19, 65:9, 67:22, 67:23, 68:5, 68:6

**census** [1] - 12:13

**center** [1] - 11:7

**central** [1] - 49:21

**Central** [1] - 17:9

**centralized** [1] - 39:7

**certain** [5] - 26:10, 51:7, 52:17, 53:6, 55:25

**certainly** [16] - 4:3, 12:24, 31:24, 36:1, 40:4, 42:7, 58:1, 60:16, 60:20, 62:4, 79:18, 80:5, 81:17, 83:11, 90:3

**CERTIFICATE** [1] - 97:1

**certify** [1] - 97:4

**cetera** [4] - 33:9, 56:19, 66:24, 73:16

**challenged** [1] - 30:24

**challenges** [1] - 30:23

**chance** [2] - 84:3, 90:14

**change** [4] - 23:23, 25:6, 29:10, 77:25

**changed** [4] - 24:2, 27:23, 29:24, 76:7

**changes** [1] - 24:19

**changing** [1] - 23:23

**check** [2] - 25:22,

83:14

**checked** [1] - 23:18

**checks** [1] - 34:2

**chemical** [1] - 54:3

**chemicals** [7] - 51:7, 52:1, 53:13, 53:19, 53:25, 54:24, 55:7

**chief** [1] - 56:4

**circumstances** [5] - 9:17, 21:21, 23:2, 23:24, 63:7

**Civil** [3] - 1:3, 85:13, 85:18

**CIVIL** [1] - 1:16

**CJCC** [2] - 80:24, 81:9

**clarification** [1] - 35:14

**clarified** [1] - 35:17

**clarify** [1] - 68:23

**classification** [1] - 60:17

**clean** [24] - 34:19, 49:16, 50:9, 50:23, 50:25, 51:1, 51:3, 51:11, 51:14, 51:15, 51:16, 51:25, 52:6, 52:14, 53:5, 53:8, 53:10, 54:16, 54:19, 55:21, 55:25, 63:5, 64:19

**cleaned** [2] - 56:9, 56:16

**cleaner** [2] - 43:5, 50:1

**cleaning** [31] - 12:19, 29:22, 42:21, 43:4, 43:12, 43:25, 49:15, 49:18, 49:20, 49:24, 50:6, 50:8, 50:9, 50:12, 50:17, 51:7, 51:8, 51:11, 51:22, 52:1, 52:2, 52:8, 55:1, 55:20, 55:24, 56:13, 56:20, 64:6, 64:12, 64:15, 65:2

**cleanliness** [1] - 52:7

**clear** [4] - 53:12, 60:19, 60:22, 95:12

**clearly** [1] - 24:12

**clerk** [1] - 5:24

**CLERK** [1] - 5:25

**client** [1] - 74:17

**clients** [2] - 75:13, 94:24

**clinic** [1] - 15:22

**clinical** [2] - 37:9, 38:9

**Clorox** [1] - 53:20

**close** [5] - 16:6, 16:22, 94:10, 94:16, 94:20

**closed** [6] - 9:8, 10:2, 13:2, 13:3, 13:9, 25:2

**closer** [1] - 59:14

**closing** [2] - 9:19, 24:24

**clothes** [3] - 34:6, 34:8, 63:5

**clothing** [1] - 34:19

**COBB** [2] - 1:20, 4:9

**Cobb** [1] - 4:8

**cohort** [3] - 20:16, 32:14, 32:18

**cohorts** [1] - 27:14

**cold** [1] - 24:24

**collected** [1] - 58:17

**COLLEEN** [1] - 1:11

**Columbia** [5] - 2:17, 91:9, 91:11, 95:17, 97:13

**COLUMBIA** [5] - 1:1, 1:16, 1:21, 2:5, 2:10

**Columbia's** [1] - 91:18

**combined** [2] - 67:6, 67:13

**comfortable** [1] - 88:13

**coming** [7] - 6:2, 7:21, 24:24, 25:16, 56:13, 72:4, 83:13

**command** [1] - 11:7

**commanders** [1] - 11:15

**commissary** [1] - 44:19

**Commission** [3] - 77:17, 79:17, 82:3

**committees** [1] - 83:1

**common** [18] - 10:7, 40:19, 52:5, 52:7, 52:9, 52:24, 53:1, 53:4, 54:5, 55:12, 55:21, 55:25, 56:6, 56:8, 56:16, 57:5, 62:15, 64:20

**communication** [2] - 77:17, 79:6

**community** [2] - 67:9, 77:9

**compare** [1] - 26:22

**comparison** [1] - 36:18

**compendium** [1] - 39:7

**compensate** [1] -

30:21

**compensation** [1] - 66:23

**complaint** [1] - 76:14

**complaints** [2] - 38:24, 70:4

**complements** [1] - 66:18

**complete** [4] - 12:5, 23:19, 88:15, 97:6

**completely** [1] - 32:9

**complexes** [1] - 7:10

**complicate** [1] - 39:24

**complicated** [1] - 92:6

**complied** [1] - 74:2

**comply** [2] - 73:22, 88:3

**compounded** [1] - 67:1

**comprehensive** [2] - 20:20, 26:9

**concentration** [2] - 44:1, 49:16

**concentrations** [1] - 54:1

**concern** [6] - 32:25, 39:23, 40:7, 45:4, 64:18, 88:12

**concerned** [1] - 74:1

**concerning** [1] - 92:15

**concerns** [2] - 31:25, 89:12

**conclude** [2] - 69:21

**concluded** [1] - 96:3

**conclusion** [3] - 15:17, 40:25, 43:22

**conclusions** [1] - 35:15

**condition** [1] - 28:10

**conditions** [19] - 6:21, 26:21, 26:22, 29:14, 31:7, 32:8, 34:11, 35:8, 71:4, 77:19, 77:25, 89:18, 89:19, 89:24, 90:24, 90:25, 91:8, 91:13, 91:16

**conduct** [1] - 19:19

**conducted** [8] - 10:15, 10:23, 10:25, 11:8, 11:13, 11:23, 22:11, 22:17

**confer** [1] - 93:13

**CONFERENCE** [1] - 1:10

**conference** [2] - 4:19, 91:23

**conferring** [1] - 92:19

**confidential** [2] - 31:10, 31:14

**confidentiality** [3] - 31:13, 32:4, 32:7

**confined** [1] - 11:25

**confinement** [4] - 77:25, 89:19, 89:24, 91:16

**confirm** [9] - 14:25, 27:17, 29:10, 31:23, 32:21, 33:25, 46:23, 48:20, 81:13

**confirmed** [1] - 50:16

**confirms** [1] - 22:12

**connected** [1] - 89:6

**connection** [2] - 3:17, 91:19

**consent** [1] - 8:4

**consented** [1] - 82:8

**consider** [2] - 84:21, 93:11

**consideration** [1] - 91:15

**considered** [2] - 72:24, 73:13

**considering** [1] - 85:19

**consistent** [5] - 17:15, 43:11, 45:22, 47:19, 55:9

**consistently** [1] - 28:16

**constant** [1] - 39:1

**constitutes** [1] - 97:4

**Constitution** [2] - 2:17, 97:14

**constraints** [1] - 89:13

**construction** [3] - 37:18, 61:3, 61:19

**consult** [1] - 75:13

**consultations** [1] - 87:3

**CONT'D** [1] - 2:1

**contact** [11] - 16:7, 24:5, 34:18, 45:25, 47:21, 57:1, 67:7, 67:9, 75:21, 86:6, 86:20

**contacts** [1] - 57:4

**containers** [1] - 64:12

**context** [5] - 8:9, 8:12, 12:21, 13:14, 35:9

**continue** [6] - 15:11, 15:12, 27:16, 32:23,

Case 8:19-cr-00039-FJX  Document 93-1  Filed 04/16/20  Page 101 of 112

91:22, 95:18
  **continues** [1] - 92:16
  **contract** [3] - 11:11, 46:21, 48:17
  **contractor** [1] - 56:3
  **contravention** [1] - 59:15
  **control** [1] - 52:12
  **controversy** [1] - 93:6
  **converted** [2] - 30:18, 32:17
  **convey** [2] - 81:17, 81:18
  **conveyed** [2] - 22:7, 33:7
  **cooperative** [3] - 10:20, 75:25, 95:14
  **Coordinating** [1] - 80:25
  **copy** [1] - 85:23
  **coronavirus** [1] - 55:4
  **corpus** [2] - 78:1, 89:15
  **correct** [11] - 3:25, 18:3, 25:4, 54:6, 54:7, 61:1, 61:14, 61:15, 68:25, 80:22, 90:11
  **correctional** [16] - 11:16, 15:23, 22:12, 30:12, 30:15, 37:3, 45:19, 46:21, 48:17, 49:7, 49:8, 50:22, 52:11, 53:15, 58:15, 62:18
  **CORRECTIONS** [1] - 2:11
  **Corrections** [2] - 79:23, 95:13
  **corrective** [1] - 95:15
  **correctly** [1] - 54:15
  **correspond** [1] - 23:20
  **corridor** [1] - 63:14
  **corridors** [1] - 52:16
  **Council** [1] - 80:25
  **counsel** [10] - 4:1, 4:23, 18:5, 18:9, 35:14, 74:16, 75:10, 92:20, 94:18
  **COUNSEL** [1] - 2:10
  **count** [2] - 8:24, 9:24
  **counter** [1] - 14:8
  **couple** [5] - 4:25, 39:18, 53:24, 71:20, 72:8
  **course** [8] - 9:9, 38:24, 46:11, 48:8, 80:22, 81:5, 83:19,

95:18
  **COURT** [188] - 1:1, 3:1, 3:7, 3:10, 3:15, 3:23, 4:7, 4:10, 4:13, 4:16, 4:18, 5:3, 5:5, 5:8, 5:11, 5:18, 5:23, 5:24, 6:1, 6:13, 8:17, 8:19, 12:24, 13:10, 13:17, 13:19, 15:14, 15:16, 16:11, 16:14, 16:24, 17:1, 17:6, 17:17, 18:4, 19:12, 19:14, 20:23, 21:1, 21:18, 22:3, 23:12, 25:5, 25:13, 25:19, 25:23, 26:14, 26:20, 33:2, 33:12, 33:14, 34:24, 35:7, 35:11, 36:7, 36:10, 37:5, 37:13, 38:16, 38:22, 39:14, 39:19, 40:22, 41:3, 41:5, 41:18, 41:23, 42:14, 42:17, 43:14, 43:16, 43:21, 44:4, 44:11, 44:14, 44:16, 45:7, 45:13, 46:15, 47:7, 48:12, 48:24, 49:2, 49:8, 49:11, 49:13, 51:1, 51:13, 52:3, 52:23, 53:4, 54:4, 54:8, 54:12, 55:12, 55:19, 56:22, 57:6, 57:13, 57:17, 57:20, 57:23, 58:3, 58:19, 59:16, 60:10, 60:24, 61:2, 61:8, 61:16, 61:24, 62:8, 63:8, 63:8, 63:19, 63:23, 65:12, 65:18, 65:20, 65:22, 66:4, 66:7, 67:15, 68:14, 68:16, 69:9, 69:12, 69:15, 70:3, 71:12, 72:3, 73:10, 74:3, 75:5, 75:7, 75:25, 76:22, 78:2, 78:17, 78:18, 78:21, 79:9, 79:15, 80:4, 80:6, 80:17, 80:20, 81:11, 81:14, 81:21, 81:23, 82:1, 83:12, 83:21, 83:24, 84:10, 84:13, 84:15, 84:20, 85:6, 85:8, 85:11, 85:17, 85:23, 86:4, 86:9, 86:25, 87:17, 88:4, 88:18, 89:3, 89:15, 90:2, 90:8, 90:20, 91:5, 91:20, 93:3, 93:10, 93:18, 93:25, 94:8, 94:12,

94:17, 94:22, 95:6, 95:9, 95:21
  **court** [6] - 5:22, 72:2, 72:6, 81:2, 81:24, 90:10
  **Court** [30] - 2:16, 2:16, 7:5, 8:2, 8:10, 12:22, 27:18, 34:22, 72:1, 72:12, 75:23, 76:21, 78:16, 80:13, 82:19, 83:1, 88:14, 88:23, 90:10, 90:17, 92:12, 92:17, 92:19, 92:20, 92:25, 93:10, 93:22, 94:19, 97:12, 97:13
  **Court's** [4] - 12:22, 83:19, 89:13, 91:15
  **courts** [3] - 77:2, 82:7, 82:22
  **covered** [2] - 41:20, 89:25
  **COVID** [6] - 13:25, 20:3, 20:9, 32:15, 49:5, 69:4
  **COVID-19** [26] - 9:17, 13:22, 14:6, 14:11, 14:17, 14:20, 14:21, 14:25, 15:5, 15:7, 15:25, 16:13, 16:16, 16:23, 17:15, 18:15, 18:19, 19:23, 22:8, 23:21, 24:2, 27:6, 27:24, 41:19, 66:22, 83:4
  **create** [2] - 82:21, 83:8
  **created** [1] - 8:22
  **credits** [2] - 73:12, 73:14
  **crew** [1] - 55:24
  **crews** [2] - 55:21, 56:13
  **Criminal** [1] - 80:25
  **CRR** [3] - 2:15, 97:3, 97:12
  **CTF** [31] - 9:5, 9:16, 9:18, 9:20, 9:24, 10:7, 10:11, 10:12, 11:12, 11:25, 13:24, 15:4, 17:10, 24:10, 31:3, 32:15, 32:17, 33:17, 35:22, 52:18, 52:19, 57:9, 57:16, 60:3, 60:9, 62:14, 65:6, 67:19, 77:14, 90:25
  **culinary** [9] - 9:15, 9:19, 9:20, 11:7, 11:18, 46:20, 48:16, 48:18, 49:5

**CURIAE** [1] - 2:14
  **curious** [2] - 25:23, 35:20
  **current** [5] - 20:15, 27:19, 40:14, 43:2, 49:18
  **custodian** [1] - 91:14
  **custody** [3] - 21:13, 77:14, 91:18
  **cut** [5] - 47:8, 58:20, 58:24, 59:1, 65:17

# D

  **daily** [9] - 12:12, 15:7, 15:9, 16:5, 22:19, 29:6, 42:23, 56:1, 56:13
  **Dan** [1] - 85:13
  **data** [42] - 10:13, 10:14, 10:17, 10:21, 11:23, 12:9, 12:13, 12:15, 12:18, 13:23, 13:25, 14:4, 14:8, 14:9, 14:12, 14:20, 19:22, 20:2, 20:4, 21:8, 21:9, 31:4, 36:16, 36:17, 36:20, 37:25, 38:9, 38:12, 38:15, 39:3, 39:10, 39:11, 42:25, 49:17, 59:24, 63:1, 67:11, 70:1, 79:22, 80:8, 80:13
  **date** [7] - 7:15, 14:19, 36:1, 36:3, 38:8, 60:3, 68:20
  **Dated** [1] - 97:10
  **dates** [1] - 38:11
  **days** [10] - 20:13, 21:3, 21:6, 21:12, 21:13, 33:5, 33:21, 37:23, 42:24, 48:8
  **DC** [15] - 1:6, 1:18, 1:22, 2:7, 2:12, 2:18, 7:5, 7:10, 72:12, 78:10, 81:5, 87:21, 90:10, 92:5, 97:14
  **dead** [1] - 93:4
  **deals** [1] - 23:15
  **dealt** [1] - 91:2
  **December** [1] - 43:12
  **decision** [1] - 60:18
  **declarations** [2] - 37:22, 70:4
  **defect** [1] - 24:15
  **Defendant** [2] - 24:4, 93:3

**DEFENDANTS** [1] - 2:2
  **Defendants** [24] - 1:7, 5:14, 5:16, 7:12, 9:19, 10:18, 10:19, 12:2, 21:10, 28:24, 29:5, 29:11, 29:23, 30:23, 31:19, 59:9, 74:6, 87:9, 88:12, 90:9, 92:5, 93:17, 94:3, 94:25
  **defendants** [2] - 7:9, 75:18
  **Defendants'** [2] - 38:11, 83:25
  **DEFENDER** [1] - 1:21
  **Defender** [3] - 77:16, 79:13, 81:3
  **Defender's** [1] - 78:17
  **defense** [7] - 4:23, 18:9, 74:16, 75:10, 84:16, 92:19, 94:18
  **deficiencies** [1] - 35:2
  **defined** [2] - 22:9, 23:20
  **definitely** [1] - 64:10
  **degree** [1] - 35:1
  **degrees** [1] - 24:12
  **delay** [1] - 93:1
  **delaying** [1] - 88:14
  **delays** [1] - 34:9
  **deliberate** [2] - 73:20, 73:24
  **delivered** [1] - 63:2
  **deliveries** [2] - 43:11, 49:20
  **delivery** [4] - 43:10, 43:11, 49:19, 62:25
  **denied** [1] - 72:24
  **DEPARTMENT** [1] - 2:10
  **Department** [2] - 79:22, 95:13
  **depleted** [1] - 50:7
  **deprivation** [1] - 34:16
  **deputies** [1] - 11:15
  **Deputy** [1] - 85:9
  **deputy** [1] - 11:10
  **describe** [1] - 10:18
  **described** [1] - 36:22
  **describes** [1] - 36:15
  **describing** [1] - 54:3
  **design** [1] - 65:5
  **designated** [2] - 27:5, 52:10
  **designed** [1] - 52:20,

**62**:16
**detail** [9] - 13:7, 15:13, 40:9, 40:11, 54:17, 54:21, 59:4, 60:19, 84:3
**detailee** [1] - 51:5
**detailees** [3] - 51:5, 52:11, 52:25
**details** [2] - 56:16, 64:19
**detained** [1] - 77:8
**detainer** [4] - 7:10, 78:24, 78:25, 79:8
**detainers** [5] - 77:1, 78:5, 78:18, 78:19, 79:4
**detected** [1] - 16:8
**Detention** [1] - 17:9
**deter** [1] - 34:21
**determined** [1] - 27:7
**deterred** [1] - 26:23
**deterrent** [1] - 34:12
**detriment** [1] - 38:11
**developed** [1] - 17:22
**deviations** [4] - 27:16, 46:24, 48:21, 48:22
**device** [2] - 24:6, 24:16
**dialing** [1] - 3:9
**difference** [4] - 7:1, 52:23, 87:23, 88:2
**different** [6] - 26:25, 29:15, 53:17, 69:6, 75:13, 85:16
**difficult** [3] - 39:24, 65:8, 72:5
**diligently** [1] - 75:24
**dilution** [1] - 53:19
**direct** [6] - 30:25, 64:25, 65:10, 67:7, 67:9, 92:17
**directed** [2] - 75:24, 88:20
**direction** [1] - 93:1
**directly** [2] - 66:7, 91:11
**director** [6] - 11:9, 11:10, 21:25, 67:12
**disagree** [1] - 89:10
**discharged** [1] - 10:4
**discretion** [1] - 6:17
**discuss** [3] - 15:11, 27:21, 76:9
**discussed** [4] - 35:2, 41:15, 50:24, 85:4
**discussing** [1] - 90:21

**discussion** [2] - 65:14, 72:1
**discussions** [2] - 66:10, 66:14
**disincentive** [1] - 34:20
**disinfecting** [2] - 50:1, 55:2
**dismissed** [1] - 72:14
**DISNEY** [2] - 2:4, 5:10
**Disney** [1] - 5:9
**display** [2] - 13:21, 14:6
**displayed** [1] - 23:9
**distance** [2] - 58:8, 58:13
**distancing** [9] - 13:11, 30:6, 30:10, 30:13, 40:14, 40:21, 57:21, 58:1, 61:9
**distinctions** [1] - 70:5
**distracting** [1] - 6:8
**distribution** [1] - 20:7
**district** [1] - 97:13
**DISTRICT** [7] - 1:1, 1:1, 1:11, 1:16, 1:21, 2:5, 2:10
**District** [10] - 2:16, 2:17, 83:1, 90:6, 90:12, 91:9, 91:11, 91:18, 95:17, 97:13
**diverge** [1] - 25:13
**diverted** [1] - 49:6
**Division** [3] - 85:10, 85:13, 85:18
**DOC** [22] - 11:9, 19:22, 20:15, 22:5, 27:19, 42:22, 42:25, 49:25, 55:25, 56:5, 58:20, 62:24, 65:14, 66:11, 70:2, 73:25, 77:14, 79:24, 83:9, 90:6, 93:22, 94:3
**DOC's** [1] - 63:1
**done** [10] - 4:19, 20:21, 25:25, 34:25, 35:3, 72:20, 82:2, 82:17, 82:19, 91:1
**door** [3] - 24:21, 24:23, 25:2
**doorknobs** [1] - 54:20
**doors** [3] - 62:16, 68:8, 68:12
**double** [3] - 9:2, 9:5, 63:19

**down** [5] - 40:2, 68:19, 78:6, 82:5, 92:21
**downsizing** [4] - 90:21, 91:1, 92:13, 93:4
**dozens** [1] - 11:15
**drafts** [1] - 24:18
**draw** [1] - 60:13
**dropped** [2] - 8:20, 47:2
**drug** [1] - 79:6
**during** [16] - 9:3, 10:9, 10:14, 10:15, 14:18, 28:6, 28:19, 28:25, 29:25, 30:4, 30:7, 30:19, 33:20, 34:18, 48:16, 59:7
**duties** [2] - 46:3, 47:24
**duty** [4] - 27:11, 30:22, 66:21, 66:25

**E**

**early** [2] - 68:20, 87:13
**easily** [2] - 71:15, 71:16
**education** [5] - 22:6, 22:11, 22:13, 22:16, 22:23
**educational** [1] - 35:22
**EDWARD** [1] - 1:3
**Edwards** [2] - 72:5, 97:12
**EDWARDS** [2] - 2:15, 97:3
**effective** [1] - 56:20
**effort** [3] - 27:14, 57:25, 58:2
**efforts** [2] - 76:13, 77:19
**eight** [6] - 10:3, 10:8, 59:5, 72:24, 75:20
**either** [4] - 14:5, 57:1, 61:21, 73:13
**elaborate** [1] - 74:14
**electronic** [10] - 11:24, 12:3, 12:8, 20:6, 26:5, 37:8, 38:7, 39:9, 39:12
**emergency** [2] - 73:21, 73:22
**empty** [1] - 64:12
**enable** [1] - 14:4
**encounter** [3] - 36:18, 38:5, 38:9

**encounters** [5] - 14:2, 37:2, 37:9, 37:11, 38:1
**end** [5] - 4:21, 7:15, 7:21, 18:4, 21:16
**enforce** [3] - 30:12, 40:13, 41:2, 58:1, 58:2
**enforced** [6] - 30:11, 40:21, 40:23, 40:24, 58:9, 58:18
**enforcement** [1] - 81:1
**engaged** [1] - 55:24
**enormous** [1] - 22:25
**ensuring** [1] - 93:2
**entering** [2] - 23:17, 34:5
**entries** [2] - 14:9, 39:9
**entry** [2] - 11:7, 23:23
**environment** [2] - 31:15, 51:23
**environmental** [6] - 6:25, 11:18, 35:12, 42:17, 53:15, 53:16
**Environmental** [1] - 42:19
**equipment** [10] - 42:20, 46:19, 49:11, 51:21, 51:25, 52:2, 54:11, 54:15, 54:21, 56:18
**ERIC** [1] - 2:9
**Eric** [4] - 3:19, 5:12, 6:2, 6:12
**errant** [1] - 24:22
**erroneous** [1] - 24:12
**error** [1] - 24:15
**escort** [1] - 40:6
**escorted** [2] - 32:20, 40:20
**especially** [1] - 76:6
**ESQ** [12] - 1:15, 1:15, 1:19, 1:20, 1:20, 2:2, 2:2, 2:3, 2:3, 2:4, 2:4, 2:9
**estimates** [1] - 53:23
**estimating** [1] - 63:14
**et** [8] - 1:3, 1:6, 3:1, 3:2, 33:9, 56:19, 66:24, 73:16
**everywhere** [1] - 59:10
**evidence** [4] - 18:22, 26:6, 31:21, 49:20

**evident** [1] - 30:16
**evidently** [2] - 72:25, 76:13
**evolving** [2] - 9:9, 10:3
**exactly** [5] - 8:11, 26:16, 38:2, 83:14, 93:9
**examined** [1] - 32:12
**example** [3] - 17:8, 40:20, 45:18
**examples** [1] - 52:22
**exceed** [1] - 41:15
**excellent** [1] - 72:6
**except** [9] - 27:20, 27:25, 28:3, 28:19, 28:21, 29:17, 29:20, 29:21, 78:24
**exception** [2] - 44:25, 81:1
**exceptions** [3] - 21:14, 27:25, 28:22
**excuse** [3] - 33:2, 78:21, 81:21
**executives** [1] - 21:4
**exempt** [1] - 68:13
**exist** [1] - 37:5
**exists** [1] - 16:10
**expect** [2] - 6:14, 31:4
**expectation** [1] - 17:2
**expected** [3] - 5:13, 5:20, 6:4
**expediency** [1] - 92:23
**expert** [4] - 90:17, 92:18, 93:1, 93:4
**experts** [1] - 7:18
**explore** [2] - 40:9, 60:19
**exposed** [3] - 16:7, 27:7, 67:7
**exposure** [2] - 17:5, 24:1
**expressed** [1] - 31:25
**extended** [1] - 67:5
**extensive** [4] - 22:8, 22:16, 30:20, 77:19
**extent** [4] - 14:22, 33:7, 89:22, 95:15
**exterior** [1] - 24:21
**eye** [7] - 43:2, 45:23, 46:1, 46:8, 47:20, 47:23, 48:4

Case 1:19-cr-00659-PX Document 90-1 Filed 04/16/20 Page 103 of 112
Case 8:19-cr-00659-PX Document 93-2 Filed 04/16/20 Page 103 of 112
103

## F

**facemask** [2] - 46:1, 47:22
**facilitate** [1] - 31:18
**facilities** [39] - 8:13, 8:14, 8:21, 9:21, 10:24, 11:1, 11:2, 11:14, 11:17, 11:22, 12:10, 16:10, 22:7, 23:1, 23:17, 24:5, 25:24, 28:7, 30:17, 30:18, 31:1, 40:13, 43:12, 45:6, 46:11, 46:14, 48:7, 48:10, 49:19, 49:22, 56:1, 56:12, 59:7, 59:24, 63:1, 63:3, 67:24, 79:24, 90:6
**facility** [10] - 9:19, 9:20, 21:4, 46:8, 48:4, 50:19, 60:7, 65:3, 65:5, 71:2
**Facility** [1] - 17:9
**facility-issued** [3] - 46:8, 48:4, 50:19
**facing** [1] - 30:23
**fact** [2] - 34:7, 53:9
**factors** [2] - 66:16, 67:13
**factory** [1] - 24:7
**failure** [1] - 79:5
**fair** [2] - 15:17, 18:2
**families** [2] - 33:19, 33:23
**family** [2] - 34:18, 83:5
**far** [11] - 14:4, 19:21, 34:13, 64:18, 73:19, 74:1, 82:5, 90:17, 91:4, 91:8, 91:12
**fashioned** [1] - 50:18
**fault** [1] - 41:22
**fear** [1] - 22:25
**feasible** [1] - 83:16
**February** [5] - 12:10, 12:14, 12:16, 14:2, 14:19
**Federal** [1] - 89:7
**federal** [13] - 79:25, 80:11, 81:2, 81:4, 81:6, 82:22, 84:18, 85:1, 90:10, 91:12, 91:19, 92:4, 93:19
**federally** [1] - 90:6
**Feds** [1] - 80:2
**feet** [4] - 32:12, 58:14, 60:8, 60:9
**felonies** [6] - 73:15,

78:7, 78:11, 82:8, 90:9, 90:12
**FEMALE** [2] - 81:19, 81:25
**Fernando** [2] - 5:1, 85:12
**FERNANDO** [1] - 2:4
**few** [4] - 27:25, 28:21, 32:12, 33:21
**figure** [5] - 75:22, 77:10, 77:12, 78:23, 87:18
**file** [6] - 76:22, 85:15, 86:14, 86:18, 86:21, 87:7
**filed** [6] - 7:5, 7:13, 73:23, 79:21, 89:16
**filing** [1] - 82:12
**filled** [1] - 66:19
**final** [1] - 40:12
**findings** [4] - 8:5, 12:6, 12:7, 15:13
**fine** [6] - 69:8, 80:20, 87:7, 88:11, 89:23, 94:5
**finish** [2] - 17:1, 86:9
**first** [17] - 8:14, 11:24, 13:15, 14:25, 17:8, 32:14, 32:17, 34:15, 42:22, 44:6, 64:4, 66:14, 66:17, 72:15, 77:10, 77:15, 78:3
**fitting** [2] - 28:10, 28:17
**five** [14] - 21:15, 21:22, 24:9, 30:5, 30:9, 59:1, 59:2, 59:3, 59:10, 63:10, 63:11, 68:2, 68:6, 68:10
**fixed** [3] - 71:15, 71:16, 74:23
**flag** [1] - 40:1
**Floor** [2] - 1:17, 2:6
**floor** [1] - 52:16
**flows** [1] - 18:10
**focus** [1] - 22:14
**focused** [1] - 23:25
**follow** [2] - 36:2, 83:19
**following** [1] - 22:1
**food** [2] - 9:21, 46:18
**foot** [1] - 58:8
**FOR** [5] - 1:1, 1:14, 1:21, 2:2, 2:5
**foregoing** [1] - 97:4
**forget** [1] - 74:10
**format** [1] - 8:1
**forth** [1] - 6:8
**forward** [3] - 6:18,

72:21, 89:6
**four** [5] - 10:1, 13:15, 50:12, 54:24, 66:16
**Fourth** [1] - 2:6
**fourth** [1] - 49:25
**frankly** [3] - 75:18, 78:4, 87:25
**frequently** [4] - 22:5, 46:5, 48:1, 51:4
**fresh** [1] - 34:9
**Friday** [12] - 15:13, 29:1, 38:21, 46:9, 48:6, 81:12, 81:16, 84:11, 86:23, 87:5, 87:19, 91:25
**front** [3] - 78:16, 80:13, 82:14
**full** [1] - 97:5
**fully** [1] - 87:11
**funded** [1] - 66:18
**future** [1] - 34:21

## G

**gallon** [1] - 53:24
**gallons** [1] - 43:7
**gathered** [1] - 69:18
**gathering** [1] - 58:12
**gauge** [1] - 86:14
**General** [7] - 80:16, 80:24, 81:6, 81:20, 82:10, 83:12, 86:21
**general** [9] - 11:3, 11:21, 17:18, 27:3, 28:10, 50:11, 55:13, 62:5, 95:7
**GENERAL** [2] - 2:5, 2:10
**generally** [2] - 50:17, 76:3
**given** [8] - 46:17, 64:17, 65:8, 65:9, 65:11, 68:3, 68:23, 92:22
**Glover** [14] - 3:19, 5:12, 5:17, 5:20, 6:2, 6:11, 6:12, 42:14, 69:12, 74:5, 74:24, 75:11, 93:20, 95:13
**GLOVER** [12] - 2:9, 6:12, 42:16, 69:14, 75:23, 76:20, 93:21, 94:7, 94:10, 94:16, 94:19, 96:2
**gloves** [1] - 28:6, 28:12, 43:2, 45:23, 46:2, 46:7, 46:22, 47:20, 47:23, 48:2, 48:19

**good-time** [3] - 72:17, 73:12, 73:14
**Government** [2] - 88:6, 89:8
**gown** [2] - 45:24, 47:20
**GRACE** [1] - 2:13
**Grace** [6] - 3:3, 7:24, 35:20, 47:4, 59:12, 63:16
**grant** [2] - 90:23
**granted** [1] - 73:15
**gravely** [1] - 92:15
**great** [3] - 69:6, 84:3, 86:5
**greater** [2] - 15:13, 40:9
**group** [1] - 4:18
**groups** [2] - 11:19, 30:5
**growth** [1] - 52:18
**guess** [5] - 45:13, 55:19, 59:16, 62:8, 84:18
**guidance** [1] - 83:19
**guidelines** [6] - 45:20, 45:23, 46:1, 47:16, 47:19, 47:22

## H

**habeas** [2] - 78:1, 89:15
**hair** [2] - 46:22, 48:18
**hallways** [3] - 55:21, 56:6, 56:8
**hand** [5] - 23:7, 57:7, 57:8, 57:10, 57:17
**hand-washing** [1] - 23:7
**handcuffs** [1] - 32:20
**handicapped** [1] - 61:11
**handling** [1] - 20:24
**hang** [1] - 61:5
**happenstance** [1] - 70:7
**happy** [6] - 47:9, 81:10, 83:18, 88:2, 88:23, 88:25
**hard** [1] - 74:19
**hate** [1] - 47:2
**head** [3] - 77:5, 85:13, 85:18
**health** [20] - 6:25, 11:5, 11:11, 11:24, 12:3, 12:8, 14:10, 20:6, 21:16, 21:19,

26:5, 28:23, 34:3, 35:12, 37:8, 38:7, 39:9, 39:12, 42:18, 53:16
**Healthcare** [1] - 11:11
**healthcare** [6] - 15:21, 15:22, 18:18, 22:10, 22:18, 28:23
**hear** [10] - 3:20, 6:15, 47:5, 65:25, 66:2, 66:4, 66:6, 71:19, 75:12, 80:2
**heard** [4] - 27:15, 68:19, 75:3, 92:14
**hearing** [3] - 6:7, 36:3, 95:20
**held** [2] - 77:21, 91:18
**hello** [9] - 5:7, 5:8, 8:17, 65:21, 65:22, 65:23
**helpful** [6] - 6:19, 8:10, 8:13, 26:24, 36:8, 37:13, 39:3, 39:14, 70:13, 70:22, 71:6, 71:12, 71:17, 76:1, 78:12, 82:2
**hereby** [1] - 97:3
**high** [1] - 32:16
**high-security** [1] - 32:16
**higher** [1] - 16:6
**highlights** [1] - 80:12
**historically** [2] - 31:12, 49:23
**hold** [4] - 61:2, 87:12, 90:20
**holding** [1] - 82:24
**home** [4] - 61:3, 74:15, 83:3, 95:23
**Honor** [88] - 3:6, 3:14, 3:22, 4:6, 4:12, 4:15, 4:17, 5:2, 5:4, 5:7, 5:10, 7:23, 7:25, 8:8, 13:15, 13:18, 18:14, 20:22, 22:22, 26:17, 35:5, 35:19, 38:20, 39:18, 41:4, 41:7, 41:21, 42:13, 42:16, 43:4, 46:16, 47:1, 54:13, 65:19, 65:25, 66:5, 68:15, 68:18, 69:11, 71:10, 71:25, 75:1, 75:6, 75:23, 76:20, 77:11, 77:15, 77:23, 78:8, 78:14, 78:20, 79:3, 79:18, 80:9, 80:15, 80:19, 81:9, 81:15,

81:19, 84:8, 84:14, 84:17, 84:19, 85:3, 85:7, 86:3, 86:8, 86:16, 87:15, 88:1, 88:10, 88:19, 89:10, 89:18, 90:3, 90:4, 90:11, 91:7, 92:11, 93:9, 93:16, 93:21, 94:11, 94:20, 95:5, 95:25, 96:1, 96:2

**HONORABLE** [1] - 1:11

**honored** [1] - 19:8
**hope** [1] - 85:24, 85:25, 93:12
**hopefully** [5] - 6:2, 7:21, 70:14, 93:19, 94:18
**hoping** [1] - 76:17
**Horn** [5] - 85:13, 85:17, 86:6, 86:13, 92:2
**hour** [2] - 29:25, 30:1
**hours** [6] - 53:9, 53:10, 54:4, 76:18, 84:9, 93:23
**housed** [6] - 9:1, 13:24, 16:22, 17:4, 22:21, 32:15
**houses** [1] - 15:5
**housing** [78] - 8:25, 9:4, 9:8, 9:14, 9:25, 10:6, 11:1, 11:4, 11:5, 11:17, 12:13, 16:2, 16:3, 18:20, 18:24, 19:4, 20:10, 20:11, 20:12, 21:6, 21:7, 21:10, 21:16, 22:11, 26:22, 26:25, 27:4, 27:9, 27:20, 27:23, 28:3, 29:9, 31:11, 32:3, 36:23, 40:18, 44:9, 44:21, 44:24, 49:24, 50:2, 50:4, 50:7, 50:21, 51:6, 52:4, 52:8, 52:13, 52:14, 52:15, 52:24, 53:1, 53:5, 54:5, 55:16, 55:22, 56:15, 56:23, 57:9, 57:10, 57:12, 58:5, 58:10, 58:17, 59:23, 60:16, 60:21, 62:5, 64:5, 64:7, 64:11, 64:20, 64:23, 67:20, 68:9
**hovering** [1] - 8:25
**hygiene** [3] - 6:25, 35:13, 42:18

# I

**IAN** [1] - 2:3
**idea** [2] - 6:19, 85:4
**identification** [1] - 14:20
**identified** [7] - 15:1, 15:7, 16:1, 16:18, 17:7, 17:19, 18:24
**identify** [4] - 14:5, 21:14, 62:19, 92:18
**identifying** [3] - 14:22, 64:14, 92:20
**ill** [2] - 28:10, 28:17
**ill-fitting** [2] - 28:10, 28:17
**illness** [1] - 34:18
**immediately** [5] - 18:21, 70:6, 70:17, 73:5, 82:9
**implemented** [1] - 21:10
**implicated** [3] - 13:7, 90:6, 90:7
**implicates** [1] - 89:20
**implications** [1] - 65:2
**important** [1] - 42:1
**impression** [1] - 70:12
**in-detail-enough** [1] - 40:11
**inability** [1] - 13:9
**inadequate** [1] - 33:9
**inaudible** [2] - 81:20, 81:25
**inaudible]** [1] - 88:17
**incarcerated** [1] - 79:8
**inches** [1] - 53:24
**inclination** [1] - 87:4
**include** [4] - 14:13, 27:2, 43:7, 47:19
**included** [4] - 14:10, 23:25, 51:6, 83:2
**includes** [4] - 9:1, 14:9, 62:13, 79:25
**including** [7] - 11:1, 11:14, 11:17, 12:13, 45:23, 49:16, 52:8
**inconsistency** [1] - 51:9
**inconsistent** [1] - 52:8
**increase** [1] - 46:13
**increasing** [1] - 48:9
**incredibly** [2] - 77:18, 77:22

**Indiana** [1] - 1:22
**indicate** [6] - 7:3, 20:11, 50:4, 73:1, 74:17, 87:21
**indicated** [11] - 8:8, 28:2, 29:24, 34:3, 51:14, 56:9, 61:18, 71:1, 72:13, 72:14, 89:11
**indicates** [2] - 15:6, 19:22
**indicating** [3] - 41:24, 70:5, 70:25
**indication** [1] - 58:19
**indifference** [2] - 73:20, 73:24
**indirect** [1] - 44:1
**individual** [5] - 59:23, 70:5, 72:25, 73:2, 76:15
**individual-level** [1] - 59:23
**individualized** [1] - 22:16
**individually** [1] - 11:20
**individuals** [3] - 24:1, 55:6, 82:19
**infect** [1] - 83:4
**infirmary** [2] - 10:11, 10:12
**information** [17] - 6:5, 8:1, 10:22, 18:8, 22:7, 29:3, 35:16, 38:17, 40:4, 59:17, 59:18, 69:18, 70:18, 70:19, 71:17, 79:11, 81:10
**infrared** [1] - 24:5
**inherently** [1] - 65:6
**initial** [4] - 15:25, 16:16, 16:17, 23:24
**inmate** [16] - 12:13, 17:11, 17:14, 18:19, 23:4, 27:9, 49:4, 50:14, 51:5, 52:10, 52:25, 54:17, 60:2, 60:5, 60:19, 62:22
**inmates** [126] - 9:1, 9:10, 9:18, 10:4, 11:20, 11:24, 13:21, 13:24, 14:6, 14:11, 14:17, 14:21, 14:22, 14:25, 15:1, 15:8, 15:10, 15:20, 15:21, 16:5, 16:12, 16:16, 16:19, 16:20, 17:3, 18:11, 18:23, 19:4, 19:6, 19:23, 20:1, 20:7, 20:11, 21:5,

21:15, 22:21, 22:24, 23:2, 23:10, 26:10, 26:23, 27:6, 27:25, 28:13, 28:15, 28:20, 28:25, 29:6, 29:9, 29:19, 30:2, 30:9, 31:1, 31:11, 31:14, 31:22, 31:24, 32:9, 32:14, 32:18, 32:22, 33:4, 33:17, 33:22, 34:5, 34:12, 36:21, 36:24, 36:25, 37:3, 38:25, 40:9, 40:19, 43:25, 44:18, 44:21, 45:3, 45:21, 45:25, 46:4, 47:18, 47:21, 49:7, 50:3, 50:8, 50:18, 50:23, 50:24, 51:2, 51:10, 53:10, 55:22, 56:16, 56:24, 57:1, 57:3, 57:4, 57:8, 57:12, 57:17, 58:7, 58:11, 58:12, 58:17, 59:3, 59:5, 59:7, 59:14, 59:25, 60:4, 60:12, 60:21, 60:23, 62:15, 62:17, 63:4, 63:10, 63:11, 64:24, 65:1, 68:10, 69:3, 70:15, 89:22, 90:5
**inmates'** [1] - 50:4
**inquire** [1] - 37:11
**inquiries** [1] - 82:25
**inside** [2] - 24:20, 24:23
**insofar** [1] - 56:15
**inspectors** [1] - 92:15
**instance** [1] - 25:1, 87:24
**instances** [2] - 8:6, 8:7
**institution** [1] - 67:8
**instructed** [3] - 36:24, 46:18, 93:22
**instruction** [2] - 25:11, 83:19
**instructional** [1] - 35:21
**instructions** [4] - 24:6, 24:16, 46:23, 48:20
**instructive** [1] - 43:20
**intake** [3] - 11:4, 21:8, 21:11
**intended** [1] - 55:4
**intensive** [1] - 65:6
**interact** [7] - 45:15, 45:17, 45:21, 46:4,

47:11, 47:13, 47:17
**Interest** [1] - 85:10
**interest** [4] - 71:24, 86:14, 91:19, 93:14
**interested** [1] - 7:9
**interesting** [1] - 70:19
**interests** [3] - 85:20, 86:13, 91:16
**internal** [1] - 64:14
**interrupt** [6] - 19:12, 37:15, 39:15, 47:2, 65:12, 72:3
**interrupted** [1] - 67:16
**intervention** [2] - 62:18, 91:12
**interview** [1] - 44:21
**interviewed** [4] - 11:15, 11:19, 18:23, 33:4
**interviews** [6] - 10:15, 11:8, 11:9, 11:13, 14:24, 50:3
**inventories** [4] - 12:19, 43:2, 43:5, 45:11
**inventory** [2] - 49:18, 62:24
**investigate** [2] - 21:22, 75:3
**invite** [2] - 84:5, 84:23
**involved** [2] - 11:24, 21:15
**isolated** [4] - 18:16, 18:25, 20:17, 32:14
**isolation** [43] - 9:11, 10:2, 10:5, 11:5, 11:20, 18:24, 19:2, 20:18, 22:17, 27:1, 27:2, 27:21, 28:3, 28:19, 29:15, 29:17, 29:20, 32:8, 32:9, 32:17, 32:19, 32:22, 33:5, 33:6, 33:18, 33:22, 34:1, 34:5, 34:7, 34:13, 42:5, 45:21, 47:18, 50:24, 51:13, 55:14, 55:15, 59:2, 59:11, 61:19, 61:25
**issue** [19] - 13:11, 22:1, 22:2, 25:24, 26:13, 31:5, 40:8, 42:7, 56:17, 72:15, 73:17, 80:3, 80:12, 82:22, 87:23, 88:15, 89:1, 91:1, 91:9
**issued** [3] - 46:8,

48:4, 50:19
**issues** [6] - 13:16, 70:25, 72:18, 73:2, 84:21, 93:5
**issuing** [2] - 29:1, 29:12
**itself** [3] - 32:6, 76:16, 90:12

### J

**jackhammer** [1] - 37:18
**JACKSON** [7] - 2:2, 5:4, 85:7, 85:9, 85:12, 85:20, 85:25
**Jackson** [2] - 5:3, 85:9
**Jail** [1] - 7:10
**jail** [9] - 9:15, 9:16, 11:25, 33:20, 48:16, 74:8, 74:16, 77:19, 92:16
**jail's** [1] - 9:20
**Jenna** [1] - 4:8
**JENNA** [1] - 1:20
**join** [4] - 7:13, 79:20, 83:25, 85:21
**joinder** [2] - 85:14, 89:1
**joined** [1] - 81:6
**JONATHAN** [1] - 1:20
**Jonathan** [1] - 4:5
**jordan** [1] - 55:23
**JORDAN** [60] - 2:13, 3:22, 13:18, 13:20, 15:15, 15:19, 16:12, 16:16, 16:25, 17:2, 17:8, 18:3, 21:2, 21:20, 23:15, 25:9, 25:18, 25:20, 26:4, 26:9, 36:5, 36:16, 37:7, 37:25, 40:3, 42:19, 43:15, 43:17, 43:24, 44:6, 44:13, 45:15, 47:9, 47:11, 49:14, 51:2, 51:17, 52:4, 53:3, 53:8, 54:7, 54:24, 59:12, 59:20, 60:15, 61:1, 61:15, 61:22, 62:2, 62:6, 62:10, 63:13, 63:21, 64:10, 65:4, 68:4, 68:12, 68:25, 69:23, 69:25
**Jordan** [30] - 3:8, 3:10, 3:21, 6:18, 7:7, 7:19, 8:7, 13:15,

13:17, 20:24, 21:1, 23:13, 35:15, 36:4, 36:13, 36:15, 39:4, 39:20, 41:8, 45:14, 47:5, 48:11, 57:25, 59:19, 64:4, 67:18, 69:16, 71:20, 71:22
**judge** [2] - 65:24, 90:15
**Judge** [11] - 5:23, 5:25, 6:12, 7:4, 64:3, 67:17, 69:14, 72:11, 73:8, 73:18, 74:17
**JUDGE** [1] - 1:11
**judges** [1] - 82:22
**Justice** [1] - 80:25

### K

**KARL** [1] - 2:2
**Karl** [2] - 80:16, 80:18
**keen** [1] - 41:10
**keep** [1] - 44:7
**keeping** [1] - 6:7
**kept** [3] - 38:17, 70:19, 70:21
**kill** [1] - 55:5
**kind** [6] - 34:22, 38:25, 39:7, 80:12, 83:9, 93:2
**kinds** [1] - 76:9
**knowing** [2] - 7:9, 16:21
**knowledge** [4] - 50:11, 53:12, 55:6, 56:17
**known** [1] - 24:1
**KOLLAR** [1] - 1:11
**KOLLAR-KOTELLY** [1] - 1:11
**KOTELLY** [1] - 1:11

### L

**lack** [4] - 23:1, 23:7, 34:18, 54:2
**language** [3] - 82:11, 82:23, 83:2
**large** [3] - 14:21, 31:16, 65:8
**largely** [1] - 16:18
**last** [5] - 4:18, 19:25, 48:6, 62:9, 83:24
**late** [2] - 56:1, 84:19
**laundry** [1] - 34:4
**law** [3] - 5:24, 81:1, 89:14

**LAW** [1] - 5:25
**lawsuit** [1] - 7:5
**lawyers** [4] - 74:8, 75:18, 94:2, 94:23
**layout** [1] - 65:7
**learned** [1] - 56:7
**least** [16] - 22:18, 23:6, 23:25, 39:4, 50:5, 58:7, 66:16, 70:11, 71:16, 82:22, 84:2, 92:18, 92:20, 92:24, 93:13, 94:18
**leave** [5] - 6:17, 7:19, 44:4, 67:5
**leaving** [1] - 61:10
**left** [5] - 25:2, 72:23, 73:17, 90:9, 90:24
**legal** [14] - 7:6, 31:9, 31:10, 31:20, 32:4, 33:19, 34:19, 41:22, 41:23, 41:24, 42:9, 74:4, 90:25, 95:1
**legislation** [3] - 72:20, 73:21, 73:22
**length** [1] - 38:4
**level** [7] - 15:18, 40:14, 44:9, 52:1, 55:6, 59:23
**levels** [2] - 40:6, 67:14
**LIBERTIES** [1] - 1:16
**light** [2] - 56:4, 67:25
**likely** [4] - 17:4, 20:16, 25:9, 34:21
**limit** [1] - 30:20
**limitations** [1] - 65:3
**limited** [6] - 31:22, 34:4, 44:23, 50:21, 56:11
**limiting** [1] - 58:7
**line** [4] - 8:16, 8:19, 30:16, 72:4
**linear** [1] - 65:7
**linens** [2] - 34:10, 34:19
**lines** [1] - 65:7
**liquid** [1] - 45:2
**Lisa** [1] - 97:12
**LISA** [2] - 2:15, 97:3
**list** [1] - 75:3
**listed** [1] - 77:13
**listen** [2] - 58:13, 71:23
**Litigation** [1] - 89:12
**litigation** [2] - 91:13, 92:24
**local** [2] - 46:2, 47:23
**lock** [1] - 62:17
**lockdown** [1] - 68:1
**log** [1] - 39:8

**logic** [1] - 60:15
**long-term** [1] - 66:22
**look** [6] - 36:2, 38:7, 44:8, 58:24, 78:2, 79:19, 82:3, 82:20
**looked** [11] - 6:20, 6:21, 17:21, 20:10, 21:7, 31:7, 31:8, 38:10, 70:17, 76:18, 78:18
**looking** [6] - 7:7, 31:7, 73:16, 82:7, 92:1, 93:5
**looks** [2] - 73:11, 77:13
**Lopes** [20] - 3:4, 3:5, 6:17, 7:7, 7:19, 7:24, 26:14, 35:15, 36:13, 41:8, 48:13, 62:22, 64:4, 64:17, 65:25, 66:4, 68:20, 69:16, 71:20, 71:22
**LOPES** [72] - 2:13, 3:6, 3:9, 7:23, 8:18, 8:24, 13:4, 13:14, 18:14, 19:13, 19:17, 20:24, 21:24, 22:4, 23:13, 25:22, 26:8, 26:16, 26:21, 33:4, 33:13, 33:15, 35:5, 35:10, 35:24, 36:9, 38:19, 38:23, 40:15, 40:17, 40:25, 44:15, 44:17, 45:9, 45:14, 46:16, 48:15, 49:1, 49:3, 49:10, 49:12, 51:18, 53:2, 54:10, 54:13, 55:17, 55:20, 57:2, 57:7, 57:15, 57:19, 57:21, 57:24, 58:4, 59:1, 59:19, 62:7, 63:18, 64:21, 65:17, 65:19, 65:21, 65:23, 66:5, 66:15, 68:11, 69:2, 69:8, 69:22, 69:24, 71:10, 71:25
**Lopes's** [1] - 8:16
**low** [5] - 24:11, 24:14, 53:13, 55:7, 64:13
**luck** [1] - 60:13

### M

**maintain** [7] - 27:14, 30:5, 34:17, 37:8, 58:7, 58:13, 79:5
**maintains** [1] - 62:25
**major** [1] - 34:23

**majority** [6] - 14:17, 64:10, 79:23, 80:10, 90:5, 90:8
**management** [7] - 11:14, 31:13, 31:16, 32:15, 32:16, 44:25, 65:3
**managers** [1] - 14:24
**managing** [1] - 53:16
**mandates** [1] - 41:16
**manufacturer's** [2] - 24:6, 24:16
**March** [10] - 21:8, 21:9, 28:25, 36:22, 49:25, 55:3, 56:1, 59:24, 63:1, 73:21
**MARCUS** [32] - 1:19, 3:14, 35:19, 36:12, 39:18, 39:20, 40:12, 40:16, 41:4, 64:3, 64:17, 65:24, 67:17, 68:15, 73:8, 73:18, 77:11, 78:8, 78:20, 79:2, 79:12, 84:8, 84:12, 84:14, 86:8, 86:16, 88:10, 90:15, 91:4, 91:7, 92:11, 95:25
**Marcus** [25] - 3:12, 4:3, 4:18, 4:20, 35:18, 35:19, 36:10, 37:15, 39:15, 39:17, 41:3, 64:1, 65:24, 67:15, 68:14, 71:18, 73:7, 77:11, 84:7, 86:12, 86:16, 88:10, 90:15, 91:7, 92:10
**MARIE** [1] - 1:20
**MARK** [1] - 2:13
**Mark** [5] - 3:8, 3:10, 3:21, 35:20, 69:24
**masks** [22] - 28:6, 28:8, 28:9, 28:14, 28:15, 28:21, 28:22, 28:25, 29:5, 29:7, 29:8, 29:12, 43:1, 45:23, 46:6, 46:17, 46:22, 47:19, 48:1, 48:2, 48:19
**materials** [1] - 91:22
**matter** [7] - 3:1, 8:8, 28:11, 32:24, 54:23, 59:9, 92:13
**maximum** [1] - 11:3
**maximum-security** [1] - 11:3
**Mayor** [1] - 72:20
**McGruder** [1] - 91:10
**McKenna** [1] - 72:11
**McKenna's** [1] - 7:4

**mean** [12] - 35:7, 39:15, 40:17, 58:11, 58:16, 63:9, 68:13, 75:9, 75:20, 79:20, 93:10, 94:13

**means** [2] - 58:22

**meant** [3] - 41:21, 68:23, 69:2

**measure** [1] - 60:6

**mechanism** [1] - 36:15

**medical** [38] - 6:24, 11:6, 11:9, 11:10, 13:16, 14:24, 15:2, 15:5, 15:12, 15:24, 16:4, 16:17, 17:12, 17:14, 18:18, 19:7, 21:4, 21:25, 22:5, 25:18, 25:21, 28:1, 32:12, 34:1, 35:16, 35:22, 36:21, 37:4, 38:5, 38:14, 40:6, 40:20, 67:4, 70:2, 71:4

**medium** [1] - 11:4

**medium-security** [1] - 11:4

**meet** [2] - 22:5, 81:8

**meeting** [1] - 81:11

**meetings** [1] - 81:3

**member** [6] - 39:22, 40:1, 40:5, 70:8, 70:10, 80:24

**members** [3] - 34:18, 53:14, 66:20

**memory** [1] - 36:5

**mental** [2] - 21:16, 21:19

**mentioned** [7] - 49:17, 62:14, 62:22, 64:7, 67:19, 67:21, 67:22

**methodology** [3] - 8:9, 10:13, 12:23

**methods** [1] - 14:22

**Micah** [1] - 5:6

**MICAH** [1] - 2:3

**Michael** [1] - 4:16

**MICHAEL** [1] - 1:15

**Michelman** [1] - 4:14

**MICHELMAN** [2] - 1:15, 4:15

**mid** [2] - 49:25, 55:3

**mid-March** [2] - 49:25, 55:3

**might** [6] - 26:12, 33:24, 51:20, 63:15, 68:19, 93:10

**military** [1] - 66:23

**mind** [2] - 12:21,

13:14

**minimum** [1] - 30:25

**minority** [1] - 90:4

**minute** [2] - 27:21, 61:5

**minutes** [6] - 29:21, 74:10, 74:11, 76:7, 76:8, 76:10

**Misdemeanants** [1] - 72:13

**misdemeanants** [5] - 7:4, 72:15, 72:17, 72:23, 73:16

**misdemeanor** [1] - 89:22

**misdemeanors** [2] - 78:7, 78:11

**missed** [1] - 51:20

**missing** [1] - 5:19

**mistake** [1] - 82:15

**misunderstanding** [1] - 56:2

**misunderstood** [1] - 95:5

**mixed** [1] - 53:21

**mixing** [2] - 51:7, 54:3

**mold** [1] - 52:18

**moment** [2] - 6:3, 92:13

**Monday** [3] - 84:19, 87:8, 87:19

**monitor** [1] - 16:5

**monitored** [6] - 28:1, 31:24, 31:25, 32:1, 32:5, 32:6

**monitoring** [3] - 15:8, 22:20, 68:1

**moot** [1] - 72:14

**mop** [1] - 56:6

**mopping** [1] - 56:7

**mops** [1] - 56:19

**most** [14] - 10:24, 15:5, 16:8, 17:4, 20:13, 25:9, 28:8, 29:25, 34:7, 38:10, 60:20, 70:16, 78:12, 82:13

**mostly** [1] - 10:14

**motion** [7] - 7:13, 79:20, 83:25, 85:2, 85:24, 89:11, 90:5

**motions** [3] - 82:8, 91:20, 92:1

**mounted** [2] - 57:15, 57:16

**move** [15] - 3:11, 4:1, 5:21, 42:17, 45:13, 48:12, 57:6, 61:4, 61:10, 62:8, 71:20,

72:8, 82:1, 85:21, 95:22

**moved** [3] - 20:12, 20:17, 77:21

**movement** [1] - 19:9

**moving** [4] - 21:6, 77:18, 89:6, 92:22

**MR** [152] - 3:14, 3:22, 4:6, 4:12, 4:15, 4:17, 5:2, 5:7, 5:15, 6:12, 13:18, 13:20, 15:15, 15:19, 16:12, 16:16, 16:25, 17:2, 17:8, 18:3, 21:2, 21:20, 23:15, 25:9, 25:18, 25:20, 26:4, 26:9, 35:19, 36:5, 36:12, 36:16, 37:7, 37:25, 39:18, 39:20, 40:3, 40:12, 40:16, 41:4, 41:7, 41:21, 42:12, 42:16, 42:19, 43:15, 43:17, 43:24, 44:6, 44:13, 45:15, 47:1, 47:8, 47:9, 47:10, 47:11, 48:11, 48:14, 49:14, 51:2, 51:17, 52:4, 53:3, 53:8, 54:7, 54:24, 59:12, 59:20, 60:15, 61:1, 61:15, 61:22, 62:2, 62:6, 62:10, 63:13, 63:21, 64:3, 64:10, 64:17, 65:4, 65:24, 66:2, 67:17, 68:4, 68:12, 68:15, 68:18, 68:25, 69:6, 69:10, 69:14, 69:23, 69:25, 73:8, 73:18, 75:1, 75:6, 75:23, 76:20, 77:11, 78:8, 78:14, 78:20, 79:2, 79:12, 79:18, 80:5, 80:7, 80:15, 80:18, 80:21, 81:12, 81:15, 83:11, 83:18, 83:23, 84:8, 84:12, 84:14, 84:17, 85:3, 85:12, 86:2, 86:8, 86:16, 87:15, 88:1, 88:10, 88:17, 88:19, 89:9, 89:17, 90:3, 90:11, 90:15, 91:4, 91:7, 92:11, 93:8, 93:16, 93:21, 94:7, 94:10, 94:16, 94:19, 95:4, 95:8, 95:11, 95:25, 96:1, 96:2

**MS** [78] - 3:6, 3:9, 4:9, 5:4, 5:10, 7:23, 8:18, 8:24, 13:4,

13:14, 18:14, 19:13, 19:17, 20:24, 21:24, 22:4, 23:13, 25:22, 26:8, 26:16, 26:21, 33:4, 33:13, 33:15, 35:5, 35:10, 35:24, 36:9, 38:19, 38:23, 40:15, 40:17, 40:25, 44:15, 44:17, 45:9, 45:14, 46:16, 48:15, 49:1, 49:3, 49:10, 49:12, 51:18, 53:2, 54:10, 54:13, 55:17, 55:20, 57:2, 57:7, 57:15, 57:19, 57:21, 57:24, 58:4, 59:1, 59:19, 62:7, 63:18, 64:21, 65:17, 65:19, 65:21, 65:23, 66:5, 66:15, 68:11, 69:2, 69:8, 69:22, 69:24, 71:10, 71:25, 85:7, 85:9, 85:20, 85:25

**multilevel** [1] - 58:5

**multiple** [5] - 22:11, 28:7, 52:21, 59:13, 62:19

**must** [3] - 33:7, 75:9, 84:2

**mute** [3] - 6:3, 6:6, 6:10

**muted** [1] - 8:21

## N

**N95** [3] - 43:1, 45:23, 47:19

**name** [3] - 6:1, 6:9, 81:23

**natural** [1] - 70:24

**nature** [1] - 78:19, 92:22

**necessarily** [3] - 26:2, 70:9, 70:23

**necessary** [3] - 7:14, 24:8, 83:25

**need** [27] - 22:23, 25:6, 25:7, 39:6, 40:8, 44:7, 44:14, 54:1, 56:18, 58:13, 65:10, 69:19, 70:1, 71:19, 74:18, 74:24, 75:7, 77:8, 80:2, 91:22, 93:19, 94:4, 94:22, 94:23, 94:24, 94:25

**needed** [2] - 10:22, 75:12

**needs** [10] - 25:10, 25:24, 35:3, 38:16, 38:17, 64:15, 65:10,

74:23, 75:17

**negative** [3] - 14:12, 20:4, 69:4

**negatives** [1] - 20:8

**nets** [2] - 46:22, 48:18

**never** [2] - 34:14, 51:12

**new** [2] - 21:2, 21:10

**newly** [1] - 21:5

**next** [10] - 58:12, 59:16, 74:3, 74:20, 76:24, 81:8, 81:11, 87:10, 87:13

**night** [2] - 19:25, 49:4

**nine** [3] - 10:2, 33:5, 72:23

**non** [11] - 24:5, 26:22, 27:1, 27:2, 28:20, 30:8, 31:11, 55:14, 56:12

**non-contact** [1] - 24:5

**non-isolation** [2] - 27:1, 27:2

**non-quarantine** [7] - 26:22, 27:1, 27:2, 28:20, 30:8, 31:11, 55:14

**non-secured** [1] - 56:12

**nonfunctional** [1] - 52:22

**nonsecure** [1] - 55:25

**noon** [2] - 87:5, 87:21

**Northwest** [4] - 1:17, 1:22, 2:6, 2:11

**not-so-easily** [1] - 71:16

**note** [8] - 24:16, 27:13, 41:15, 63:4, 73:19, 73:20, 80:23, 93:23

**noted** [2] - 62:19, 64:18

**notes** [5] - 18:6, 35:24, 35:25, 36:2, 97:5

**nothing** [1] - 95:9

**notice** [4] - 76:22, 94:6, 94:8, 94:22

**notwithstanding** [1] - 66:22

**number** [23] - 30:21, 31:22, 37:12, 46:6, 46:13, 48:2, 48:22, 50:21, 53:6, 58:7,

58:20, 58:24, 59:6, 59:10, 66:17, 67:1, 67:10, 71:1, 74:6, 74:20, 75:10, 79:4, 85:4
**numbers** [3] - 36:19, 48:9, 69:7
**nurse** [1] - 25:3
**nurses** [1] - 45:18
**NW** [2] - 2:17, 97:14

## O

**objective** [2] - 39:2, 39:3
**observation** [2] - 48:8, 65:10
**observational** [1] - 10:14
**observations** [6] - 10:25, 11:6, 26:18, 50:3, 50:16, 63:25
**observe** [5] - 46:7, 46:12, 57:24, 59:13, 71:14
**observed** [6] - 30:8, 34:5, 47:17, 50:18, 57:25, 71:3
**obtained** [3] - 10:14, 13:23, 13:25
**obvious** [1] - 35:7
**obviously** [9] - 34:25, 41:10, 42:6, 69:17, 77:2, 82:7, 83:2, 87:11, 88:24
**occurred** [2] - 21:13, 31:21
**occurring** [1] - 35:23
**OF** [9] - 1:1, 1:10, 1:16, 1:16, 1:21, 2:5, 2:5, 2:10
**OFFICE** [1] - 2:5
**Office** [7] - 80:23, 81:5, 81:20, 85:5, 85:19, 86:21, 90:13
**officer** [8] - 15:23, 50:23, 56:5, 62:18, 64:23, 64:24, 65:8, 79:6
**officers** [9] - 11:16, 30:12, 37:3, 44:24, 45:19, 46:22, 48:17, 52:11, 53:15
**offices** [1] - 74:16
**Official** [1] - 2:16
**official** [1] - 97:12
**officials** [1] - 65:14
**often** [3] - 36:14, 38:8, 38:10

**once** [1] - 16:2
**one** [40] - 9:10, 10:10, 13:2, 13:5, 17:19, 20:13, 23:13, 29:25, 30:1, 30:14, 39:16, 40:12, 42:7, 44:20, 50:5, 50:14, 51:19, 52:13, 52:19, 53:14, 53:18, 55:2, 58:19, 59:6, 59:7, 60:12, 60:14, 61:2, 62:9, 63:13, 63:20, 64:11, 64:23, 66:24, 67:17, 68:18, 70:22, 72:25, 75:21, 81:13
**one-hour** [1] - 29:25, 30:1
**ones** [4] - 17:4, 38:10, 55:13, 61:24
**ongoing** [2] - 12:1, 12:6
**open** [5] - 9:8, 10:2, 60:14, 68:7, 68:12
**opening** [1] - 24:23
**operate** [1] - 27:22
**operating** [3] - 10:9, 27:4, 27:20
**operation** [2] - 31:3, 95:17
**operational** [1] - 62:20
**operations** [2] - 27:23, 64:22
**opportunity** [8] - 8:1, 19:19, 27:17, 29:10, 31:23, 33:25, 65:18, 84:20
**oppose** [2] - 7:15, 84:4
**opposed** [1] - 89:3
**opposition** [1] - 89:2
**oppositions** [1] - 82:12
**options** [1] - 85:16
**oral** [1] - 7:17
**order** [19] - 6:23, 7:4, 8:4, 8:11, 30:20, 30:21, 41:16, 53:25, 65:10, 69:20, 72:13, 73:1, 73:6, 83:9, 86:6, 87:1, 88:13, 88:14, 92:19
**ordered** [4] - 33:10, 33:12, 33:15, 55:2
**ordering** [1] - 82:19
**orders** [1] - 19:20
**organized** [3] - 15:19, 16:9, 40:5
**original** [1] - 20:12
**ostensibly** [1] - 59:2

**otherwise** [1] - 67:7
**out-of-cell-time** [1] - 31:9
**outside** [8] - 28:14, 37:18, 53:1, 58:22, 61:3, 67:20, 67:21, 68:2
**overtime** [1] - 30:20
**own** [3] - 50:25, 53:20, 82:25

## P

**p.m** [2] - 1:7, 84:14
**PA** [1] - 53:10
**packets** [1] - 45:2
**Pamela** [1] - 5:9
**PAMELA** [1] - 2:4
**pandemic** [1] - 23:24
**paper** [1] - 50:22
**pardon** [1] - 94:7
**parenthetically** [1] - 27:13
**parole** [10] - 7:8, 7:11, 77:1, 77:3, 77:6, 77:13, 77:21, 79:8, 80:1, 80:10
**Parole** [3] - 77:17, 79:16, 82:2
**part** [8] - 28:8, 29:25, 34:24, 63:8, 70:16, 75:7, 77:20, 82:13
**participate** [1] - 95:18
**particular** [8] - 15:8, 25:6, 53:6, 55:3, 65:5, 68:20, 70:24, 71:5
**particularly** [5] - 15:4, 31:2, 46:18, 51:22, 52:5
**parties** [5] - 8:2, 8:11, 81:18, 92:17, 92:24
**partners** [1] - 81:7
**party** [2] - 7:14, 84:1
**passed** [1] - 73:21
**past** [1] - 9:22
**path** [1] - 92:21
**pattern** [1] - 37:23
**pause** [1] - 61:7
**pending** [4] - 19:5, 20:5, 20:8, 69:5
**people** [30] - 4:25, 6:14, 7:21, 58:20, 63:20, 66:12, 68:2, 68:6, 72:4, 72:23, 74:15, 75:7, 75:20, 77:2, 77:8, 77:13, 77:20, 77:24, 78:23,

79:7, 79:24, 80:1, 80:10, 82:4, 82:9, 82:15, 85:1, 91:17, 92:4, 93:19
**per** [3] - 28:2, 30:19
**percent** [4] - 9:4, 9:6, 60:1, 60:4
**percentage** [3] - 9:2, 66:20, 91:17
**perfect** [1] - 84:15
**perfection** [1] - 72:7
**perform** [2] - 56:4, 56:13
**performed** [1] - 47:14
**performing** [1] - 45:19
**perhaps** [1] - 87:4
**period** [9] - 12:10, 12:14, 12:16, 12:25, 14:2, 21:8, 21:17, 27:12, 30:4
**PERLOFF** [2] - 1:15, 4:17
**Perloff** [1] - 4:16
**permitted** [5] - 33:17, 33:18, 67:3, 67:4, 68:5
**peroxide** [2] - 50:1, 55:3
**peroxide-based** [2] - 50:1, 55:3
**person** [3] - 5:19, 39:23, 70:8
**personal** [1] - 42:20
**personally** [1] - 24:9
**personnel** [2] - 15:12, 67:12
**perspective** [3] - 78:18, 92:9, 92:14
**phone** [26] - 3:3, 3:5, 3:8, 3:10, 3:13, 3:16, 3:18, 3:19, 3:21, 3:24, 4:5, 4:24, 5:1, 5:3, 5:6, 5:9, 5:12, 5:13, 5:17, 6:3, 6:10, 29:21, 47:2, 66:8, 72:9, 95:7
**picture** [1] - 38:14
**pinpoint** [1] - 36:1
**place** [5] - 15:17, 31:15, 34:15, 73:23, 76:6
**placed** [4] - 18:20, 19:2, 21:15, 21:18
**plainly** [1] - 34:20
**Plaintiff** [3] - 70:5, 87:20, 92:5
**Plaintiffs** [1] - 1:4, 4:1, 7:14, 72:16, 73:4, 84:4, 86:19, 88:8,

89:20
**PLAINTIFFS** [1] - 1:14
**Plaintiffs'** [4] - 18:8, 35:14, 89:2, 92:14
**planned** [1] - 71:8
**planning** [2] - 71:8, 71:10
**pleas** [1] - 76:9
**PLRA** [2] - 89:18, 89:25
**point** [19] - 5:19, 7:22, 14:7, 16:13, 17:14, 29:23, 35:12, 58:19, 71:18, 72:22, 74:2, 77:8, 83:9, 88:22, 90:16, 91:2, 91:3, 91:21, 93:13
**pointed** [1] - 39:4
**pointing** [2] - 34:25, 93:11
**points** [1] - 34:23
**policy** [7] - 27:19, 30:6, 32:24, 59:9, 59:15, 68:6, 68:13
**poor** [1] - 28:10
**population** [7] - 8:24, 9:24, 11:3, 11:21, 27:3, 82:5, 89:19
**portion** [1] - 52:19
**portions** [1] - 65:9
**position** [10] - 84:6, 84:7, 84:9, 84:24, 85:19, 86:10, 86:18, 86:19, 86:24, 93:17
**positions** [1] - 66:18
**positive** [21] - 9:10, 9:17, 10:4, 14:12, 15:5, 16:22, 17:5, 19:1, 19:23, 20:1, 20:3, 20:14, 26:11, 27:8, 27:9, 49:5, 67:8, 68:22, 69:4, 79:6
**positives** [3] - 19:24, 20:8, 20:10
**possible** [4] - 24:14, 84:25, 86:17, 92:7
**posts** [4] - 11:16, 11:18, 53:15
**PPE** [16] - 12:19, 23:2, 23:8, 42:23, 45:16, 45:18, 45:20, 45:22, 46:10, 46:13, 47:12, 47:14, 47:15, 47:19, 48:6, 48:9
**practice** [6] - 18:17, 21:5, 21:10, 21:14, 27:16, 29:10
**practices** [1] - 20:16

**precautions** [5] - 22:7, 22:9, 22:15, 23:6, 23:7
**precision** [1] - 54:2
**preliminarily** [4] - 7:25, 14:16, 20:20, 39:5
**preliminary** [1] - 8:5
**presence** [1] - 40:1
**present** [3] - 15:23, 18:1, 52:9
**presentation** [2] - 8:3, 9:3
**presented** [3] - 17:12, 17:13, 82:12
**presenting** [3] - 15:1, 16:13, 16:14
**previously** [2] - 50:23, 62:19
**principal** [2] - 4:2, 7:16
**Prison** [1] - 89:12
**prison** [1] - 91:13
**prisoner** [4] - 46:17, 48:25, 49:2, 49:3
**problem** [10] - 6:6, 8:22, 45:5, 45:10, 56:10, 71:11, 81:14, 87:14, 88:15, 95:23
**problems** [1] - 83:8
**procedure** [1] - 94:2
**procedures** [1] - 60:17
**proceed** [1] - 6:15
**proceeding** [1] - 88:13
**proceedings** [2] - 61:7, 97:6
**Proceedings** [1] - 96:3
**process** [22] - 10:21, 14:23, 15:3, 15:20, 16:4, 16:15, 16:20, 17:11, 17:16, 39:20, 39:21, 40:4, 40:5, 40:10, 51:4, 64:14, 69:17, 77:17, 77:21, 90:14, 91:25, 95:14
**produced** [2] - 38:3, 97:6
**products** [5] - 42:21, 43:4, 49:21, 49:24, 56:17
**professional** [2] - 55:20, 55:24
**program** [1] - 53:17
**programs** [1] - 14:24
**prohibited** [3] - 32:22, 32:23, 32:24
**prompted** [1] - 39:16

**properly** [1] - 81:4
**proportion** [2] - 64:5, 64:8
**proposal** [1] - 92:4
**propose** [1] - 94:5
**prosecute** [1] - 90:12
**prosecutors** [1] - 90:13
**protection** [8] - 42:20, 43:2, 45:23, 46:2, 46:8, 47:20, 47:23, 48:4
**protective** [1] - 49:11
**proud** [1] - 95:17
**provide** [10] - 8:1, 9:2, 9:21, 29:2, 31:12, 31:14, 42:23, 64:25, 80:9, 93:22
**provided** [9] - 12:2, 14:4, 28:22, 35:16, 38:9, 45:2, 45:3, 57:9, 94:1
**provider** [5] - 11:11, 17:14, 18:19, 19:7, 28:23
**providers** [2] - 32:13, 36:23
**providing** [4] - 10:21, 29:7, 29:8, 30:25
**PUBLIC** [1] - 1:21
**Public** [5] - 77:16, 78:17, 79:13, 81:3, 85:10
**pulled** [1] - 49:3
**pulling** [1] - 39:10
**punitive** [1] - 34:13
**purchased** [2] - 28:9, 44:18
**purpose** [2] - 7:16, 43:20
**purposes** [1] - 26:24
**pursuant** [2] - 30:6, 91:19
**put** [16] - 6:3, 6:6, 6:9, 19:2, 19:7, 21:22, 36:7, 37:22, 39:21, 53:23, 56:21, 70:23, 74:18, 75:2, 86:5, 93:18
**putting** [4] - 35:8, 69:16, 82:23, 83:9

**Q**

**quality** [2] - 52:12, 56:18
**quantities** [2] - 28:24, 50:14

**quantity** [4] - 42:20, 44:1, 49:15, 53:21
**quarantine** [55] - 9:9, 10:3, 10:8, 10:9, 11:5, 15:8, 16:5, 16:21, 21:20, 22:17, 26:21, 26:22, 26:25, 27:1, 27:2, 27:5, 27:12, 27:14, 27:19, 27:22, 28:1, 28:5, 28:7, 28:11, 28:13, 28:15, 28:20, 29:14, 29:16, 29:19, 30:7, 30:8, 31:8, 31:11, 31:17, 42:5, 46:4, 46:6, 46:7, 47:21, 47:25, 48:3, 55:14, 61:20, 61:22, 62:4, 67:10, 82:15, 83:15, 83:17
**quarantined** [15] - 11:21, 15:9, 16:2, 16:3, 16:19, 17:21, 17:22, 17:23, 21:3, 27:10, 45:25, 66:12, 66:13, 67:2
**quarantining** [1] - 21:5
**quarter** [1] - 72:10
**quarters** [1] - 16:22
**questionable** [2] - 26:7, 26:12
**questionnaire** [1] - 23:22
**Questions** [1] - 13:20
**questions** [30] - 8:3, 8:6, 12:22, 13:8, 13:13, 13:16, 14:15, 15:15, 18:7, 18:11, 20:22, 23:20, 23:25, 24:1, 24:3, 34:22, 35:13, 35:15, 39:16, 41:10, 63:24, 64:2, 67:16, 69:13, 69:14, 81:4, 81:6, 83:20
**quick** [1] - 26:1
**quickly** [8] - 37:21, 77:5, 81:13, 82:3, 87:2, 87:12, 89:1, 92:7
**QUINCY** [1] - 1:6
**Quincy** [1] - 95:13
**quite** [2] - 72:7, 74:14
**quote** [3] - 15:13, 24:18, 39:2
**quote-unquote** [2] - 24:18, 39:2

**R**

**Racine** [4] - 80:16, 80:18, 88:20, 95:2
**racine** [1] - 83:6
**RACINE** [13] - 2:2, 80:15, 80:18, 80:21, 81:12, 81:15, 83:11, 83:18, 83:23, 88:17, 95:4, 95:8, 95:11
**rags** [5] - 49:16, 50:17, 50:18, 51:21, 56:19
**railings** [1] - 54:20
**raises** [1] - 87:22
**rapid** [1] - 92:22
**rather** [1] - 84:20
**RDR** [3] - 2:15, 97:3, 97:12
**Re** [1] - 72:12
**reached** [1] - 75:14
**read** [1] - 84:3
**readily** [1] - 37:10
**reading** [1] - 24:15
**readings** [7] - 24:11, 24:13, 24:20, 24:22, 25:12, 26:6, 26:11
**ready** [1] - 86:21
**really** [9] - 51:22, 51:23, 56:11, 67:13, 72:7, 73:23, 81:13, 90:19, 95:11
**realtime** [1] - 72:6
**reason** [8] - 13:3, 13:4, 19:9, 30:14, 33:19, 60:10, 66:6, 81:15
**reasons** [2] - 66:22, 78:4
**receive** [5] - 24:17, 31:4, 37:1, 55:9, 55:10
**received** [13] - 12:9, 12:12, 12:15, 12:18, 14:9, 19:10, 20:4, 22:13, 28:25, 36:16, 46:23, 48:21, 69:20
**receiving** [1] - 34:9
**recent** [1] - 29:23
**recently** [5] - 30:18, 31:19, 36:22, 53:20, 83:13
**recommend** [2] - 25:5, 28:21
**recommendations** [4] - 38:20, 71:2, 71:5, 90:17
**recommended** [2] - 45:20, 47:15

**recommending** [1] - 35:3
**reconcile** [1] - 39:13
**record** [5] - 6:4, 7:24, 37:8, 38:8, 72:1
**recorded** [2] - 21:5, 38:11
**records** [22] - 11:24, 12:1, 12:3, 12:4, 12:8, 14:10, 20:7, 20:10, 20:11, 26:5, 37:1, 37:2, 37:5, 37:7, 37:9, 38:7, 39:8, 39:9, 39:12, 43:10, 43:11, 62:25
**recreation** [1] - 58:21
**reduce** [1] - 59:10
**refilled** [1] - 64:15
**refilling** [2] - 64:14, 64:16
**refine** [1] - 78:21
**Reform** [1] - 89:12
**refrain** [1] - 39:1
**regarding** [8] - 12:19, 13:23, 14:1, 36:20, 47:11, 49:18, 50:12, 60:18
**regardless** [1] - 32:4
**registered** [2] - 24:11, 25:4
**regular** [2] - 18:24, 49:20
**regularly** [1] - 91:13
**related** [5] - 9:17, 9:18, 12:16, 13:16, 26:10
**relatedly** [1] - 77:23
**relating** [3] - 7:4, 37:23, 86:6
**relation** [1] - 66:9
**relative** [3] - 31:8, 32:9, 37:12
**release** [9] - 72:25, 73:2, 74:1, 77:20, 77:24, 83:3, 90:14, 90:18, 90:24
**released** [12] - 21:12, 27:11, 32:19, 72:17, 73:13, 77:9, 78:24, 78:25, 82:4, 82:9, 82:16, 82:20
**releases** [1] - 82:13
**relevant** [2] - 31:4, 91:15
**reliable** [1] - 24:17
**relied** [3] - 9:21, 10:13, 19:21
**relies** [1] - 14:21
**relying** [1] - 70:15

Case 1:19-cr-00039-FPX   Document 93-1   Filed 04/16/20   Page 109 of 112
Case 8:19-cr-00039-FPX   Document 93-1   Filed 04/16/20   Page 109 of 112

109

remaining [1] - 24:12
remedied [1] - 71:16
remedy [1] - 25:10
remedying [1] -
56:10
remote [1] - 12:2
remotely [1] - 31:17
rendered [1] - 66:24
renew [1] - 81:8
repeat [1] - 47:9
replace [1] - 29:5
replacements [1] -
42:24
reply [3] - 84:16,
89:2, 93:17
report [15] - 7:17,
12:5, 12:6, 12:7,
22:10, 29:4, 29:6,
37:10, 38:21, 39:11,
41:13, 45:11, 45:12,
51:2, 91:24
reported [12] - 18:17,
18:18, 19:1, 27:14,
28:8, 30:2, 32:19,
32:21, 34:15, 44:18,
50:8, 50:16
REPORTED [1] -
2:15
reportedly [1] - 9:17
reporter [4] - 5:22,
72:2, 72:6, 81:24
Reporter [2] - 2:16,
97:12
REPORTER [2] -
5:23, 81:21
reporting [3] - 26:23,
34:12, 34:21
reports [1] - 34:9
representative [2] -
14:5, 60:7
representatives [2] -
42:22, 66:11
represented [1] -
81:2
request [8] - 36:25,
38:4, 39:21, 39:23,
70:2, 79:16, 81:8,
90:16
requested [10] -
10:18, 12:9, 12:12,
12:15, 12:18, 31:4,
36:24, 50:22, 67:11,
73:1
requests [11] -
12:16, 14:1, 14:8,
14:18, 36:21, 38:1,
38:15, 39:8, 39:25,
41:18, 76:15
required [7] - 23:18,
28:5, 28:13, 28:17,

30:5, 56:3, 56:6
requiring [1] - 29:11
requisite [1] - 48:18
resident [2] - 19:16,
64:19
residents [16] -
18:15, 21:3, 22:6,
26:3, 36:14, 39:21,
39:25, 43:25, 45:16,
47:12, 49:14, 50:16,
59:22, 62:10, 67:21,
67:22
resolving [1] - 39:3
resorting [1] - 51:23
respect [12] - 8:5,
8:9, 8:12, 8:14, 22:4,
22:6, 22:20, 24:4,
29:14, 30:15, 32:8,
43:4
respectfully [1] -
89:10
respects [1] - 27:25
respond [6] - 24:18,
38:15, 41:12, 86:19,
86:23, 88:20
responded [1] - 8:20
response [6] - 23:23,
42:10, 44:8, 55:10,
86:15, 87:22
responsibility [2] -
51:6, 52:10
responsible [2] -
13:8, 53:16
responsive [3] -
10:20, 76:12, 76:15
rest [4] - 17:20,
71:23, 73:14, 83:4
restricted [1] - 19:8,
29:20, 32:10
restriction [4] -
18:20, 19:2, 19:20,
21:23
restrictions [4] -
19:4, 19:7, 19:14,
29:18
restrooms [1] - 11:2
result [3] - 20:14,
24:17, 30:24
resulted [1] - 9:19
results [6] - 14:12,
19:5, 19:10, 19:11,
20:5, 69:5
review [10] - 19:20,
20:19, 26:5, 26:9,
26:10, 34:24, 38:20,
62:24, 73:15, 91:22
reviewed [6] - 20:2,
20:6, 20:9, 43:9,
43:10, 62:25
reviewing [4] - 12:3,

12:5, 14:10, 77:7
ripped [1] - 28:18
ripping [1] - 51:24
risk [3] - 16:6, 28:23,
93:5
roll [4] - 22:12,
22:13, 29:2, 29:12
Room [2] - 2:18,
97:14
room [4] - 31:20,
57:16, 58:5, 58:23
rooms [5] - 11:2,
32:2, 32:3, 58:4, 58:6
rough [2] - 53:23,
64:4
routinely [1] - 50:18
rule [4] - 29:24,
29:25, 30:1, 87:17
run [1] - 95:16
running [1] - 44:7

## S

safety [1] - 53:17
Saindon [31] - 3:18,
3:24, 3:25, 4:24, 5:16,
5:18, 41:5, 42:11,
47:1, 66:2, 68:16,
69:9, 71:19, 74:5,
74:24, 75:5, 78:13,
78:14, 79:15, 80:22,
81:17, 83:6, 85:25,
87:16, 88:1, 88:19,
89:9, 93:7, 93:8,
93:15
SAINDON [33] - 2:3,
5:15, 41:7, 41:21,
42:12, 47:1, 47:8,
47:10, 48:11, 48:14,
66:2, 68:18, 69:6,
69:10, 75:1, 75:6,
78:14, 79:18, 80:5,
80:7, 84:17, 85:3,
86:2, 87:15, 88:1,
88:19, 89:9, 89:17,
90:3, 90:11, 93:8,
93:16, 96:1
sample [5] - 14:5,
14:11, 20:6, 20:9,
38:6
samples [1] - 12:4
sanitized [1] - 51:21
sanitizer [4] - 57:7,
57:8, 57:10, 57:17
sanitizing [5] - 43:6,
49:21, 49:24, 50:13,
55:1
satisfied [1] - 74:2
saw [2] - 40:17, 48:9

schedule [6] - 49:19,
84:5, 86:17, 88:3,
88:16, 92:3
scheduled [2] -
31:20, 81:12
scope [3] - 46:2,
47:23, 56:3
SCOTT [1] - 1:15
Scott [1] - 4:14
screening [6] -
23:16, 24:3, 25:16,
26:1, 45:19, 47:15
Second [1] - 1:17
second [2] - 3:9,
19:12, 25:1, 28:5,
61:2, 65:13, 81:13
seconds [1] - 25:2
section [1] - 62:4
secured [1] - 56:12
security [4] - 11:3,
11:4, 32:16, 45:4
see [24] - 17:21,
25:20, 26:5, 36:24,
37:21, 39:6, 42:10,
48:3, 50:2, 65:8, 72:9,
79:21, 82:21, 84:23,
86:7, 86:13, 87:24,
88:6, 89:11, 90:5,
90:19, 91:19, 92:1,
92:2
seem [1] - 89:5
select [1] - 60:11
selecting [1] - 93:1
self [2] - 14:22, 67:2
self-identifying [1] -
14:22
self-quarantined [1]
- 67:2
send [1] - 76:4
sense [2] - 37:14,
37:16
sent [2] - 75:10, 86:2
sentenced [1] -
72:13
sentencings [1] -
76:9
separated [1] - 41:24
series [3] - 8:3,
72:19, 75:13
serves [1] - 10:12
Service [2] - 77:16,
79:13, 81:3
SERVICE [1] - 1:21
service [2] - 46:18,
66:23
services [5] - 9:21,
11:12, 34:4, 37:1,
56:3
serving [1] - 9:15
sessions [3] - 22:11,

22:14, 35:23
set [23] - 6:23, 7:15,
8:4, 37:25, 38:9,
38:12, 74:7, 74:13,
74:14, 74:15, 74:20,
75:17, 76:2, 76:5,
76:23, 84:5, 86:7,
86:10, 88:3, 91:23,
91:25, 93:4
sets [1] - 10:17
setting [2] - 8:9, 92:3
settings [1] - 25:16
seven [2] - 10:8
several [9] - 9:22,
32:11, 32:18, 37:23,
70:4, 72:19
share [1] - 59:22,
61:20, 61:23, 61:25,
62:15, 63:8
shared [7] - 10:7,
52:17, 52:20, 60:11,
60:12, 60:13, 85:1
sharing [2] - 60:21,
62:3
shift [1] - 11:15
shifts [4] - 10:24,
30:19, 53:17
shipment [1] - 29:1
shirts [2] - 50:19,
51:24
short [1] - 12:25
shortage [4] - 30:16,
31:1, 45:11, 51:25
shortages [4] -
39:24, 64:18, 65:15,
66:10
shortened [1] -
72:21
shortly [1] - 7:12
show [3] - 43:11,
44:20, 60:13
showed [2] - 21:9,
38:3
shower [3] - 11:2,
63:5, 63:14
showers [16] - 9:13,
10:6, 10:10, 29:22,
32:20, 32:23, 32:24,
33:3, 33:6, 34:17,
52:5, 52:9, 52:17,
52:18, 52:21, 67:20
showing [1] - 66:13
shows [2] - 63:2,
79:23
sick [30] - 12:16,
14:1, 14:8, 14:18,
14:23, 15:19, 16:9,
16:15, 36:14, 36:16,
36:20, 36:23, 36:24,
36:25, 37:17, 37:20,

Case 1:19-cr-00039-FPX   Document 93-1   Filed 04/16/20   Page 110 of 112
Case 8:19-cr-00039-FPX   Document 93-1   Filed 04/16/20   Page 110 of 112
110

37:22, 38:1, 38:15, 38:25, 39:8, 41:15, 41:19, 41:20, 41:22, 70:6, 70:9, 70:10
**side** [6] - 3:17, 10:12, 55:25, 56:12
**sides** [1] - 66:3
**sight** [1] - 65:7
**signage** [1] - 22:8
**significant** [1] - 66:20
**signs** [3] - 34:2, 35:21
**silent** [1] - 8:16
**similar** [3] - 26:12, 46:5, 48:1
**simply** [4] - 16:12, 17:2, 25:7, 82:17
**single** [4] - 9:1, 9:6, 63:6, 63:22
**sink** [2] - 62:17, 63:10
**sinks** [13] - 9:13, 10:6, 10:10, 33:8, 52:20, 52:22, 62:11, 62:13, 62:15, 62:20, 63:9, 63:13, 67:19
**site** [18] - 9:7, 10:1, 10:9, 10:14, 10:15, 10:16, 10:23, 10:24, 19:3, 28:6, 28:19, 29:25, 30:7, 33:20, 46:20, 48:9, 48:16, 59:8
**situation** [2] - 32:6, 92:16
**six** [5] - 19:25, 21:14, 24:12, 58:8, 58:14
**six-foot** [1] - 58:8
**Sixth** [1] - 2:6
**size** [1] - 60:6
**slowly** [2] - 77:18, 77:22
**small** [1] - 45:2
**smaller** [2] - 46:6, 48:2
**soap** [18] - 44:17, 44:18, 44:20, 44:22, 44:23, 45:1, 45:2, 45:3, 45:6, 62:11, 62:23, 62:24, 62:25, 63:2, 63:5, 63:6
**social** [8] - 30:6, 30:10, 30:12, 40:13, 40:20, 57:21, 58:1, 61:8
**soiled** [3] - 28:18, 34:8, 50:20
**solely** [1] - 91:17
**solution** [5] - 43:6,

53:20, 55:8, 64:6, 64:15
**solutions** [1] - 64:12
**someone** [5] - 8:21, 17:19, 27:7, 92:20, 92:24
**something's** [1] - 76:19
**sometimes** [2] - 22:19, 59:14
**soon** [3] - 16:3, 75:4, 80:14
**sorry** [18] - 17:1, 33:12, 37:15, 37:17, 41:21, 43:16, 47:2, 59:20, 61:8, 65:17, 67:15, 67:22, 69:24, 75:6, 80:6, 87:15, 88:18, 95:22
**sort** [17] - 8:20, 15:17, 18:10, 21:23, 51:10, 54:2, 55:15, 60:10, 61:18, 70:7, 70:11, 71:4, 82:15, 83:15, 86:5, 87:9, 93:5
**sound** [3] - 6:7, 12:24, 63:16
**sounded** [1] - 68:22
**sounds** [6] - 15:16, 17:18, 52:25, 54:8, 70:7, 88:12
**South-1** [1] - 45:1
**South-2** [1] - 21:12
**space** [2] - 58:1, 58:3
**spaces** [7] - 52:5, 52:7, 52:24, 53:1, 53:4, 56:16, 57:5
**speakers** [2] - 3:15, 4:2
**speaking** [4] - 66:7, 81:21, 85:8, 91:6
**speaks** [2] - 70:11, 79:20
**special** [2] - 32:15, 44:25
**specialized** [2] - 21:15, 27:3
**specific** [8] - 28:23, 29:3, 35:13, 36:5, 37:2, 38:7, 67:3, 71:2
**specifically** [2] - 42:8, 47:14
**speed** [1] - 73:24
**spell** [1] - 81:23
**Spitzer** [1] - 4:11
**SPITZER** [2] - 1:14, 4:12
**split** [2] - 60:25, 61:13

**spot** [1] - 61:11
**spread** [1] - 13:11
**square** [2] - 60:8, 60:9
**squarely** [2] - 89:24, 91:8
**stable** [1] - 24:17
**staff** [99] - 9:18, 13:9, 15:2, 15:6, 16:4, 16:17, 18:18, 21:4, 22:5, 22:6, 22:10, 22:12, 22:18, 22:23, 23:1, 23:10, 23:17, 27:10, 28:1, 28:5, 28:7, 28:11, 28:20, 28:25, 29:2, 29:12, 29:13, 30:1, 30:15, 30:16, 30:20, 30:21, 31:13, 31:16, 34:1, 35:22, 36:21, 38:14, 39:22, 40:1, 40:5, 40:9, 40:12, 40:22, 40:23, 41:1, 41:2, 45:15, 45:17, 45:19, 45:21, 45:25, 46:4, 46:6, 46:7, 46:11, 46:13, 46:17, 46:21, 47:11, 47:12, 47:14, 47:17, 47:21, 47:25, 48:3, 48:7, 48:9, 48:17, 48:22, 49:7, 49:8, 50:4, 53:14, 56:25, 57:2, 57:3, 57:9, 57:11, 57:15, 57:16, 58:15, 65:6, 65:11, 66:10, 66:12, 67:1, 67:2, 67:6, 67:10, 68:1, 70:7, 70:10
**staff-intensive** [1] - 65:6
**staffing** [9] - 13:6, 31:1, 39:24, 40:6, 48:18, 64:17, 65:15, 66:18, 67:14
**start** [5] - 6:22, 8:20, 41:11, 47:4, 58:6
**started** [3] - 35:23, 48:12, 53:20
**starting** [1] - 21:9
**state** [3] - 29:11, 46:1, 47:22
**statements** [1] - 35:14
**STATES** [2] - 1:1, 1:11
**States** [13] - 2:16, 7:14, 83:25, 84:6, 84:23, 85:22, 86:18, 86:20, 86:25, 87:5,

87:19, 91:17, 97:13
**States'** [1] - 86:23
**status** [5] - 11:21, 15:8, 16:21, 31:17, 67:10
**stay** [1] - 71:22
**stays** [1] - 34:7
**steaming** [1] - 32:25
**stenographic** [1] - 97:5
**steps** [1] - 73:22
**STEVEN** [1] - 1:19
**Steven** [7] - 3:12, 35:19, 65:24, 77:11, 88:10, 90:15, 91:7
**still** [11] - 7:9, 65:20, 67:25, 69:17, 73:24, 74:7, 76:8, 82:7, 89:23, 91:25, 94:13
**stockpile** [3] - 42:21, 43:10, 43:19
**storage** [2] - 13:6, 49:21
**street** [1] - 37:19
**Street** [3] - 1:17, 2:6, 2:11
**strictly** [1] - 56:25
**structural** [1] - 65:5
**structured** [4] - 10:15, 11:8, 11:9, 11:13
**stuff** [1] - 83:13
**submission** [1] - 43:8
**submit** [3] - 14:18, 36:25, 38:21
**submitted** [1] - 36:21
**subsequent** [2] - 10:16, 16:18
**substantial** [5] - 14:16, 22:23, 24:24, 30:23, 34:9
**substituting** [1] - 49:7
**sufficient** [12] - 28:24, 42:23, 43:20, 43:23, 44:1, 45:18, 45:22, 47:13, 47:18, 49:15, 64:6, 64:8
**sufficiently** [1] - 52:6
**suggest** [1] - 82:13
**suggested** [1] - 82:11
**suggesting** [1] - 71:3
**suggestion** [1] - 86:12
**suggests** [1] - 14:20
**suit** [1] - 73:23
**summary** [2] - 36:8, 69:17, 69:21

**Superior** [3] - 7:5, 72:12, 90:10
**supervise** [1] - 64:25
**supervised** [1] - 52:11
**supervising** [4] - 41:2
**supervision** [4] - 30:25, 54:22, 64:19, 64:25
**supervisors** [2] - 30:16, 41:2
**supplies** [10] - 12:19, 43:12, 43:25, 44:23, 49:15, 49:18, 50:4, 50:6, 50:8, 52:1
**supply** [6] - 33:8, 42:23, 46:2, 47:23, 62:24, 64:13
**supposed** [6] - 53:5, 53:8, 54:18, 68:4, 68:7, 68:8
**surface** [1] - 43:5
**surfaces** [3] - 50:13, 54:17, 54:20
**surgical** [3] - 43:1, 46:5, 48:1
**surmised** [1] - 26:12
**surprised** [2] - 54:2, 86:25
**surrounded** [1] - 58:11
**surrounding** [1] - 23:24
**surveillance** [6] - 16:4, 16:19, 17:10, 17:18, 22:19, 22:20
**surveilling** [1] - 16:20
**survey** [2] - 23:19, 23:22
**suspected** [9] - 13:21, 14:6, 14:21, 15:6, 18:15, 19:6, 27:6, 41:19, 80:1
**suspects** [1] - 18:19
**symptom** [1] - 14:9
**symptomatic** [3] - 14:13, 15:6, 24:2
**symptoms** [20] - 13:21, 15:1, 16:13, 17:12, 17:13, 17:15, 17:19, 17:22, 22:6, 22:8, 22:14, 23:3, 23:5, 23:20, 26:23, 34:12, 34:15, 34:21, 41:19, 70:16
**system** [8] - 15:16, 16:9, 74:13, 75:17, 76:3, 76:5, 76:13,

76:16
**systematic** [3] - 19:20, 20:20, 70:14

## T

**T-shirts** [2] - 50:19, 51:24
**tables** [1] - 79:22
**technical** [1] - 79:5
**telephone** [4] - 4:19, 10:17, 33:18, 33:23
**TELEPHONE** [1] - 1:10
**telephones** [3] - 31:20, 32:1, 32:2
**TELEPHONICALLY** [1] - 2:8
**Telephonically** [2] - 1:15, 2:3
**telephonically** [1] - 2:16
**teleworking** [1] - 95:23
**temperature** [15] - 17:25, 24:9, 24:11, 24:14, 24:19, 24:20, 24:22, 25:3, 25:4, 25:11, 25:21, 26:2, 26:6, 28:1, 34:2
**temperature-taking** [1] - 17:25
**temperatures** [3] - 15:9, 23:18, 26:10
**ten** [7] - 58:11, 59:14, 63:15, 74:11, 76:7, 76:10, 87:1
**term** [1] - 66:22
**terms** [26] - 3:12, 10:13, 10:21, 10:23, 11:8, 13:11, 17:18, 34:11, 37:20, 42:1, 51:13, 53:4, 56:22, 57:21, 60:6, 60:11, 61:18, 72:5, 72:20, 76:1, 78:19, 80:4, 87:13, 87:14, 87:23
**terrible** [1] - 74:8
**test** [12] - 9:10, 10:4, 14:12, 14:20, 17:4, 19:10, 19:11, 20:14, 67:7, 67:8, 68:25, 79:6
**tested** [11] - 14:11, 14:13, 14:17, 18:19, 19:1, 19:23, 20:1, 26:11, 27:8, 49:5, 69:3
**testified** [1] - 13:24

**testing** [5] - 9:18, 17:24, 19:5, 20:17, 82:18
**tests** [3] - 27:9, 68:22, 68:23
**that'll** [1] - 84:22
**THE** [195] - 1:1, 1:11, 1:14, 1:16, 1:21, 2:2, 2:5, 3:1, 3:7, 3:10, 3:15, 3:23, 4:7, 4:10, 4:13, 4:16, 4:18, 5:3, 5:5, 5:8, 5:11, 5:18, 5:23, 5:24, 5:25, 6:1, 6:13, 8:17, 8:19, 12:24, 13:10, 13:17, 13:19, 15:14, 15:16, 16:11, 16:14, 16:24, 17:1, 17:6, 17:17, 18:4, 19:12, 19:14, 20:23, 21:1, 21:18, 22:3, 23:12, 25:5, 25:13, 25:19, 25:23, 26:14, 26:20, 33:2, 33:12, 33:14, 34:24, 35:7, 35:11, 36:7, 36:10, 37:5, 37:13, 38:16, 38:22, 39:14, 39:19, 40:22, 41:3, 41:5, 41:18, 41:23, 42:14, 42:17, 43:14, 43:16, 43:21, 44:4, 44:11, 44:14, 44:16, 45:7, 45:13, 46:15, 47:7, 48:12, 48:24, 49:2, 49:8, 49:11, 49:13, 51:1, 51:13, 52:3, 52:23, 53:4, 54:4, 54:8, 54:12, 55:12, 55:19, 56:22, 57:6, 57:13, 57:17, 57:20, 57:23, 58:3, 58:19, 59:16, 60:10, 60:24, 61:2, 61:8, 61:16, 61:24, 62:3, 62:8, 63:8, 63:19, 63:23, 65:12, 65:18, 65:20, 65:22, 66:4, 66:7, 67:15, 68:14, 68:16, 69:9, 69:12, 69:15, 70:3, 71:12, 72:3, 73:10, 74:3, 75:5, 75:7, 75:25, 76:22, 78:2, 78:10, 78:17, 78:21, 79:9, 79:15, 80:4, 80:6, 80:17, 80:20, 81:11, 81:14, 81:21, 81:23, 82:1, 83:12, 83:21, 83:24, 84:10, 84:13, 84:15, 84:20, 85:6, 85:8, 85:11, 85:17,

85:23, 86:4, 86:9, 86:25, 87:17, 88:4, 88:18, 89:3, 89:15, 90:2, 90:8, 90:20, 91:5, 91:20, 93:3, 93:10, 93:18, 93:25, 94:8, 94:12, 94:17, 94:22, 95:6, 95:9, 95:21
**themselves** [9] - 15:2, 15:23, 18:1, 19:15, 19:17, 19:18, 28:9, 61:19
**therefore** [1] - 14:14
**thermometer** [5] - 23:16, 24:4, 24:5, 25:7, 25:15
**thermometers** [1] - 24:17
**they've** [15] - 16:6, 16:18, 22:10, 22:13, 35:16, 58:24, 67:9, 73:11, 73:13, 74:19, 75:12, 75:14, 76:12, 82:12, 89:22
**thinking** [1] - 13:10
**thorough** [1] - 12:25
**thousands** [1] - 14:9
**three** [14] - 10:2, 23:19, 24:2, 24:10, 26:25, 30:18, 33:22, 48:8, 49:23, 55:16, 61:18, 63:11, 66:16
**three-question** [1] - 23:19
**threshold** [1] - 8:8
**throughout** [6] - 10:20, 11:17, 22:8, 25:24, 34:6, 46:13
**tidy** [1] - 52:15
**tile** [1] - 52:17
**today** [6] - 8:2, 69:7, 75:3, 77:12, 79:21, 92:14
**today's** [2] - 69:23, 95:20
**together** [4] - 17:4, 18:11, 58:18, 69:16
**toilet** [1] - 63:10
**toilets** [12] - 9:13, 52:20, 52:22, 62:11, 62:13, 62:16, 62:17, 62:20, 63:9, 63:13, 67:20
**tomorrow** [3] - 31:5, 67:12, 86:22
**TONI** [1] - 2:2
**Toni** [2] - 5:3, 85:9
**took** [3] - 37:25, 60:7, 73:25

**top** [3] - 61:9, 75:2, 77:5
**totally** [1] - 95:14
**touch** [6] - 74:9, 74:11, 75:15, 75:19, 92:2, 95:24
**touched** [2] - 54:17, 54:20
**towels** [3] - 33:8, 50:19, 50:22
**training** [8] - 25:24, 26:13, 54:14, 54:22, 55:10, 56:17, 64:19, 66:23
**transcript** [4] - 6:5, 41:11, 97:5, 97:6
**TRANSCRIPT** [1] - 1:10
**trash** [1] - 52:16
**travel** [1] - 24:1
**treatment** [1] - 71:4
**tried** [2] - 38:2, 92:19
**TRO** [9] - 87:24, 88:13, 88:14, 88:21, 88:22, 88:25, 89:3, 89:6, 90:23, 92:1
**trouble** [1] - 66:1
**true** [5] - 55:13, 67:25, 68:24, 97:4, 97:5
**try** [11] - 4:25, 37:12, 74:19, 79:18, 80:5, 80:8, 80:12, 86:6, 88:4, 92:7, 94:14
**trying** [8] - 54:16, 74:6, 74:9, 76:1, 76:8, 78:23, 87:17, 93:12
**Tuesday** [2] - 87:21, 87:22
**turn** [2] - 12:21, 87:2
**twelve** [1] - 58:11
**twice** [3] - 22:19, 28:2, 34:1
**two** [16] - 7:10, 9:8, 20:13, 24:10, 24:21, 30:19, 42:6, 53:8, 53:10, 54:4, 63:2, 63:13, 89:5, 89:18
**type** [5] - 15:22, 34:17, 36:17, 43:5, 50:1
**types** [7] - 26:25, 27:3, 28:3, 49:23, 54:24, 55:16, 61:19
**typically** [2] - 30:9, 59:4

## U

**ultimately** [1] - 32:22
**unable** [1] - 48:20
**unannounced** [1] - 10:23
**unavailable** [3] - 30:22, 66:21, 66:25
**unaware** [2] - 13:4, 30:1
**under** [3] - 63:7, 79:25, 80:11
**undercut** [1] - 67:14
**underscore** [1] - 10:19
**understaffing** [1] - 30:15
**understood** [2] - 56:5, 75:1
**unescorted** [2] - 10:24, 40:19
**unfortunately** [2] - 43:3, 75:9
**UNIDENTIFIED** [2] - 81:19, 81:25
**uniformly** [1] - 46:21
**UNION** [1] - 1:16
**unit** [44] - 9:4, 9:11, 9:14, 9:15, 13:3, 13:5, 16:3, 17:20, 18:20, 18:24, 18:25, 20:12, 20:13, 20:18, 21:6, 21:11, 21:20, 27:9, 27:10, 27:11, 27:21, 30:7, 30:8, 30:9, 31:8, 32:15, 32:16, 32:17, 34:1, 44:9, 44:25, 48:16, 48:18, 50:5, 51:6, 52:13, 59:2, 60:16, 64:11, 68:9
**united** [1] - 2:16
**United** [13] - 7:13, 83:25, 84:6, 84:23, 85:21, 86:18, 86:20, 86:23, 86:25, 87:5, 87:19, 91:17, 97:13
**UNITED** [2] - 1:1, 1:11
**units** [108] - 9:1, 9:8, 9:9, 9:25, 10:2, 10:3, 10:6, 10:9, 11:1, 11:4, 11:5, 11:6, 11:17, 13:8, 16:2, 16:5, 17:6, 19:4, 21:16, 22:11, 22:17, 22:18, 22:21, 26:25, 27:4, 27:5, 27:19, 27:20, 27:22, 27:23, 28:3, 28:4, 28:5, 28:7, 28:11,

28:13, 28:15, 28:20,
29:9, 29:15, 29:16,
29:17, 29:20, 30:2,
30:12, 31:8, 31:11,
32:3, 32:9, 34:5, 34:7,
36:23, 40:18, 42:4,
44:21, 44:24, 45:21,
46:5, 46:6, 46:8,
47:18, 47:21, 47:25,
48:3, 49:25, 50:2,
50:5, 50:7, 50:21,
50:24, 51:9, 51:11,
52:4, 52:8, 52:14,
52:15, 52:17, 52:24,
53:1, 53:5, 54:6,
55:16, 55:22, 56:15,
56:23, 57:9, 57:10,
57:12, 58:5, 58:10,
58:17, 59:13, 60:21,
61:19, 61:22, 64:5,
64:7, 64:13, 64:20,
64:23, 67:21, 75:24

**Unity** [5] - 11:10,
11:11, 21:25, 22:5,
22:10

**universe** [1] - 14:5

**unless** [7] - 4:20,
12:22, 36:4, 68:5,
71:18, 93:17, 95:5

**unquote** [2] - 24:18,
39:2

**up** [31] - 4:20, 7:8,
18:10, 22:1, 35:22,
36:2, 36:17, 42:3,
42:7, 51:24, 53:21,
59:18, 60:14, 61:14,
66:13, 70:11, 72:11,
72:16, 74:7, 74:13,
74:14, 74:15, 74:20,
76:2, 76:5, 76:23,
87:12, 91:23, 91:25,
93:12

**update** [1] - 93:22

**urgency** [1] - 92:23

**urgent** [10] - 15:2,
15:22, 17:16, 36:14,
37:4, 37:6, 39:21,
39:25, 70:1, 70:7

**urgent-care** [1] -
70:1

**US** [5] - 85:4, 85:18,
89:1, 90:1, 90:12

**useable** [1] - 14:14

**user** [3] - 24:7,
24:15, 24:18

## V

**vacancies** [1] - 66:17

**vacant** [3] - 60:22,

60:24, 61:13

**Van** [4] - 85:13, 86:6,
86:13, 92:2

**van** [1] - 85:17

**variable** [1] - 52:13

**variation** [1] - 64:7

**varies** [1] - 50:5

**various** [3] - 10:17,
11:16, 42:4

**vast** [3] - 79:23, 90:4,
90:5

**verify** [1] - 69:7

**versus** [5] - 3:2,
36:14, 55:9, 78:11,
91:10

**via** [1] - 77:25

**videoconferences**
[2] - 74:7, 74:15

**videoconferencing**
[1] - 94:13

**view** [2] - 22:22,
55:15

**viewed** [1] - 45:4

**views** [1] - 90:1

**violations** [2] - 79:5,
80:1

**violators** [3] - 77:13,
77:21, 80:10

**virtually** [1] - 40:18

**virus** [1] - 33:1

**visible** [1] - 52:18

**visibly** [2] - 28:17,
34:8

**visit** [5] - 10:1, 34:1,
46:20, 48:16, 50:7

**visited** [8] - 11:3,
11:4, 28:15, 40:18,
48:15, 50:6, 62:21,
64:5

**visitor** [4] - 11:7,
23:15, 45:19, 47:14

**visitors** [9] - 23:18,
45:15, 45:17, 47:12,
47:13, 56:24, 57:1,
57:2, 57:3

**visits** [18] - 9:7, 10:9,
10:14, 10:16, 10:23,
10:24, 22:18, 28:6,
28:19, 29:25, 30:7,
33:20, 46:12, 46:20,
48:9, 59:8, 70:1

**visualizing** [1] -
63:17

**vital** [1] - 34:2

**VOICE** [2] - 81:19,
81:25

**volumes** [1] - 43:18

**voluntarily** [1] - 82:2

**volunteered** [1] -
34:13

**vs** [1] - 1:5

**vulnerabilities** [2] -
67:3, 67:4

## W

**wait** [3] - 44:11, 61:5,
88:23

**waited** [1] - 25:2

**waiting** [5] - 17:25,
39:22, 40:1, 87:22,
94:14

**wake** [1] - 27:24

**walk** [5] - 36:17,
39:22, 43:6, 43:18,
58:16

**walk-up-type** [1] -
36:17

**wants** [1] - 7:20

**warden** [1] - 11:14

**warrant** [1] - 7:11

**warrants** [1] - 77:1

**washing** [1] - 23:7

**Washington** [7] -
1:6, 1:18, 1:22, 2:7,
2:12, 2:18, 97:14

**ways** [1] - 17:3

**wear** [10] - 28:6,
28:11, 28:14, 28:17,
29:12, 45:18, 46:1,
46:19, 47:13, 47:22

**wearing** [8] - 28:16,
34:6, 45:20, 46:8,
46:13, 47:15, 48:3,
48:9

**week** [11] - 29:6,
29:8, 29:10, 29:13,
56:4, 56:7, 63:6,
74:20, 74:21, 87:10,
87:13

**weekdays** [1] - 30:19

**weekend** [1] - 88:24

**weekly** [3] - 45:7,
45:8, 45:9

**weeks** [1] - 9:23

**weigh** [1] - 90:14

**wet** [2] - 9:12, 62:13

**whatsoever** [1] -
48:21

**whole** [2] - 75:13,
76:16

**widely** [3] - 46:10,
48:6, 52:13

**widespread** [2] -
23:5

**wipes** [3] - 33:10,
33:13, 33:15

**wish** [6] - 4:4, 6:18,
41:6, 42:14, 68:17,

95:2

**wondering** [1] -
86:20

**words** [2] - 25:17,
89:6

**wore** [6] - 28:8,
45:22, 46:7, 47:18,
48:2

**workers** [4] - 46:17,
48:25, 49:2, 49:3

**workers'** [1] - 66:23

**workforce** [1] - 66:21

**works** [3] - 7:2,
40:10, 86:7

**worry** [1] - 18:12

**worsen** [1] - 92:16

**writ** [2] - 78:1, 89:15

**writing** [1] - 41:17

**written** [8] - 12:7,
29:4, 36:7, 41:12,
43:7, 45:12, 68:19,
69:17

## Y

**yesterday** [2] -
33:11, 33:24