## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**DEBORAH L. BOARDMAN**<br>**UNITED STATES DISTRICT JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**Telephone (410) 962-7810**<br>**Fax (410) 962-2577**<br>**MDD_DLBChambers@mdd.uscourts.gov** |

August 13, 2021

## LETTER ORDER

RE:  *United States v. Xavier Lee*
     Case No.: ELH-19-0159

Dear Counsel:

For the reasons stated on the record during today's hearing, defendant's motion for release from detention to attend his mother's funeral, ECF 127, is denied.

Sincerely,

/s/

Deborah L. Boardman
United States District Judge