# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 1:19-CR-00159-1-EHL |
| | § | |
| XAVIER LEE | § | |

## DEFENDANT'S MOTION TO RESCHEDULE SENTENCING

The defendant, Xavier Lee, moves this Court to reschedule his sentencing from December 14, 2022, to mid-January 2023. This week, undersigned counsel began a jury trial in federal court in Houston. The case, originally scheduled to begin in mid-September, was moved to November because two critical witnesses were seriously ill. The trial likely will last until late December. For that reason, Mr. Lee requests that his sentencing hearing be moved to mid-January.

Respectfully submitted,

/s/ *Brent E. Newton*
Brent E. Newton
Maryland Attorney # 2002060016
brentevannewton@gmail.com
19 Treworthy Road
Gaithersburg, MD 20878
202-975-9105

**Counsel for Xavier Lee**

## CERTIFICATE OF SERVICE

On November 11, 2022, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ *Brent E. Newton*
Brent E. Newton

## CERTIFICATE OF CONFERENCE

On November 10, 2022, I conferred with counsel for the government, AUSA Adam Ake, concerning this motion. He stated that the government does not oppose it.

/s/ *Brent E. Newton*
Brent E. Newton